# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY WARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | C. A. No. 04-1391-KAJ |
| ) | |
| STANLEY TAYLOR, PAUL HOWARD, ) | JURY TRIAL DEMANDED |
| THOMAS CARROLL, JOHN SALAS, ) | |
| JESSICA DAVIS-BURTON, CERTAIN ) | |
| UNKNOWN INDIVIDUAL EMPLOYEES OF ) | |
| THE STATE OF DELAWARE DEPARTMENT ) | |
| OF CORRECTION, and STATE OF DELAWARE ) | |
| DEPARTMENT OF CORRECTION, ) | |
| ) | |
| Defendants. ) | |

## SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Deputy Attorney General Aaron R. Goldstein hereby enters his appearance on behalf of Defendants Thomas Carroll, Certain Unknown Individual Employees of the State of Delaware Department of Correction, Jessica Davis-Barton, Delaware Department of Correction, Paul Howard, John Salas and Stanley Taylor in place of Deputy Attorney General Richard W. Hubbard.

| STATE OF DELAWARE | STATE OF DELAWARE |
|---|---|
| DEPARTMENT OF JUSTICE | DEPARTMENT OF JUSTICE |
| | |
| /s/Aaron R. Goldstein | /s/ Richard W. Hubbard |
| Aaron R. Goldstein | Richard W. Hubbard |
| Deputy Attorney General | Deputy Attorney General |
| Department of Justice | Department of Justice |
| 820 N. French Street, 6th Floor | 820 N. French Street, 6th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 577-8400 | (302) 577-8400 |
| aaron.goldstein@state.de.us | richard.hubbard@state.de.us |

Dated: August 15, 2005

**CERTIFICATE OF SERVICE**

       I hereby certify that on August 15, 2005, I electronically filed *Substitution of Counsel* with the Clerk of Court using CM/ECF which will send notification of such filing to the following: Herbert G. Feuerhake, Esquire and Jeffrey K. Martin, Esquire.

       /s/ Aaron R. Goldstein
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
aaron.goldstein@state.de.us