IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY WARD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STANLEY TAYLOR; PAUL HOWARD; )<br>THOMAS CARROLL; JOHN SALAS; )<br>JESSICA DAVIS-BARTON; CERTAIN )<br>UNKNOWN INDIVIDUAL EMPLOYEES )<br>OF THE STATE OF DELAWARE )<br>DEPARTMENT OF CORRECTIONS; )<br>and STATE OF DELAWARE )<br>DEPARTMENT OF CORRECTIONS, )<br>)<br>Defendants. ) | Civil Action No. 04-1391-KAJ |

### ORDER

For the reasons set forth in the Memorandum Opinion issued in this matter today,

IT IS HEREBY ORDERED that the Defendants' Motion to Dismiss (D.I. 17) is GRANTED as to the Plaintiff's conspiracy and substantive due process claims and as to any claims against the Department of Corrections and against the individual Defendants in their official capacities. In all other respects, the Motion is DENIED.

_____
UNITED STATES DISTRICT JUDGE

March 30, 2006
Wilmington, Delaware

1