


# STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

**CARL C. DANBERG**
Attorney General

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

April 3, 2006

Civil Division-New Castle County

Jeffrey K. Martin, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, Delaware 19806

    Re:    *Ward v. Taylor, et al.*
            *C.A. No. 04-1391 KAJ*

Dear Mr. Martin:

    This letter will confirm that you have agreed to grant Defendants an extension of time, until May 1, 2006 (30 days would fall on Saturday, April 29, 2006), to respond to the complaint filed in the above matter. As you know, an answer is now required as a result of the Court's March 30, 2006 decision on Defendants' Motion to Dismiss. Thank you for your courtesy in this regard.

    Please feel free to contact me if you should have any questions.

                                           Very truly yours,

                                           Stephani J. Ballard
                                           Deputy Attorney General

cc: Clerk of the Court