May 1, 2006

Civil Division-New Castle County

Daniel L. McKenty, Esquire
Dana Spring Monzo, Esquire
McCullough & McKenty, P.A.
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397

    *Re:*   *Ward v. Taylor, et al.*
          *C.A. No. 04-1391 KAJ*

Dear Counsel:

    Per our conversation of April 5, 2006, this will confirm that you have agreed to accept service, on behalf of your client, First Correctional Medical, Inc., of the State Defendants' third party complaint against FCM in this matter, which has been filed today. Thank you for your courtesy in this regard.

    Please feel free to contact me if you should have any questions.

                              Very truly yours,

                              /s/ Stephani J. Ballard

                              Stephani J. Ballard
                              Deputy Attorney General

cc: Clerk of the Court
    Jeffrey K. Martin, Esquire