UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TIMOTHY WARD, | ) | |
| | ) | |
| Plaintiff | ) | C.A. No. 04-1391 KAJ |
| | ) | |
| v. | ) | |
| | ) | |
| STANLEY TAYLOR, et al., | ) | |
| | ) | JURY OF TWELVE DEMANDED |
| Defendants. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL DELAWARE, LLC. | ) | |

### FIRST CORRECTIONAL MEDICAL DELAWARE, LLC'S, ANSWER TO THIRD-PARTY COMPLAINT

1. Denied. By way of further answer, admitted that First Correctional Medical Delaware, LLC, had a contract with the State of Delaware for the provision and performance of medical services from the period of July 1, 2002 through June 30, 2005.

2. Admitted.

3. Admitted.

4. Denied. By way of further answer, the contractual language speaks for itself.

5. Denied.

6. Denied.

7. Denied.

8. Denied.

9. Wrongful conduct by answering defendant is denied and it is hereby denied that any actions of the answering defendant caused any illnesses, injuries, or damages of any nature to

the plaintiff.

10. Denied.

11. The answering defendants incorporate by reference paragraphs 1-10 of the Answer to Cross-Claim {sic} as if more fully set forth herein.

12. Denied.

13. Denied.

**WHEREFORE**, defendant First Correctional Medical Delaware, LLC, demands that the action against it be dismissed and that it be awarded the cost of the defense of this action.

### FIRST AFFIRMATIVE DEFENSE

This claim is barred by the doctrine of Accord and Satisfaction.

### SECOND AFFIRMATIVE DEFENSE

This claim is barred by State Defendants' Assumption of Risk.

### THIRD AFFIRMATIVE DEFENSE

This claim is barred by State Defendants' Comparative Negligence.

### FOURTH AFFIRMATIVE DEFENSE

This claim is barred by the doctrine of Estoppel.

### FIFTH AFFIRMATIVE DEFENSE

This claim is barred for Failure of Consideration.

### SIXTH AFFIRMATIVE DEFENSE

This claim is barred by Laches.

### SEVENTH AFFIRMATIVE DEFENSES

State Defendants failed to state a claim upon which relief may be granted.

**EIGHTH AFFIRMATIVE DEFENSE**

The indemnification clause cited by State Defendants does not indemnify the State for acts of negligence committed by State Employees.

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana Spring Monzo
Daniel L. McKenty, Del. Bar No. 2689
Dana Spring Monzo, Del. Bar No. 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for First Correctional Medical, LLC.

Date:   June 12, 2006

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TIMOTHY WARD, | ) | |
| | ) | |
| Plaintiff | ) | C.A. No. 04-1391 KAJ |
| | ) | |
| v. | ) | |
| | ) | |
| STANLEY TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | JURY OF TWELVE DEMANDED |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL DELAWARE, LLC. | ) | |

## CERTIFICATE OF SERVICE

I, **Dana Spring Monzo**, hereby certify that on this date a copy of the attached ***First Correctional Medical Delaware, LLC's, Answer to Third Party Complaint*** was e-filed and served via first class mail upon the following:

Jeffrey K. Martin, Esquire
Margolis Edelstein
1509 Gilpin Ave.
Wilmington, DE 19806

Ms. Stephanie Ballard
Delaware Department of Justice
Carvel State Office Building, 6th Floor
820 N. French Street
Wilmington, DE  19801

                                                **McCULLOUGH & McKENTY, P.A.**

                                        /s/ Dana Spring Monzo
                                        Daniel L. McKenty, Del. Bar No. 2689
                                        Dana Spring Monzo, Del. Bar No. 4605
                                        1225 N. King Street, Suite 1100
                                        P.O. Box 397
                                        Wilmington, DE 19899-0397
                                        (302) 655-6749
                                        Attorneys for First Correctional Medical, LLC.

Date:   June 12, 2006