# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
KENT A. JORDAN
DISTRICT JUDGE

LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

June 13, 2006

Jeffrey K. Martin, Esq.
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE  19806

Dana Spring Monzo, Esq.
McCullough & McKenty, P.A.
1225 N. King Street - #1100
Wilmington, DE  19801

Stephanie Ballard, Esq.
Department of Justice
920 N. French Street - 6th Fl.
Wilmington, DE  19801

Re:  Timothy Ward v. Stanley Taylor, et al. v. First
     Correctional Medical Delaware, LLC
     Civil Action No. 04-1391-KAJ

Dear Counsel:

Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc:    Clerk of the Court