IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **TIMOTHY WARD,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **STANLEY TAYLOR, et al.,** | ) | C. A. No. 04-1391 KAJ |
| | ) | |
| Defendants and | ) | |
| Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **FIRST CORRECTIONAL MEDICAL DELAWARE, LLC.** | ) | |
| | ) | |
| Third-Party Defendant | ) | |

## SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Deputy Attorney General Stephani J. Ballard hereby enters her appearance on behalf of Defendants: Stanley Taylor, Paul Howard, Thomas Carroll, John Salas, Jessica Davis-Barton and Certain Unknown Individual Employees of the State of Delaware Department of Correction in place of Deputy Attorney General Aaron R. Goldstein.

| | |
|---|---|
| STATE OF DELAWARE DEPARTMENT OF JUSTICE | STATE OF DELAWARE DEPARTMENT OF JUSTICE |
| /s/Stephani J. Ballard<br>Stephani J. Ballard<br>Deputy Attorney General<br>Department of Justice<br>820 N. French Street, 6th Floor<br>Wilmington, DE 19801<br>(302) 577-8400 | /s/ Aaron R. Goldstein<br>Aaron R. Goldstein<br>Deputy Attorney General<br>Department of Justice<br>820 N. French Street, 6th Floor<br>Wilmington, DE 19801<br>(302) 577-8400 |

Dated: July 6, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2006, I electronically filed a *Substitution of Counsel* with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Jeffrey K. Martin, Esquire<br>Margolis Edelstein<br>1509 Gilpin Ave.<br>Wilmington, DE 19806 | Dana Spring Monzo, Esquire<br>McCullough & McKenty<br>1225 N. King St., Ste. 1100<br>P.O. Box 397<br>Wilmington, DE 19899-0397 |
| Herbert G. Feuerhake, Esq.<br>521 West St.<br>Wilmington, DE 19801 | |

/s/ Stephani J. Ballard
Stephani J. Ballard
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400