H:\FILES\DAN\WARD\Rule 26(a)(1) Disclosures.wpd

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TIMOTHY WARD, | ) | |
| | ) | |
| Plaintiff | ) | C.A. No. 04-1391 KAJ |
| | ) | |
| v. | ) | |
| | ) | |
| STANLEY TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL DELAWARE, LLC. | ) | |

### RULE 26(a)(1) DISCLOSURES

26.(a)(1)(a)   Sitta Gombeh Alie, M.D. - Dr. Alie may be contacted through counsel for First Correctional Medical.

26.(a)(1)(b)   To date, defendant First Correctional Medical does not possess any document or tangible item that it will use in support of its defenses.

26.(a)(1)(c)   N/A.

26.(a)(1)(d)   Defendant is self-insured.

                                **McCULLOUGH & McKENTY, P.A.**

                                /s/ Dana Spring Monzo
                                Daniel L. McKenty, Del. Bar No. 2689
                                Dana Spring Monzo, Del. Bar No. 4605
                                1225 N. King Street, Suite 1100
                                P.O. Box 397
                                Wilmington, DE 19899-0397
                                (302) 655-6749
                                Attorneys for First Correctional Medical, LLC.

Date:   August 2, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TIMOTHY WARD, | ) | |
| | ) | |
| Plaintiff | ) | C.A. No. 04-1391 KAJ |
| | ) | |
| v. | ) | |
| | ) | |
| STANLEY TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL DELAWARE, LLC. | ) | |

**CERTIFICATE OF SERVICE**

I, **Dana Spring Monzo**, hereby certify that on this date a copy of the attached *Rule 26(a)(1) Disclosures* was served via LexisNexis File & Serve upon the following:

Jeffrey K. Martin, Esquire
Margolis Edelstein
1509 Gilpin Ave.
Wilmington, DE 19806

Ms. Stephanie Ballard
Delaware Department of Justice
Carvel State Office Building, 6th Floor
820 N. French Street
Wilmington, DE  19801

Herbert G. Feuerhake, Esquire
521 West St.
Wilmington, DE 19801

                                          **McCULLOUGH & McKENTY, P.A.**

                                        /s/ Dana Spring Monzo
                                        Daniel L. McKenty, Del. Bar No. 2689
                                        Dana Spring Monzo, Del. Bar No. 4605
                                        1225 N. King Street, Suite 1100
                                        P.O. Box 397
                                        Wilmington, DE 19899-0397
                                        (302) 655-6749
                                        Attorneys for First Correctional Medical, LLC.

Date:  August 2, 2006