IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TIMOTHY WARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STANLEY TAYLOR, et al., | ) | C.A. No. 04-1391-KAJ |
| | ) | |
| Defendants and | ) | |
| Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL | ) | |
| DELAWARE, LLC, | ) | |
| | ) | |
| Third-Party Defendant | ) | |

## <u>NOTICE OF SERVICE</u>

The undersigned certifies that on August 7, 2006, she caused the attached

**DEFENDANTS'/THIRD PARTY PLAINTIFFS' RULE 26(a)(1) INITIAL**

**DISCLOSURES** to be delivered to the following persons via electronic mail:

**NAME AND ADDRESS OF RECIPIENT(S):**

Jeffrey K. Martin, Esquire           Dana Spring Monzo, Esquire
Margolis Edelstein                   McCullough & McKenty
1509 Gilpin Ave.                     1225 N. King St., Ste. 1100
Wilmington, DE 19806                 P.O. Box 397
                                     Wilmington, DE 19899-0397

Herbert G. Feuerhake, Esq.
521 West St.
Wilmington, DE 19801

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

 /s/ Stephani J. Ballard
Stephani J. Ballard, I.D. #3481
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendants and Third-
party Plaintiffs