UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TIMOTHY WARD, | ) | |
| | ) | |
| Plaintiff | ) | C.A. No. 04-1391 KAJ |
| | ) | |
| v. | ) | |
| | ) | |
| STANLEY TAYLOR, et al., | ) | |
| | ) | JURY OF TWELVE DEMANDED |
| Defendants. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL DELAWARE, LLC. | ) | |

TO: Jeffrey K. Martin, Esquire
Margolis Edelstein
1509 Gilpin Ave.
Wilmington, DE 19806

Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977
℅ Correctional Medical Services
1201 College Park Drive, Ste 101
Dover, DE 19904

Department of Justice
820 N. French Street, 8th Floor
Wilmington, DE 19801

**PLEASE TAKE NOTICE** that the undersigned will take the deposition *duces tecum* of the Records Custodian for Delaware Correctional Center relating to medical records of Timothy Ward at the offices of McCullough & McKenty, P.A., 1225 N. King Street, Suite 1100, Wilmington, Delaware 19801, on Tuesday, August 22, 2006 beginning at 2:00 p.m.: **Note: Personal appearance is waived if the materials are received in our office prior to the date of deposition.**

                                    **McCULLOUGH & McKENTY, P.A.**

                              /s/ Dana Spring Monzo
                              Daniel L. McKenty, Del. Bar No. 2689
                              Dana Spring Monzo, Del. Bar No. 4605
                              1225 N. King Street, Suite 1100
                              P.O. Box 397
                              Wilmington, DE 19899-0397
                              (302) 655-6749
                              *Attorneys for Defendant First Correctional Medical*

Dated: August 8, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY WARD,<br><br>        Plaintiff<br><br>    v.<br><br>STANLEY TAYLOR, et al.,<br><br>        Defendants.<br><br>    v.<br><br>FIRST CORRECTIONAL MEDICAL<br>DELAWARE, LLC. | )<br>)<br>)<br>) C.A. No. 04-1391 KAJ<br>)<br>)<br>)<br>)<br>) JURY OF TWELVE DEMANDED<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I, **DANA SPRING MONZO**, hereby certify that on the 8th day of August, 2006, two (2) copies of the attached *Notice of Records Deposition* were sent to the following via first class mail, postage pre-paid:

TO:  Jeffrey K. Martin, Esquire             Delaware Correctional Center
     Margolis Edelstein                     1181 Paddock Rd.
     1509 Gilpin Ave.                       Smyrna, DE 19977
     Wilmington, DE 19806                   % Correctional Medical Services
                                            1201 College Park Drive, Ste 101
                                            Dover, DE 19904

     Department of Justice
     820 N. French Street, 8th Floor
     Wilmington, DE 19801

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana Spring Monzo
Daniel L. McKenty, Del. Bar No. 2689
Dana Spring Monzo, Del. Bar No. 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
*Attorneys for Defendant First Correctional Medical*