IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY WARD,<br><br>    Plaintiffs,<br><br>v.<br><br>STANLEY TAYLOR; PAUL HOWARD;<br>THOMAS CAROLL; JOHN SALAS; JESSICA<br>DAVIS-PARTON; CERTAIN UNKNOWN<br>INDIVIDUAL EMPLOYEES OF THE STATE<br>OF DELAWARE DEPARTMENT OF<br>CORRECTION; and STATE OF DELAWARE<br>DEPARTMENT OF CORRECTION,<br><br>    Defendants. | C.A. No. 04-1391(KAJ)<br><br>JURY TRIAL<br>DEMANDED |

## NOTICE AND CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2006, a true and correct copy of the Plaintiff's Pre-Discovery Disclosures Pursuant to Fed. R. Civ. P. 26(A)(1), was served upon the following counsel of record via first class mail, postage prepaid:

Stephani J. Ballard, Esquire
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801

MARGOLIS EDELSTEIN

Jeffrey K. Martin, Esquire
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(302) 777-4682 (fax)
Attorney for the Plaintiff