IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY WARD, ) | |
| ) | |
| Plaintiffs, ) | C.A. No. 04-1391(KAJ) |
| ) | |
| v. ) | |
| ) | JURY TRIAL |
| ) | DEMANDED |
| STANLEY TAYLOR; PAUL HOWARD; ) | |
| THOMAS CAROLL; JOHN SALAS; JESSICA ) | |
| DAVIS-PARTON; CERTAIN UNKNOWN ) | |
| INDIVIDUAL EMPLOYEES OF THE STATE ) | |
| OF DELAWARE DEPARTMENT OF ) | |
| CORRECTION; and STATE OFDELAWARE ) | |
| DEPARTMENT OF CORRECTION, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

I hereby certify that on January 26, 2007, a true and correct copy of the *Plaintiff's Request for Admissions* was served upon the following counsel of record via CM-ECF.

Stephani J. Ballard, Esquire
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801

MARGOLIS EDELSTEIN

/s/ Jeffrey K. Martin
Jeffrey K. Martin (DE Bar # 2407)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(302) 777-4682 (fax)
Attorney for the Plantiff