LAW OFFICES

# McCULLOUGH & McKENTY, P.A.

| | | |
|---|---|---|
| BRUCE W. MCCULLOUGH (DE, PA)<br>DANIEL L. MCKENTY (DE)<br>GERALD J. HAGER (DE, PA)<br>DANA SPRING MONZO (DE, PA) | 1225 N. KING STREET<br>SUITE 1100<br>P.O. BOX 397<br>WILMINGTON, DE 19899-0397 | PENNSYLVANIA OFFICE<br>123 S. Broad Street<br>Suite 2035<br>Philadelphia, PA 19109 |
| PARALEGALS<br>  JUSTINA K. BAYLESS<br>  CANDACE E. HOLMES<br>  LAURA B. SPENCE<br>  MARY S. MOONEY | TEL: (302) 655-6749<br>FAX: (302) 655-6827 | **Writer's Direct Contact**<br>Telephone Extension: 31<br>dmonzo@mccmck.com<br>www.mccmck.com |

February 21, 2007

**VIA E-FILE**
Magistrate Judge Mary Pat Thynge
U.S. District Court
District of Delaware
844 N. King St., Lock Box 8
Wilmington, DE 19801

    Re:    *Ward v. Taylor*
               *C.A. No. 04-1391*

Dear Judge Thynge:

    This letter is in response to the scheduling order issued on February 9, 2007, D.I. 54. I will be out of the office from March 1-10, 2007, and will be unavailable to take the teleconference scheduled for March 5, 2007, at 3:00 p.m. I respectfully request that this status teleconference be rescheduled.

    Please do not hesitate to contact me with any additional questions or concerns. I remain,

    Respectfully yours,

    /s/ Dana Spring Monzo
    Dana Spring Monzo

DMS:ceh
H:\FILES\DAN\WARD\Thynge1 - teleconference.wpd
  cc:    Jeffrey K. Martin, Esquire
           Herbert G. Feuerhake, Esquire
           Stephanie Ballard, Esquire