## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY WARD, | : |
|     Plaintiff, | : |
| v. | :    Civil Action No. 04-1391-*** |
| STANLEY TAYLOR, et al., | : |
|     Defendants and Third-Party Plaintiffs, | : |
| v. | : |
| FIRST CORRECTIONAL MEDICAL DELAWARE, LLC, | : |
|     Third-Party Defendant. | : |

## ORDER

At Wilmington, Delaware, this **22nd** day of **February, 2007.**

IT IS ORDERED that the status teleconference with Judge Thynge scheduled for Monday, March 5, 2007 at 3:00 p.m Eastern Time has been rescheduled to **Wednesday, March 14, 2007 at 12:30 p.m. Eastern Time. Dana Spring Monzo, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                              /s/ Mary Pat Thynge
                                              UNITED STATES MAGISTRATE JUDGE