IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TIMOTHY WARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STANLEY TAYLOR, et al., | ) | C.A. No. 04-1391-(***) |
| | ) | |
| Defendants and | ) | |
| Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL | ) | |
| DELAWARE, LLC, | ) | |
| | ) | |
| Third-Party Defendant | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Order of February 9, 2007 (D.I. 54), the parties hereby

submit this Joint Status Report in the above-captioned matter:

### 1.  Present Status of Case.

The parties are currently conducting Discovery.

### 2.  Outstanding Motions.

None at this time.

### 3.  Status of Discovery.

Plaintiff, State Defendants and Third Party Defendant have all filed Initial

Disclosures.  Plaintiff sent his First Request for Production of Documents, Interrogatories

and Request for Admissions on January 26, 2007 and State Defendants are in the process

of responding to this discovery.  State Defendants will issue its own written discovery to

Plaintiff and Third Party Defendant in the very near future.  FCM will also issue written

discovery.  There have been no depositions taken to date.

4. **Scheduling Order dates.**

> Discovery due by 6/30/2007
> Expert Disclosures due on or about 4/2/07 and 5/2/07 (rebuttal experts)
> Interim Status report due 5/2/07
> Status Conference set for 5/9/07 at 4:30 p.m.
> Dispositive Motions due by 7/31/2007
> Pretrial Conference set for 1/3/2008 at 4:30 p.m. (pretrial order due 12/3/07)
> Jury Trial (7 day) set to begin 1/23/2008 09:30 AM.

5. **Mediation.**

This case is scheduled for mediation with Judge Thynge on May 21, 2007.  FCM

and State Defendants intend to proceed with mediation.

6. **Settlement Discussions.**

There have been no settlement discussions to date.


**MARGOLIS EDELSTEIN**                          **STATE OF DELAWARE**
                                                **DEPARTMENT OF JUSTICE**

/s/ Jeffrey K. Martin                              */s/* Stephani J. Ballard
Jeffrey K. Martin (DE Bar #2407)                STEPHANI J. BALLARD (#3481)
1509 Gilpin Avenue                              Deputy Attorney General
Wilmington, DE 19806                            Carvel State Office Building
(302) 777-7680                                  820 N.  French Street, 6th floor
Attorney for Plaintiff                          Wilmington, DE 19801
                                                (302) 577-8400
                                                Attorney for State Defendants/
                                                Third-party Plaintiffs


**McCULLOUGH & McKENTY, P.A.**

/s/ Dana Spring Monzo
Daniel L. McKenty, Esq. (#2689)
Dana Spring Monzo, Esq. (#4605)
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for First Correctional Medical, LLC