## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

TIMOTHY WARD,                           )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )
                                        )
STANLEY TAYLOR, et al.,                 )          C.A. No. 04-1391-(***)
                                        )
            Defendants and             )
            Third-Party Plaintiffs,    )
                                        )
      v.                                )
                                        )
FIRST CORRECTIONAL MEDICAL             )
DELAWARE, LLC,                          )
                                        )
            Third-Party Defendant      )

## NOTICE OF SERVICE

I hereby certify that on February 28, 2007, a true and correct copy of the *State Defendants' Response to Plaintiff Timothy Ward's First Request for Production of Documents Directed to Defendants* was served upon the following counsel of record via U.S. Mail.

Jeffrey K. Martin, Esquire      Dana Spring Monzo, Esquire      Herbert G. Feuerhake, Esq.
Margolis Edelstein             McCullough & McKenty            521 West St.
1509 Gilpin Ave.               1225 N. King St., Ste. 1100     Wilmington, DE 19801
Wilmington, DE 19806           P.O. Box 397
                               Wilmington, DE 19899-0397

                               STATE OF DELAWARE
                               DEPARTMENT OF JUSTICE

                                /s/ Stephani J. Ballard
                               Stephani J. Ballard, I.D. #3481
                               Deputy Attorney General
                               Carvel State Office Building
                               820 N. French Street, 6th Floor
                               Wilmington, DE 19801
                               (302) 577-8400
                               Attorney for Defendants and Third-party Plaintiffs