## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY WARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| STANLEY TAYLOR, et al., | )   C.A. No. 04-1391-(***) |
| | ) |
| Defendants and | ) |
| Third-Party Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| FIRST CORRECTIONAL MEDICAL | ) |
| DELAWARE, LLC, | ) |
| | ) |
| Third-Party Defendant | ) |

### NOTICE OF SERVICE

I hereby certify that on February 28, 2007, a true and correct copy of the *State Defendants' Response to Plaintiff Timothy Ward's Request for Admissions Directed to Defendants* was served upon the following counsel of record via U.S. Mail.

| Jeffrey K. Martin, Esquire | Dana Spring Monzo, Esquire | Herbert G. Feuerhake, Esq. |
|---|---|---|
| Margolis Edelstein | McCullough & McKenty | 521 West St. |
| 1509 Gilpin Ave. | 1225 N. King St., Ste. 1100 | Wilmington, DE 19801 |
| Wilmington, DE 19806 | P.O. Box 397 | |
| | Wilmington, DE 19899-0397 | |

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

 /s/ Stephani J. Ballard
Stephani J. Ballard, I.D. #3481
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendants and Third-party Plaintiffs