## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY WARD, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 04-1391-*** |
| : | |
| STANLEY TAYLOR, et al., : | |
| : | |
| Defendants and : | |
| Third-Party Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| FIRST CORRECTIONAL MEDICAL : | |
| DELAWARE, LLC, : | |
| : | |
| Third-Party Defendant. : | |

## ORDER

At Wilmington this **14th** day of **March, 2007**,

IT IS ORDERED that the mediation conference scheduled for Monday, May 21, 2007 at 10:00 a.m. has been rescheduled to **Tuesday, September 18, 2007 at 10:00 a.m.** Submissions of the parties shall now be due on or before **Friday, September 7, 2007.** All other provisions of the Court's October 20, 2006 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE