# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY WARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| STANLEY TAYLOR, et al., | ) C.A. No. 04-1391-(***) |
| | ) |
| Defendants and | ) |
| Third-Party Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| FIRST CORRECTIONAL MEDICAL | ) |
| DELAWARE, LLC, | ) |
| | ) |
| Third-Party Defendant | ) |

## NOTICE OF SERVICE

I hereby certify that on May 2, 2007, a true and correct copy of the *State Defendants' First Request for Production of Documents Directed to Plaintiff* was served upon the following counsel of record via First Class Mail.

Jeffrey K. Martin, Esquire
1509 Gilpin Avenue
Wilmington, DE 19806

Dana Spring Monzo, Esquire
McCullough & McKenty, P.A.
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

  /s/ Stephani J. Ballard
STEPHANI J. BALLARD (ID # 3481)
Deputy Attorney General
Carvel State Office Building, 6th Floor
820 North French Street
Wilmington, DE 19801
(302) 577-8400
Attorney for State Defendants