# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TIMOTHY WARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STANLEY TAYLOR, et al., | ) | C.A. No. 04-1391-(***) |
| | ) | |
| Defendants and | ) | |
| Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL DELAWARE, LLC, | ) | |
| | ) | |
| Third-Party Defendant | ) | |

## NOTICE OF SERVICE

I hereby certify that on May 2, 2007, a true and correct copy of the *State Defendants' First Set of Interrogatories Directed to Third-Party Defendant, First Correctional Medical Delaware, LLC* was served upon the following counsel of record via First Class Mail.

| | |
|---|---|
| Jeffrey K. Martin, Esquire | Dana Spring Monzo, Esquire |
| 1509 Gilpin Avenue | McCullough & McKenty, P.A. |
| Wilmington, DE 19806 | 1225 N. King Street, Suite 1100 |
| | P.O. Box 397 |
| | Wilmington, DE 19899-0397 |

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

 /s/ Stephani J. Ballard
STEPHANI J. BALLARD (ID # 3481)
Deputy Attorney General
Carvel State Office Building, 6th Floor
820 North French Street
Wilmington, DE 19801
(302) 577-8400
Attorney for State Defendants