**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

TIMOTHY WARD,               )
                                 )
        Plaintiff,       )
                                 )
    v.              )
                                 )
STANLEY TAYLOR, et al.,   )    C.A. No. 04-1391-(***)

Defendants and Third-Party Plaintiffs, v. FIRST CORRECTIONAL MEDICAL DELAWARE, LLC, Third-Party Defendant

**NOTICE OF SERVICE**

I hereby certify that on May 2, 2007, a true and correct copy of the *State Defendants' First Request for Production of Documents Directed to Third-Party Defendant, First Correctional Medical Delaware, LLC* was served upon the following counsel of record via First Class Mail.

Jeffrey K. Martin, Esquire
1509 Gilpin Avenue
Wilmington, DE 19806

Dana Spring Monzo, Esquire
McCullough & McKenty, P.A.
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

/s/ Stephani J. Ballard
STEPHANI J. BALLARD (ID # 3481)
Deputy Attorney General
Carvel State Office Building, 6th Floor
820 North French Street
Wilmington, DE 19801
(302) 577-8400
Attorney for State Defendants