UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TIMOTHY WARD, | ) | |
| | ) | |
| Plaintiff | ) | C.A. No. 04-1391 *** |
| | ) | |
| v. | ) | |
| | ) | |
| STANLEY TAYLOR, et al., | ) | |
| | ) | JURY OF TWELVE DEMANDED |
| Defendants. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL DELAWARE, LLC. | ) | |

## SUBSTITUTION OF COUNSEL

Please substitute Daniel L. McKenty for Dana Spring Monzo as counsel for defendant First Correctional Medical, LLC.


McCULLOUGH & McKENTY, P.A.　　　　　　McCULLOUGH & McKENTY, P.A.


/s/ Dana Spring Monzo　　　　　　　　　　/s/ Daniel L. McKenty
Dana Spring Monzo, *DE Bar No. 4605*　　Daniel L. McKenty, *DE Bar No. 2689*
 Legal Arts Building　　　　　　　　　　　Legal Arts Building
1225 King Street, Suite 1100　　　　　　　1225 King Street, Suite 1100
P.O. Box 397　　　　　　　　　　　　　　P.O. Box 397
Wilmington, DE 19899-0397　　　　　　　Wilmington, DE 19899-0397
302-655-6749　　　　　　　　　　　　　　302-655-6749
Attorney for Defendant　　　　　　　　　　Attorney for Defendant
First Correctional Medical, LLC　　　　　　First Correctional Medical, LLC


Dated: June 13, 2007

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TIMOTHY WARD, | ) | |
| | ) | |
| Plaintiff | ) | C.A. No. 04-1391 *** |
| | ) | |
| v. | ) | |
| | ) | |
| STANLEY TAYLOR, et al., | ) | |
| | ) | JURY OF TWELVE DEMANDED |
| Defendants. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL DELAWARE, LLC. | ) | |

## CERTIFICATE OF SERVICE

I certify that, on this date, a copy of this Substitution of Counsel was served upon the following individuals electronically:

Jeffrey K. Martin, Esquire
Margolis Edelstein
1509 Gilpin Ave.
Wilmington, DE 19806

Stephani Ballard, Esquire
Delaware Department of Justice
Carvel State Office Building, 6th Floor
820 N. French Street
Wilmington, DE 19801

/s/ Dana Spring Monzo
Dana Spring Monzo, *DE Bar No. 4605*

Dated: June 13, 2007