IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY WARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| STANLEY TAYLOR, et al., ) | C.A. No. 04-1391-KAJ |
| ) | |
| Defendants and ) | |
| Third-Party Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| FIRST CORRECTIONAL MEDICAL ) | |
| DELAWARE, LLC, ) | |
| ) | |
| Third-Party Defendant ) | |

## NOTICE OF SERVICE

The undersigned certifies that on August 7, 2007, she caused the attached DEFENDANTS'/THIRD PARTY PLAINTIFFS' SUPPLEMENTATION OF INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(e) to be delivered to the following persons in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Jeffrey K. Martin, Esquire
Martin & Wilson, P.A.
1508 Pennsylvania Avenue, Suite 1C
Wilmington, DE 19806

Daniel McKenty, Esquire
Heckler & Frabizzio
P.O. Box 128
Wilmington, DE 19899-0128

Herbert G. Feuerhake, Esq.
521 West St.
Wilmington, DE 19801

**MANNER OF DELIVERY:**

  X   Two true copies by first class mail, postage prepaid, to each recipient

                                                   STATE OF DELAWARE
                                                 DEPARTMENT OF JUSTICE

                                               /s/ Stephani J. Ballard
                                              Stephani J. Ballard, I.D. #3481
                                              Deputy Attorney General
                                              Carvel State Office Building
                                              820 N. French Street, 6th Floor
                                              Wilmington, DE 19801
                                              (302) 577-8400
                                              Attorney for Defendants and Third-party Plaintiffs