

| | | |
|---|---|---|
| JOSEPH R. BIDEN, III<br>ATTORNEY GENERAL | DEPARTMENT OF JUSTICE<br>NEW CASTLE COUNTY<br>820 NORTH FRENCH STREET<br>WILMINGTON, DELAWARE 19801 | CRIMINAL DIVISION (302) 577-8500<br>FAX (302) 577-2496<br>CIVIL DIVISION (302) 577-8400<br>FAX (302) 577-6630<br>TTY (302) 577-5783 |

August 16, 2007

**Via Electronic Delivery**
The Honorable Mary Pat Thynge
U.S. District Court
844 N. King Street
Lock Box 8
Wilmington, DE 19801

    **RE:**    *Ward v. Taylor, et al.*, C.A. No. 04-1391-***

Dear Judge Thynge:

    Pursuant to the Court's Order of March 14, 2007 (D.I. 61), please allow this to serve as the State Defendants'/Third Party Plaintiffs' interim status report in the above matter. *A status teleconference is set for Thursday August 23, 2007 at 8:30 a.m.*

    As Your Honor may recall, this is a claim by a former inmate, Timothy Ward, against certain employees of the Department of Correction ("State Defendants"), alleging Eighth Amendment violations for failure to protect and inadequate medical care, arising out of an assault on Ward by another inmate. The State Defendants filed a Third-Party Complaint against the Department of Correction's former medical provider, First Correctional Medical, Inc. (FCM).

    Discovery has taken place in this case as follows.

    1. Plaintiff propounded Interrogatories, Requests for Production and Requests for Admissions to State Defendants on January 26, 2007. State Defendants responded to all discovery, including the production of 81 pages of documents, on February 28, 2007 and 123 pages on July 11, 2007. This is in addition to the 427 pages of documents produced pursuant to the State Defendants' initial disclosures.

    2. State Defendants propounded Interrogatories and Requests for Production upon Plaintiff on May 2, 2007. Despite several requests to counsel for Plaintiff, *Plaintiff has failed to file responses to these discovery requests.*

    3. State Defendants propounded Interrogatories and Requests for Production upon Third-party Defendant, FCM, on May 2, 2007. Despite several requests to counsel for FCM, *FCM has failed to file responses to these discovery requests.*

4. Third-party Defendant, FCM, has not engaged in any discovery in this matter with any other party.

5. No depositions have been taken or noticed by any party.

6. State Defendants supplemented Initial Disclosures on August 7, 2007 and will do so again shortly.

7. Discovery cut-off is **September 28, 2007** per the Court's Order of March 14, 2007 (D.I. 61). State Defendants oppose any extension of this date.

State Defendants note that a Mediation Conference is scheduled in this matter for September 18, 2007. (D.I. 62). In light of the absence of discovery responses from, and the lack of an affirmative discovery record by Plaintiff, State Defendants are not in a position to attribute any monetary value to this case at this time. Therefore, Defendants respectfully request that the mediation conference in this matter be removed from the Court's calendar. If the Court wishes this request to be made formally, under separate cover, Defendants will certainly do so.

State Defendants plan to move for summary judgment in this case. Case dispositive motions and opening briefs must be filed by October 31, 2007 per the Amended Scheduling Order. (D.I. 61).

If the Court has any questions, counsel stands ready to respond at the Court's convenience.

    Very truly yours,

    /s/ Stephani J. Ballard
    Stephani J. Ballard
    Deputy Attorney General

cc: Jeffrey K. Martin, Esquire (via CM/ECF)
    Daniel McKenty, Esquire (via CM/ECF)