IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TIMOTHY WARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STANLEY TAYLOR, et al., | ) | C.A. No. 04-1391-(***) |
| | ) | |
| Defendants and | ) | |
| Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL DELAWARE, LLC, | ) | |
| | ) | |
| Third-Party Defendant | ) | |

## NOTICE OF SERVICE

Please take notice that the undersigned did electronically file via CM/EMF and hereby forward copies of Plaintiffs' Response to Defendant's First Set of Interrogatories, Responses to Defendant's First Request for Production of Documents by First Class Mail on this 22nd day of August, 2007 to the following:

Stephani J. Ballard, Esquire
Department of Justice
Carvel State Office Building
820 North French Street
Wilmington, DE 19801

Daniel L. McKenty, Esquire
McCullough & McKenty, P.A.
1225 North King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899

Herbert G. Feuerhake, Esquire
521 West Street
Wilmington, DE 19801

MARTIN & WILSON, P.A.

/s/ Jeffrey K. Martin
_____
JEFFREY K. MARTIN ESQUIRE
DE Bar I.D. No.: 4207
1508 Pennsylvania Avenue.
Wilmington, DE 19806
(302) 777-4681
E-mail: jmartin@martinandwilson.com
Attorney for Plaintiff