IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TIMOTHY WARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STANLEY TAYLOR, et al., | ) | C.A. No. 04-1391-KAJ |
| | ) | |
| Defendants and | ) | |
| Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL DELAWARE, LLC, | ) | |
| | ) | |
| Third-Party Defendant | ) | |

## NOTICE OF SERVICE

The undersigned certifies that on August 30, 2007, she caused the attached DEFENDANTS'/THIRD PARTY PLAINTIFFS' SECOND SUPPLEMENTATION OF INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(e) to be delivered to the following persons in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Jeffrey K. Martin, Esquire
Martin & Wilson, P.A.
1508 Pennsylvania Avenue, Suite 1C
Wilmington, DE 19806

Daniel McKenty, Esquire
Heckler & Frabizzio
P.O. Box 128
Wilmington, DE 19899-0128

Herbert G. Feuerhake, Esq.
521 West St.
Wilmington, DE 19801

**MANNER OF DELIVERY:**

   X   Two true copies by first class mail, postage prepaid, to each recipient

                        STATE OF DELAWARE
                        DEPARTMENT OF JUSTICE

                        /s/ Stephani J. Ballard
                        Stephani J. Ballard, I.D. #3481
                        Deputy Attorney General
                        Carvel State Office Building
                        820 N. French Street, 6th Floor
                        Wilmington, DE 19801
                        (302) 577-8400
                        Attorney for Defendants and Third-party Plaintiffs