

JOSEPH R. BIDEN, III
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
TTY (302) 577-5783

September 5, 2007

**Via Electronic Delivery**
The Honorable Mary Pat Thynge
U.S. District Court
844 N. King Street
Lock Box 8
Wilmington, DE  19801

    RE:    *Ward v. Taylor, et al.*, C.A. No. 04-1391-***

Dear Judge Thynge:

    This letter will serve as follow up to the State Defendants' interim status report (D.I. 70), and the status teleconference that was held on August 23, 2007 (D.I. 75). As you may recall, the primary topic of discussion at that teleconference was the feasibility of mediation, currently scheduled for September 18, 2007, given the discovery record and posture of this case.

    At the teleconference you indicated you wished to confer with Carl C. Danberg, Commissioner of Correction (as representative of State Defendants) to discuss the subject of mediation. I understand that that conversation took place by telephone. Also, since the teleconference I have reviewed the additional discovery responses filed by Plaintiff's counsel on August 22, 2007 (D.I. 71).

    Mr. Danberg and I have discussed the matter again, and the State Defendants' position remains that a mediation would be premature at this time. Accordingly, Defendants respectfully request that the September 18, 2007 mediation conference in this case be removed from the Court's calendar (D.I. 62). State Defendants, of course, do not foreclose the possibility of mediation at a later date, dependent on the outcome of the upcoming summary judgment proceedings.

If the Court has any questions, please do not hesitate to contact me.

Respectfully submitted,

/s/ Stephani J. Ballard
Stephani J. Ballard
Deputy Attorney General

cc: Carl C. Danberg, Commissioner of Correction (via email)
Jeffrey K. Martin, Esquire (via CM/ECF)
Daniel McKenty, Esquire (via CM/ECF)