IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY WARD, | : |
|     Plaintiff, | : |
| v. | :   Civil Action No. 04-1391-*** |
| STANLEY TAYLOR, et al., | : |
|     Defendants and Third-Party Plaintiffs, | : |
| v. | : |
| FIRST CORRECTIONAL MEDICAL DELAWARE, LLC, | : |
|     Third-Party Defendant. | : |

## ORDER

At Wilmington this 5th day of **September, 2007**,

IT IS ORDERED that as a result of the teleconference of August 23, 2007 and upon further review of this matter, the mediation scheduled for September 18, 2007 is cancelled.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE