IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TIMOTHY WARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STANLEY TAYLOR, et al., | ) | C.A. No. 04-1391-*** |
| | ) | |
| Defendants and | ) | |
| Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL | ) | |
| DELAWARE, LLC, | ) | |
| | ) | |
| Third-Party Defendant | ) | |

## **STIPULATED ORDER AMENDING SCHEDULING ORDER**

Whereas the parties agree that additional time is necessary for discovery in this case. The parties herby stipulate, subject to the order of this Court, to the following deadlines:

Closure of discovery:   October 31, 2007.

Dispositive motions/opening briefs:   November 30, 2007.

The parties agree that all other deadlines in the Amended Scheduling Order dated March 14, 2007 (D.I. 61) will remain the same. There is no trial date scheduled for this case at this time.

/s/Jeffrey K. Martin
JEFFREY K. MARTIN (#2407)
Martin & Wilson, P.A.
1508 Pennsylvania Avenue
Wilmington, DE  19806
Attorney for Plaintiff

   */s/* Stephani J. Ballard
STEPHANI J. BALLARD (#3481)
Deputy Attorney General
Carvel State Office Building
820 N.  French Street, 6th floor
Wilmington, DE 19801
Attorney for Defendants/
Third-party Plaintiffs

/s/Daniel L. McKenty
DANIEL L. MCKENTY (#2689)
Heckler & Frabizzio
P.O Box 128
Wilmington, DE 19899
Attorney for First Correctional Medical- Delaware, LLC


SO ORDERED, this _____day of _____, 2007.

                                                                                            _____
                                                                                            U.S. District Court Judge