IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TIMOTHY WARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1391 (KAJ) |
| | ) | |
| DELAWARE DEPARTMENT OF CORRECTION | ) ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff, Timothy Ward ("Plaintiff"), by and through his undersigned attorneys, will take the depositions the following listed-below individuals by oral testimony before an officer duly authorized to administer an oath, commencing on Wednesday, October 24, 2007, at the offices of Martin & Wilson, P.A., 1508 Pennsylvania Avenue, Wilmington, DE 19806. The depositions will be recorded stenographically and/or videographically and/or audiographically, before a Notary Public or other officer authorized to administer oaths in Delaware, and will be for the purpose of discovery of evidence and for use at trial.

| | |
|---|---|
| Keith Lovett | 9:00 a.m. |
| Lieutenant Salas | 11:00 a.m. |

MARTIN & WILSON, P.A.

/s/ Jeffrey K. Martin
JEFFREY K. MARTIN, ESQUIRE
**Del. Bar. I.D. No.: 2407**
1508 Pennsylvania Ave
Wilmington, DE 19806
(302) 777-4681
jmartin@martinandwilson.com
*Attorney for Plaintiff*

DATED: October 5, 2007

CC: Wilcox & Fetzer