## CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, do hereby certify that the attached documents were

electronically filed via CM/ECF on October 5, 2007 to the following:

> Stephani J. Ballard
> Deputy Attorney General
> Carvel State Office Building
> 820 N French St, 6th Floor
> Wilmington, DE 19801

**MARTIN & WILSON, P.A.**

**JEFFREY K. MARTIN, ESQUIRE**
**Del. Bar. I.D. No.: 2407**
1508 Pennsylvania Avenue
Wilmington, DE 19806
(302) 777-4681
jmartin@martinandwilson.com
*Attorney for Plaintiff*

DATED: October 5, 2007