# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TIMOTHY WARD, | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 04-1391 *** |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| STANLEY TAYLOR; PAUL HOWARD; | ) | |
| THOMAS CAROLL; JOHN SALAS; JESSICA | ) | |
| DAVIS-PARTON; CERTAIN UNKNOWN | ) | |
| INDIVIDUAL EMPLOYEES OF THE STATE | ) | |
| OF DELAWARE DEPARTMENT OF | ) | |
| CORRECTION; and STATE OFDELAWARE | ) | |
| DEPARTMENT OF CORRECTION. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I hereby certify that on October 15, 2007, a true and correct copy of the *State Defendants' Responses to Plaintiff Timothy Ward's Second Set of Interrogatories* was served upon the following counsel of record via electronic mail:

| | |
|---|---|
| Jeffrey K. Martin, Esquire<br>Martin & Wilson, P.A.<br>1508 Pennsylvania Avenue, Suite 1C<br>Wilmington, DE 19806 | Daniel McKenty, Esquire<br>Heckler & Frabizzio<br>P.O. Box 128<br>Wilmington, DE 19899-0128 |

   /s/ Stephani J. Ballard
Stephani J. Ballard, I.D. #3481
Deputy Attorney General
Department of Justice
Carvel State Building
820 N. French St, 6th Flr.
Wilmington, DE 19801
(302) 577-8400
Attorney for State Defendants