# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TIMOTHY WARD, | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 04-1391 *** |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| STANLEY TAYLOR; PAUL HOWARD; | ) | |
| THOMAS CAROLL; JOHN SALAS; JESSICA | ) | |
| DAVIS-PARTON; CERTAIN UNKNOWN | ) | |
| INDIVIDUAL EMPLOYEES OF THE STATE | ) | |
| OF DELAWARE DEPARTMENT OF | ) | |
| CORRECTION; and STATE OFDELAWARE | ) | |
| DEPARTMENT OF CORRECTION. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I hereby certify that on October 15, 2007, a true and correct copy of the *State Defendants' Responses to Plaintiff Timothy Ward's Second Request for Production of Documents* was served upon the following counsel of record via electronic mail:

| Jeffrey K. Martin, Esquire | Daniel McKenty, Esquire |
|---|---|
| Martin & Wilson, P.A. | Heckler & Frabizzio |
| 1508 Pennsylvania Avenue, Suite 1C | P.O. Box 128 |
| Wilmington, DE 19806 | Wilmington, DE 19899-0128 |

                                                /s/ Stephani J. Ballard
                                              Stephani J. Ballard, I.D. #3481
                                              Deputy Attorney General
                                              Department of Justice
                                              Carvel State Building
                                              820 N. French St, 6th Flr.
                                              Wilmington, DE  19801
                                              (302) 577-8400
                                              Attorney for State Defendants