**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TIMOTHY WARD, | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 04-1391 *** |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| STANLEY TAYLOR; PAUL HOWARD; | ) | |
| THOMAS CAROLL; JOHN SALAS; JESSICA | ) | |
| DAVIS-PARTON; CERTAIN UNKNOWN | ) | |
| INDIVIDUAL EMPLOYEES OF THE STATE | ) | |
| OF DELAWARE DEPARTMENT OF | ) | |
| CORRECTION; and STATE OFDELAWARE | ) | |
| DEPARTMENT OF CORRECTION. | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

I hereby certify that on October 31, 2007, *State Defendants' Supplemental*

*Production of Documents (Bates Numbers D000681 – D001083) Responsive to Plaintiff's*

*Second Request for Production of Documents* was served upon the following counsel of

record via first class mail:

Jeffrey K. Martin, Esquire              Daniel McKenty, Esquire
Martin & Wilson, P.A.                   Heckler & Frabizzio
1508 Pennsylvania Avenue, Suite 1C      P.O. Box 128
Wilmington, DE 19806                    Wilmington, DE 19899-0128


    /s/ Stephani J. Ballard
Stephani J. Ballard, I.D. #3481
Deputy Attorney General
Department of Justice
Carvel State Building
820 N. French St, 6th Flr.
Wilmington, DE  19801
(302) 577-8400
Attorney for State Defendants