IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TIMOTHY WARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STANLEY TAYLOR, et al., | ) | C.A. No. 04-1391-*** |
| | ) | |
| Defendants and | ) | |
| Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL | ) | |
| DELAWARE, LLC, | ) | |
| | ) | |
| Third-Party Defendant | ) | |

**STIPULATED ORDER AMENDING SCHEDULING ORDER**

IT IS HEREBY STIPULATED by the parties in the above action, subject to the order of this Court, that the dispositive motions deadline be extended as follows:

Opening Briefs due December 10, 2007.

Answering Briefs due January 7, 2008.

Reply Briefs due January 17, 2008

The parties agree that all other deadlines in the Amended Scheduling Order dated March 14, 2007 (D.I. 61) will remain the same. There is no trial date scheduled for this case at this time.

| | |
|---|---|
| /s/Jeffrey K. Martin | ___/s/ Stephani J. Ballard___ |
| JEFFREY K. MARTIN (#2407) | STEPHANI J. BALLARD (#3481) |
| Martin & Wilson, P.A. | Deputy Attorney General |
| 1508 Pennsylvania Avenue | Carvel State Office Building |
| Wilmington, DE 19806 | 820 N. French Street, 6th floor |
| Attorney for Plaintiff | Wilmington, DE 19801 |
| | Attorney for Defendants/ |
| | Third-party Plaintiffs |

/s/Daniel L. McKenty
DANIEL L. MCKENTY (#2689)
Heckler & Frabizzio
P.O Box 128
Wilmington, DE 19899
Attorney for First Correctional Medical- Delaware, LLC

SO ORDERED, this _____day of _____, 2007.

_____
U.S. District Court Judge