IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TIMOTHY WARD, | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 04-1391 *** |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| STANLEY TAYLOR; PAUL HOWARD; | ) | |
| THOMAS CAROLL; JOHN SALAS; JESSICA | ) | |
| DAVIS-PARTON; CERTAIN UNKNOWN | ) | |
| INDIVIDUAL EMPLOYEES OF THE STATE | ) | |
| OF DELAWARE DEPARTMENT OF | ) | |
| CORRECTION; and STATE OF DELAWARE | ) | |
| DEPARTMENT OF CORRECTION. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I hereby certify that on December 4, 2007, a true and correct copy of the *State Defendants' Supplemental Responses to Plaintiff Timothy Ward's Second Request for Production of Documents* was served upon the following counsel of record via electronic mail:

Jeffrey K. Martin, Esquire  
Martin & Wilson, P.A.  
1508 Pennsylvania Avenue, Suite 1C  
Wilmington, DE 19806

Daniel McKenty, Esquire  
Heckler & Frabizzio  
P.O. Box 128  
Wilmington, DE 19899-0128

　　/s/ Stephani J. Ballard  
Stephani J. Ballard, I.D. #3481  
Deputy Attorney General  
Department of Justice  
Carvel State Building  
820 N. French St, 6th Flr.  
Wilmington, DE 19801  
(302) 577-8400  
Attorney for State Defendants