IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY WARD,<br><br>      Plaintiff,<br><br>v.<br><br>STANLEY TAYLOR; PAUL HOWARD; THOMAS CARROLL; JOHN SALAS; JESSICA DAVIS-BARTON; CERTAIN UNKNOWN INDIVIDUAL EMPLOYEES OF THE STATE OF DELAWARE DEPARTMENT OF CORRECTION; and STATE OF DELAWARE DEPARTMENT OF CORRECTION,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 04-1391 ***<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR LEAVE TO AMEND THE COMPLAINT TO ADD LIEUTENANT PAUL HARVEY AS A PARTY DEFENDANT

Pursuant to Federal Rule of Civil Procedure 15, Plaintiff Timothy Ward, through his attorneys, hereby moves this Honorable Court for leave to Amend the Complaint to add Paul Harvey as a party defendant for the following reasons:

1. This action was initiated by Plaintiff Timothy Ward in October 2004 and was assigned to Judge Kent Jordan.

2. Plaintiff was beaten by an inmate who was suffering from mental disorders and was permitted to go to the outside recreational area where he struck Mr. Ward without warning.

3. Plaintiff initially named as Defendants: Stanley Taylor; Paul Howard; Thomas Carroll; John Salas; Jessica Davis-Barton; and "certain unknown individual employees of the State of Delaware Department of Correction." In

addition, the State of Delaware Department of Correction was named as a Defendant.

4. The parties exchanged written discovery as well as deposition testimony.

5. While Lieutenant Paul Harvey was identified by Defendants as a Department of Correction employee with knowledge of the events, the extent of Lieutenant Harvey's involvement with the facts and circumstances that led to Plaintiff's beating was unknown until the conclusion of discovery when the deposition of Department of Correction Officer Sean Lovett was taken on October 24, 2007.

6. Officer Lovett testified and gave information for the first time to show that the assault on Tim Ward "could have been prevented." (Lovett deposition, 66 attached hereto as Exhibit A). Lovett described how after seeing inmate Johnson act out at chow hall (inmate Johnson was the inmate who attacked Tim Ward), Lovett went directly to Lieutenant Paul Harvey to describe to Harvey Lovett's concerns about Johnson's condition saying, "He's going to bust loose. Something is going to go down." (Lovett deposition, 66). Lovett further told Lieutenant Harvey that, "this dude is going to go crazy. I don't want to be around when it happens." Lovett cautioned Harvey, "you better do something." (Lovett deposition, 66).

7. Lovett testified that he had planned to keep this knowledge of his interaction with Lieutenant Harvey to himself but decided that he would not hide anything during his deposition. (Lovett Deposition, 66, 67, 68) Asked about

Lieutenant Harvey's response to Officer Lovett's expressions of concerns, Lovett said that, "He kind of blew it off." (Lovett deposition, 68).

8. The testimony from Officer Lovett reveals that Lieutenant Paul Harvey was informed of inmate Johnson's erratic behavior and "blew it off" rather than taking affirmative action that would have prevented inmate Johnson from being released into the outside recreational yard where he assaulted Mr. Ward.

9. Plaintiff respectfully makes this request for leave to add this defendant because Plaintiff could not have reasonably known the allegations of the involvement of Lieutenant Paul Harvey until the close of discovery when Officer Lovett's deposition was taken.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant leave to amend the Complaint to add Paul Harvey as a party defendant in this action.

Respectfully submitted,

/s/  Jeffrey K. Martin
JEFFREY K. MARTIN, ESQUIRE
DE Bar I.D. No.: 2407
Martin and Wilson, P.A.
1508 Pennsylvania Ave
Wilmington, DE 19806
(302) 777-4681
jmartin@martinandwilson.com
*Attorneys for Plaintiff*

/s/  Herbert G. Feuerhake
HERBERT G. FEUERHAKE, ESQUIRE
DE Bar I.D. No.: 2590
Herbert G. Feuerhake
521 West St
Wilmington, DE 19801
(302) 658-6101
herblaw@verizonmail.com
*Attorneys for Plaintiff*

DATED:    December 7, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2007 a true and correct copy of the *Motion for Leave to Amend the Complaint to Add Lieutenant Paul Harvey as a Party Defendant*, was filed and served via CM/ECF upon the following counsel of record:

Stephani J. Ballard, Esquire
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801

/s/ *Jeffrey K. Martin*
JEFFREY K. MARTIN, ESQUIRE
DE Bar I.D. No.: 2407
Martin and Wilson, P.A.
1508 Pennsylvania Ave
Wilmington, DE 19806
(302) 777-4681
jmartin@martinandwilson.com
*Attorneys for Plaintiff*

/s/ *Herbert G. Feuerhake*
HERBERT G. FEUERHAKE, ESQUIRE
DE Bar I.D. No.: 2590
Herbert G. Feuerhake
521 West St
Wilmington, DE 19801
(302) 658-6101
herblaw@verizonmail.com
*Attorneys for Plaintiff*

DATED:    December 7, 2007