# EXHIBIT A

1  in chow hall with regard to Johnson speaking out the
2  way he did?
3      MS. BALLARD: Objection to the form.
4  A.  I don't understand what your question is.
5  Q.  Did you make any incident reports or any type
6  of report to any superiors as a result of observing
7  Robert Johnson in chow hall?
8  A.  No, I did not.
9  Q.  Is there any reason why you did not?
10  A.  It wasn't worth it.  It wasn't worth the effort
11  for nothing to happen.
12  Q.  I'm sorry?
13  A.  It wasn't worth the effort for nothing to
14  happen and it would just have been more paperwork and
15  more aggravation for me.  Sometimes you got to let
16  things go.
17      Do you know what?  You guys forgot a big
18  piece of what happened in the whole story and I'm
19  going to drop it down right now what happened.  So
20  this is true and honestly when this whole thing, when
21  I found out that I would have to come here -- I don't
22  support inmates by any means.  I don't support nothing
23  about inmates.
24  Q.  You don't support Tim Ward, do you?

1        MS. BALLARD: Objection to the form.

2    A. As far as you made the statement that Tim

3 considers me a friend, I'm not a friend to any inmate.

4        What happened that day was wrong. It

5 could have been prevented. After that incident

6 happened, I went to Lieutenant Harvey, told Lieutenant

7 Harvey "This guy's got some problems. This dude's got

8 some major fucking problems. He's going to bust

9 loose. Something is going to go down."

10    Q. Excuse me. But tell me, when did you see

11 Lieutenant Harvey? Right after this happened?

12    A. Right after. When the inmates were brought

13 back to the building, I went to Lieutenant Harvey and

14 said, "Lieutenant Harvey, this dude's a problem. This

15 dude is going to go crazy. I don't want to be around

16 when it happens." I said, "You better do something,"

17 in which case C/O Dunn took Robert Johnson over to the

18 infirmary. The infirmary said there was nothing wrong

19 with him; he was fine. He went back to the building

20 and then did what he did.

21        And I don't know if you guys have that on

22 record, if you even knew that that had happened, but

23 that was something that I really had planned to keep

24 to myself, but being that I'm here I don't want to

1  come off that I'm hiding anything or anything. And as
2  much as I don't support inmates suing anybody and I
3  can't stand fucking inmates, to be honest with you,
4  I'm not going to sit here and bullshit through this
5  thing. I'm going to tell you the truth. I'm going to
6  tell you exactly what happened no matter who stands to
7  gain the most out of this situation.
8           That situation could have been prevented
9  and I'm just going on record as saying that. No
10 matter what happens here, I want to be honest and I
11 want to be truthful to the whole situation and that's
12 it because I've been struggling with that situation
13 for a while.
14    Q.   Well, we all appreciate your candor. We know
15 it's a difficult situation for you to keep inside and
16 appreciate that you can put it out on the table for
17 us.
18           Let me ask some follow-up questions, if I
19 may.
20    A.   Okay.
21    Q.   What was Harvey's first name?
22    A.   Lieutenant.
23    Q.   Male or female?
24    A.   Male.

Keith F. Lovett

68

1   Q.   Did he have a first name other than lieutenant?
2   A.   I don't know.
3   Q.   What was Harvey's response to your great
4   concern that you expressed to him immediately after
5   this happened?
6   A.   He kind of blew it off.
7   Q.   Did he acknowledge that he knew anything about
8   Robert Johnson?
9   A.   Yes.  He probably, he probably had said
10  something to the fact that he was just, he was just
11  talking shit and he was, you know, just, just, just
12  another crazy inmate.
13  Q.   How long did you talk with Lieutenant Harvey?
14  A.   Just for a couple of minutes.  The lieutenant
15  would be out on the boulevard at the boulevard gate.
16       I distinctly remember going back and going
17  back after the inmates were secured in the building
18  and told Harvey what had happened.  I was more alarmed
19  at the fact that Robert Johnson was kind of glassy
20  eyed and he kind of was real shitty looking when the
21  incident had taken place in the chow hall.  And I
22  didn't feel uncomfortable or anything with him in the
23  chow hall.  I did feel like, you know, he could have
24  incited other inmates to misbehave, but fortunately

Keith F. Lovett

69

1   the situation went very smoothly after that. I think
2   that the other inmates kind of laughed at him and the
3   fact that he was misbehaving and acting the way that
4   he was. I think that I showed great restraint in
5   dealing with what he was doing in the chow hall, but
6   his glassy-eyed look and his look of craziness really
7   brought me to want to contact Lieutenant Harvey on the
8   situation.
9           I kind of felt like sometimes people don't
10  want to do things, don't want to write incident
11  reports, people don't want to aggressively deal with
12  situations as they happen in the form of paperwork,
13  removing an inmate or whatever. And I felt like it
14  was important that I went to Harvey and let him know
15  that this guy was definitely going to be a problem and
16  somebody needed to do something.
17  Q.   I have a few more questions, but I'm just going
18  to take a moment, if I can. If you need to use the
19  bathroom or get some water, I'll be back in a moment.
20  Okay?
21  A.   Okay.
22          (A brief recess was taken.)
23  BY MR. MARTIN:
24  Q.   Going back to what Johnson said to you in chow