IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY WARD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STANLEY TAYLOR; PAUL HOWARD; )<br>THOMAS CARROLL; JOHN SALAS; )<br>JESSICA DAVIS-BARTON; CERTAIN )<br>UNKNOWN INDIVIDUAL EMPLOYEES OF )<br>THE STATE OF DELAWARE DEPARTMENT )<br>OF CORRECTION; and STATE OF DELAWARE )<br>DEPARTMENT OF CORRECTION, )<br>)<br>Defendants. ) | C.A. No. 04-1391 ***<br><br>JURY TRIAL DEMANDED |

## ORDER

AND NOW, TO WIT, THIS _____ day of _____, 2007, this Court having duly considered Plaintiff's Motion to Leave Court to Amend the Complaint to Add Lieutenant Paul Harvey as a Party Defendant;

IT IS HEREBY ORDERED that Plaintiff's Motion to Leave Court to Amend the Complaint to Add Lieutenant Paul Harvey as a Party Defendant is GRANTED.

_____
**JUDGE**