IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY WARD,<br><br>      Plaintiff,<br><br>v.<br><br>STANLEY TAYLOR; PAUL HOWARD;<br>THOMAS CARROLL; JOHN SALAS;<br>JESSICA DAVIS-BARTON; CERTAIN<br>UNKNOWN INDIVIDUAL EMPLOYEES OF<br>THE STATE OF DELAWARE DEPARTMENT<br>OF CORRECTION; and STATE OF DELAWARE<br>DEPARTMENT OF CORRECTION,<br><br>      Defendants. | C.A. No. 04-1391 ***<br><br>JURY TRIAL DEMANDED |

## NOTICE OF MOTION

TO:   Stephani J. Ballard, Esquire
      Deputy Attorney General
      820 North French Street, 6th Floor
      Wilmington, DE 19801

PLEASE TAKE NOTICE, that the undersigned attorney will present the attached *Motion to Leave Court to Amend the Complaint to Add Lieutenant Paul Harvey as a Party Defendant* at the convenience of the Court.

/s/ Jeffrey K. Martin
JEFFREY K. MARTIN, ESQUIRE
DE Bar I.D. No.: 2407
Martin and Wilson, P.A.
1508 Pennsylvania Ave
Wilmington, DE 19806
(302) 777-4681
jmartin@martinandwilson.com
*Attorneys for Plaintiff*

/s/ Herbert G. Feuerhake
HERBERT G. FEUERHAKE, ESQUIRE
DE Bar I.D. No.: 2590
Herbert G. Feuerhake
521 West St
Wilmington, DE 19801
(302) 658-6101
herblaw@verizonmail.com
*Attorneys for Plaintiff*

DATED:    December 7, 2007