IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY WARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| STANLEY TAYLOR, | )   C. A. No. 04-1391 *** |
| PAUL HOWARD, THOMAS | ) |
| CARROLL, JOHN SALAS, | ) |
| JESSICA DAVIS-BARTON, | ) |
| CERTAIN UNKNOWN INDIVIDUAL | ) |
| EMPLOYEES OF STATE OF | ) |
| DELAWARE DEPARTMENT OF | ) |
| CORRECTION, and | ) |
| STATE OF DELAWARE, | ) |
| DEPARTMENT OF CORRECTION, | ) |
| | ) |
| Defendants/Third Party Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| FIRST CORRECTIONAL MEDICAL DELAWARE, LLC, | ) |
| | ) |
| Third-Party Defendant. | ) |

### STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COME NOW, the above-captioned State Defendants, by and through their counsel, and hereby move this Honorable Court to enter an Order granting Summary Judgment in their favor, and against the Plaintiff in this matter, pursuant to Federal Rule of Civil Procedure 56(c), for the reasons set forth in the accompanying Opening Brief in Support of State Defendants' Motion for Summary Judgment.

                                                  DEPARTMENT OF JUSTICE
                                                  STATE OF DELAWARE

                                                  /s/Stephani J. Ballard
                                                STEPHANI J. BALLARD (I.D. No. 3481)
                                                Deputy Attorney General
                                                Carvel State Office Building
                                                820 North French Street, 6th Floor
                                                Wilmington, DE 19801
                                                (302) 577-8400

DATED: December 10, 2007                Attorney for State Defendants

**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TIMOTHY WARD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STANLEY TAYLOR, )<br>PAUL HOWARD, THOMAS )<br>CARROLL, JOHN SALAS, )<br>JESSICA DAVIS-BARTON, )<br>CERTAIN UNKNOWN INDIVIDUAL )<br>EMPLOYEES OF STATE OF )<br>DELAWARE DEPARTMENT OF )<br>CORRECTION, and )<br>STATE OF DELAWARE, )<br>DEPARTMENT OF CORRECTION, )<br>)<br>Defendants/Third Party )<br>Plaintiffs, )<br>)<br>v. )<br>)<br>FIRST CORRECTIONAL MEDICAL )<br>DELAWARE, LLC, )<br>)<br>Third-Party Defendant. ) | C. A. No. 04-1391 *** |

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on December 10, 2007, she caused the attached, *Opening Brief in Support of State Defendants' Motion for Summary Judgment* to be electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Jeffrey K. Martin, Esquire
Martin & Wilson, P.A.
1508 Pennsylvania Ave., Suite 1C
Wilmington, DE 19806

Daniel McKenty, Esquire
Heckler & Frabizzio
P.O. Box 128
Wilmington, DE 19899-0128

Herbert G. Feuerhake, Esq.
521 West St.
Wilmington, DE 19801

/s/ Stephani J. Ballard
Stephani J. Ballard, I.D. #3481
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302)577-8400
Attorney for State Defendants