## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF DELAWARE

TIMOTHY WARD,                                  )
                                               )
        Plaintiff,                          )
                                               )
v.                                             )
                                               )
STANLEY TAYLOR,                                )          C. A. No. 04-1391 ***
PAUL HOWARD, THOMAS                            )
CARROLL, JOHN SALAS,                           )
JESSICA DAVIS-BARTON,                          )
CERTAIN UNKNOWN INDIVIDUAL                     )
EMPLOYEES OF STATE OF                          )
DELAWARE DEPARTMENT OF                         )
CORRECTION, and                                )
STATE OF DELAWARE,                             )
DEPARTMENT OF CORRECTION,                      )
                                               )
        Defendants/Third Party            )
        Plaintiffs,                       )
                                               )
v.                                             )
                                               )
FIRST CORRECTIONAL MEDICAL                     )
DELAWARE, LLC,                                 )
                                               )
        Third-Party Defendant.            )

### APPENDIX TO OPENING BRIEF IN SUPPORT OF
### STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
### VOLUME 3

DEPARTMENT OF JUSTICE
STATE OF DELAWARE

STEPHANI J. BALLARD, I.D. #3481
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for State Defendants

DATED: December 10, 2007

**Volume 3**
**TABLE OF CONTENTS**

**RECORDS PRODUCED BY STATE DEFENDANTS IN DISCOVERY**

FCM Progress Note for Inmate Robert Johnson dated 7/10/04 ........................................................A000254

Incident Report authored by Captain Joseph Belanger dated July 10, 2004 ....................................A000255

Incident Report authored by Correctional Officer Aladino Rodriguez dated July 11, 2004 ............A000257

Incident Report authored by Correctional Officer Keith Lovett dated July 10, 2004 ......................A000258

Incident Report authored by Correctional Officer Veronica Sabb dated July 10, 2004 ..................A000259

Incident Report authored by Correctional Officer Nicole McEnaney dated July 10, 2004.............A000260

DCC Shift Commander's Report dated July 10, 2004 (4-12 shift) ...................................................A000261

Medical Records for Inmate Timothy Ward dated July 10, 2004 ....................................................A000262

Physician's Order Sheets and Therapeutic Diet Sheets for Inmate Timothy Ward
    (July 2004 – Nov. 2004)...........................................................................................................A000276

FCM Progress Notes for Inmate Timothy Ward (July 2004 – Nov. 2004) .....................................A000287

Various Consultation Requests and medical notes from physician specialists re: Timothy Ward...A000308

FCM Medical Summary for Inmate Timothy Ward...........................................................................A000322

Memo dated September 2, 2004 to Warden Thomas L. Carroll from Major David K. Holman re:
    Inmate Timothy Ward ..............................................................................................................A000328

File Notes from Correctional Counselor Jessica Davis Barton regarding Timothy Ward ...............A000329

Disciplinary Report regarding September 17, 2004 Incident involving Timothy Ward and Protective
    Custody Investigation Form ......................................................................................................A000336

Health Care Services Contract between DOC and FCM...................................................................A000341

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|------|------|-----------|---------------------------------------------|
| 7/10/04 | Dec 1330 | MSW | S) "I'm okay. Just really stressed out from work. I'm working a lot of over time so when I get out I can go to the salvation army or something like that you know and by me some clothes or something. You know what I'm talking about, I shouldn't have yelled at that man you know. I don't know something came over my you know and you know." |
| | | | O) I'm seen at security's request. Presents with constant rambling. I'm having flight of ideas. Goes back and forth between working too much, kitchen changed his position, and yelling at the officer. Good eye contact. Does not appear agitated. States has no intention of harming himself or anyone else. A) alt thought process. P) Refer to MH for Monday 7-12-04. RTC PRN. |
| | | | ~~signature~~ |

| NAME-Last Johnson | First Robert | Middle | Attending Physician | Record No. 3606474 | Room/Bed: |
|-------------------|--------------|--------|---------------------|---------------------|-----------|

**INTERDISCIPLINARY PROGRESS NOTES**
☐ Continued on Reverse

D00430

incident#
1013595

Date: 04/28/2006

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
Phone#: 302-653-9261

# INCIDENT REPORT

Group#: 1008     Type: Inmate Involved          Incident Date: 07/10/2004     Time: 15:00     Confidential: No

Facility: DCC  Delaware Correctional Center                                    Followup Required : No
Incident Location: Bldg.T-1 Yard
Location Description: Yard area

Violated Conditions:

Description of Incident:
On July 11, 2004, I Capt.Joseph H. Belanger was briefed of an incident whereas I/M Timothy Ward had been assaulted on
Saturday July 10, 2004 at approximately 1500 hours.

At approximately 0900 hours, I received a telephone call from Chaplain Frank Pennell. He stated that he was informed that an
inmate that lived in T1 bed #10 was the assaulter in yesterdays incident. I had I/M Robert Johnson, the identified suspect in
this case escorted to the receiving room. I continued with the investigation from that point.

I interviewed I/M Timothy Ward. He stated that he was sitting on a table when he was assaulted from behind. He doesn't
know who was the person that assaulted him, but he was speaking with two other inmates.

I took the opportunity to determine who the other two inmates was involved in this case. I identified one that wishes to remain
unnamed. He did state that he provided assistance to I/M Timothy Ward when he was convulsing. He stated that had he not
provided the assistance, he felt that I/M Ward may have died in his own blood. This source was in the housing unit at the time
this morning when I/M Johnson was removed. I asked if he knew who the inmate was that assaulted I/M Ward. The source
was concerned with being involved in naming anyone for fear of reprisal. I assured him there would be no reprisal because
there had been two other inmates that had named I/M Johnson as the aggressor, I wanted to be sure that if I/M Johnson is the
aggressor, he is appropriately placed in another section of the prison. The source did acknowledge that I/M Johnson is the
person that assaulted I/M Ward. The source stated that while I/M Ward was seated on the table, I/M Johnson came from
b_ _ _d and just started hitting him for no reason. The source stated that yesterday during lunch, I/M Johnson was acting out
the dining hall that resulted in him being sent to the infirmary. He could not understand why he was sent back to the building,
but that is when the assault took place.

| Injured Persons | Hospitalized | | Nature Of Injuries |
|---|---|---|---|
| N/A | N/A | N/A | |

Evidence Type: N/A                                                      Date Collected: N/A
Discovered By : N/A                                    Secured By: N/A

Type of Force Used [ ]  PHYSICAL  [ ]  CHEMICAL [ ]   STUN [ ]    OTHER  [ ]  CAPSTUN [X]   NONE
Restraints Used     : N/A
Immediate Action Taken:
N/A

## Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | Joseph, Belanger | N/A | Shift Commander - Large Inst. |
| Inmate | Timothy, Ward | 00501898 | N/A |
| Inmate | Robert, Johnson L | 00366476 | N/A |

Reporting Officer: (Shift Commander - Large Inst.)          Entered By: Belanger, Joseph  (Shift Commander - Large
                                                              Inst.)

## Approval Information

[X]  Approved [ ] Disapproved  Date: 07/11/2004   Approved by: Belanger, Joseph  (Shift Commander - Large Inst.)
C_ _ _ments: I/M Robert Johnson needs to be seen for a mental health evaluation. While interviewing him, he spoke of taking his
frustration out on people for no reason, but because he is stressed out of different things in life experience, he
needs to speak with Mental Health.

Page 1 of 2

D00376

| Incident# | DCC  Delaware Correctional Center | Date: 04/28/2006 |
|-----------|-----------------------------------|------------------|
| 1013595   | Smyrna Landing Road               |                  |

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone#: 302-653-9261**

# INCIDENT REPORT

| Group#: 1008 | Type: Inmate Involved | Incident Date: 07/10/2004 | Time: 15:00 | Confidential: No |
|--------------|----------------------|---------------------------|-------------|------------------|

Joe Hudson has been notified of this incident/investigation.

I/M Robert Johnson has been reported to stay up during the night within T1, pass papers to other inmates asking them to write letters in code.  While I was in T1 to escort I/M Johnson to the receiving room, he was writing words in codes.

D00377

A000256

| Incident#<br>1013597 | DCC  Delaware Correctional Center<br>Smyrna Landing Road<br>SMYRNA DE, 19977<br>Phone#: 302-653-9261 | Date: 04/28/2006 |

## INCIDENT REPORT

| Group#: N/A | Type: Inmate Involved | Incident Date: 07/11/2004 | Time: 14:00 | Confidential: Yes |

**Facility:** DCC  Delaware Correctional Center                          Followup Required : No

**Incident Location:** Bldg.W-1 Lobby

**Location Description:** W-1 lobby

**Violated Conditions:** Other

**Description of Incident:**

ON THE ABOVE DATE AND APPROX. TIME I (C/O ALADINO RODRIGUEZ) WAS APPROCHED BY (I/M MICHAEL FOX) ABOUT THE INCIDENT THAT HAPPEN ON JULY 10, 2004.  (I/M FOX) TOLD C/O RODRIGUEZ THAT HE SEEN THE WHOLE FIGHT.  I/M FOX TOLD C/O RODRIGUEZ THAT I/M JOHNSON, ROBERT WAS HITTING AN OLDER INMATE APPROXIMATELY 15 TIMES IN THE FACE.  AFTER I/M FOX REPORTED THIS TO ME I REPORTED IT TO LT. HARVEY.

| Injured Persons | Hospitalized | | Nature Of Injuries |
|---|---|---|---|
| N/A | N/A | N/A | |

**Evidence Type:** N/A                                              Date Collected: N/A

**Discovered By :** N/A                                    Secured By: N/A

**Type of Force Used** [] PHYSICAL  [] CHEMICAL []  STUN []  OTHER   []  CAPSTUN [X]  NONE

**Restraints Used**  : N/A

**Immediate Action Taken:**
WROTE 404

| | | Individuals Involved | | |
|---|---|---|---|---|
| Person Code | Name | | SBI# | Title |
| S | Aladino, Rodriguez  Jr | | N/A | Correctional Officer |
| Inmate | Michael, Fox D | | 00298538 | N/A |
| Inmate | Robert, Johnson L | | 00366476 | N/A |

**Reporting Officer:** Rodriguez, Aladino  Jr(Correctional Officer)    **Entered By:** Rodriguez, Aladino  Jr(Correctional Officer)

| | Approval Information | |
|---|---|---|

[X]  Approved [ ] Disapproved  **Date:** 07/11/2004  **Approved by:** Taylor, Ramon   (Staff Lt./Lt)

**Comments:** N/A

D00378

**A000257**

| Incident# |
|-----------|
| 1013572 |

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone#: 302-653-9261**

Date:  04/28/2006

## INCIDENT REPORT

Group#:1003    Type: Inmate Involved          Incident Date:07/10/2004    Time: 14:40    Confidential: No

Facility:DCC  Delaware Correctional Center                              Followup Required :No

Incident Location: Bldg. T-2 Yard

Location Description: near w gate

Violated Conditions: 1.13 Fighting

Description of Incident:

On the above date and approx time of 1440 hours I C/O Lovett responded to a code 4 by unit #29 in T-yard. At that time I responded to T-yard, behind T-1 and observed I/M Ward, Timmothy #501898 sitting on a picnic table covered in blood. Blood appeared to be comming from cuts to the face. At that time I returned to T-2 to get the first aid kit. Upon arriving back to the scene, the kit was opened and bandages were passed to the inmate, approx 2 minutes later medical arrived on the scene and transported I/M Ward to the infirmary. end of report.

| Injured Persons | Hospitalized | Nature Of Injuries |
|-----------------|--------------|--------------------|
| Timmothy, Ward | No | Blood On Face |

Evidence Type: N/A                                          Date Collected: N/A

Discovered By :N/A                                    Secured By :N/A

Type of Force Used []    PHYSICAL    []    CHEMICAL []    STUN []    OTHER    []    CAPSTUN [X]    NONE

Restraints Used    : N/A

Immediate Action Taken:
filed 404

| Individuals Involved | | | |
|----------------------|---|---|---|
| Person Code | Name | SBI# | Title |
| Staff | Keith, Lovett F | N/A | Correctional Officer |
| Inmate | Timothy, Ward | 00501898 | N/A |

Reporting Officer: (Correctional Officer)          Entered By: Lovett, Keith F (Correctional Officer)

| Approval Information | | | |
|---|---|---|---|

[X]  Approved  []Disapproved  Date:07/10/2004  Approved by: Mccreanor, Michael  (Shift Commander - Large Inst.)

Comments: N/A

Page 1 of 1

D00379

**A000258**

Incident#
1013573

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone#: 302-653-9261**

Date: 04/28/2006

# INCIDENT REPORT

| | | | |
|---|---|---|---|
| Group#: 1003 | Type: Inmate Involved | Incident Date: 07/10/2004 | Time: 14:30  Confidential: No |

Facility: DCC  Delaware Correctional Center

Followup Required : No

Incident Location: Bldg.T-1 Yard

Location Description: behind t1 and T2

Violated Conditions: Other

Description of Incident:
On July 10,2004 while I C/o Drummond Veronica was working as unit #29 as  I went to unlock my W bldgs gate I heard someone yelling Drummond" you  need to get someone over here that guy passed out"  I,c/o Drummond, observed I/m Ward ,Timothy Sbi# 501898 laying across the picnic table  and then I/m Boney, William sbi #443597 sit him up . I/ m Ward's face was covered with blood. I, C/O Drummond, then called for unit 28 and all available staff telling that there was a code #4  in  the T- yard. Lt. Salas, Lt Harve, Lt Lee, Lt Heveron, unit 28, K-9 units, 27 all reported and nurses. I/m Ward was taken to infirmary by nurses and unit#27 End of Report.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| Timothy, Ward | Yes | Face Bleeding |

| | |
|---|---|
| Evidence Type: N/A | Date Collected: N/A |
| Discovered By :N/A | Secured By:N/A |

Type of Force Used [ ]   PHYSICAL   [ ]   CHEMICAL [ ]   STUN [ ]   OTHER   [ ]   CAPSTUN [X]   NONE

Restraints Used   : N/A

Immediate Action Taken:
N/A

## Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | Veronica, Drummond M | N/A | Correctional Officer |
| Inmate | Timothy, Ward | 00501898 | N/A |
| Inmate | William, Boney J | 00443597 | N/A |

Reporting Officer: Sabb, Veronica M (Correctional Officer)        Entered By: Sabb, Veronica M (Correctional Officer)

### Approval Information

| | | |
|---|---|---|
| [X]  Approved [ ] Disapproved  Date: 07/10/2004 | Approved by: Mccreanor, Michael  (Shift Commander - Large Inst.) | |

Comments: N/A

**Page 1 of 1**

D00380

Incident#
1013598

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone#: 302-653-9261**

Date: 07/12/2004

# INCIDENT REPORT

| Dup# N/A | Type: Inmate Involved | Incident Date: 07/10/2004 | Time: 09:00 | Confidential: No |
|---|---|---|---|---|

Facility: DCC  Delaware Correctional Center

Incident Location: Bldg.T-1 Yard

Followup Required :No

Location Description: picnic table in T-Yard

Violated Conditions:

Description of Incident:

On July 10,2004  at approximately 1430 unit 29 called a code 4 to the T-yard. k-9 c/o McEnaney responded and cleared the yard. I/m Tim Ward was sitting on the picnic table covered in blood. Medical arrived and put the inmate on a stretcher and took him to the infirmary and was later taken to the hospital 911.
July 11,2004 at approximately 0900 an un-named source came up to me and said that he sat in his housing units yard and watched the entire incident. He said that the I/M was kicked repeatedly in the head. My source said that the assault was over a tobacco delivery that went wrong. K-9 McEnaney was also told  that the inmate was sitting in the yard against the wall watching us take care of the inmate that was assaulted. The inmate was described to me (McEnaney) as a skinny black male with these really nappy twist on his head, light skinned and acts kind out there. He said, he kind of looks cross eyed when he talks to you. K-9 McEnaney reported this information to Capt Belanger.
EOS

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A          N/A | |

Evidence Type: N/A

Date Collected: N/A

Discovered By : N/A

Secured By: N/A

Type of Force Used: [ ]   PHYSICAL   [ ]   CHEMICAL [ ]   STUN [ ]   OTHER   [ ]   CAPSTUN [X]   NONE

Restraints Used    : N/A

Immediate Action Taken:
N/A

| Individuals Involved | | | |
|---|---|---|---|
| Person Code | Name | SBI# | Title |

Reporting Officer: Mcenaney, Nicole L (Correctional Officer)     Entered By: Mcenaney, Nicole L (Correctional Officer)

| Approval Information | | |
|---|---|---|

☐ Approved  ☐ Disapproved  Date:          Approved by:

Comments: N/A

D00492

## DELAWARE CORRECTIONAL CENTER
### SHIFT COMMANDER'S REPORT

SHIFT COMMANDER: CAPT MICHAEL J. MC CREANOR          DUTY OFFICER:

DATE: JULY 10, 2004 (SAT)  TIME ASSUMED DUTY: 1500 HRS.     TIME RELIEVED: 2300 HRS.

I HAVE BRIEFED RELIEF: YES _X_ NO          RELIEVED BY: SLT. BRUCE BURTON

SIGNED BY: _____          SIGNED BY RELIEF: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| TIME | COMMENTS |
|------|----------|
| 1500 | Capt. McCreanor relieved Lt. Heverin. Briefing: One (1) inmate at Kent General Hospital; one (1) inmate in "C" Building Isolation, nine (9) inmate in SHU Isolation, four (4) capstun, three (3) pepper foam, one (1) logbook, one (1) cell phone, one (1) Olympus digital camera, one (1) Polaroid camera and four (4) packs of film, release funds in the money box. |
| 1525 | Final count on 8x4 Shift is code green.     Total count = 2449. |
| 1530 | One (1) new commitment received: Steven Passwaters #351552.     Total count = 2450. |
| 1530 | Lt. Welcome begins muster. Lt. Willey monitoring staff entering and exiting the facility. |
| 1550 | Ambulance exits DCC en route to Kent General Hospital with I/M Timothy Ward #5401898 who was injured during an assault in T-2 Yard on the 8x4 Shift. C/O Shane Burwell is operating the chase vehicle and Lt. Bradley Lee is accompanying the inmate in the ambulance. Note: Medical stated that they could not treat the inmate at the DCC Infirmary and requested that the inmate be transported by state vehicle. Capt. McCreanor denied request due to the possibility of liability to the Department and staff if the inmate needed emergency treatment while en route to the hospital. |
| 1600 | Muster completed. |
|  | Staffing: C/O Gary Lucas, C/O Joseph Boyer, C/O Gary Tilghman, and Sgt. Larry Conley (Sick), C/O Romeo Silva and Lt. Joseph Simon (Sick Family), C/O Siliek Wynder and C/O Cheryl Gallagher (Resigned), C/O C. Michael Scott, C/O Bernard Morris, and C/O William Naples (Vacation). |
|  | Overtime: 5 partials as follows: C/O Adam Cole 3 hrs. , Cpl. Barry Burman - 4 hrs. , C/O Jerry Hayman 5 hrs. , Lt. Bradley Lee 5 hrs. , C/O Shane Burwell 4.5 hrs. (Freeze), 18 full Overtimes as follows: C/O James Woods, Lt. John Salas, C/O Greg Turner, C/O Angela Morris, C/O John Smith, C/O Donnie Newsome, C/O Thomas Wyatt, Sgt. Robert Clark, C/O Aaron Jelliffe, Sgt. Harold Terhune, C/O William Terry, Sgt. David Phillips, C/O Tomechia Spriggs, C/O Ernest Ebwell, C/O Miles Edge, C/O Edwin Nkwopara, Cpl. David Corbett, Cpl. Charles Dodson. |
|  | Release Funds: Gerald Price #492244 ($.23), George Grow #343665 ($5.66), Derrick Freeman #338488 ($50.00), Vernon Crawley #159710 ($50.00). |
|  | Kent General Hospital: John Gannon #130297; Rm. 260. Corporals Corbett and Dodson assigned as security. |
|  | Christiana Hospital: None |
|  | St. Francis Hospital: None |
|  | "C" Building Isolation: Joseph Singletary #506128. |
|  | SHU Isolation: Antonio Delgado #249262, Shawn DuPree #148859, Pierre Chapman #203107, Derek Perry # 249301, Tyrone Guinn # 375731, Joseph Jenkins #256901, Reggie White #417718, Damon Wheeler #241461, Gregory Douglas #128740. |
| 1615 | Lt. Lee reported ambulance arrived at Kent General Hospital with I/M Timothy Ward. |
| 1624 | First count on 4x12 Shift is code green.     Total count = 2450. |
| 1630 | Serving of the evening meal commences. |
| 1700 | One (1) new commitment received: Brooks Lindland #528671.     Total count = 2451. |
| 1715 | Sgt. Bulson (JVT) reported receiving a good syringe count – 19 – from Nurse Wallace. |
| 1817 | Serving of the evening meal completed. 1,959 inmates fed: Early Chow = 140; Main Compound = 1,041; SHU = 263; MHU = 515. |
| 1840 | Cpl. Burman along with Officers Swing and Overmyer conducted cell and strip search of I/M Michael Keyser. |
| 1844 | C/O Brockway reported a good weapons inventory. |
| 1846 | Night Yard begins. |
| 1945 | Night Yard completed. |
| 2000 | I/M Timothy Ward returned to DCC escorted by Lt. Lee and C/O Burwell. |
| 2029 | Second count on the 4x12 Shift is code green.     Total count = 2451. |
| 2030 | Lt. Salas begins check and cell search in "C" Building Isolation. |
| 2032 | Lt. Salas completed check and cell search in "C" Building Isolation. |
| 2100 | Capt. McCreanor conducted check of the Property Room in Building 14. |
| 2200 | Kent General Hospital Security, Ofcr. Bartlett reported all well with the inmate and staff. |
| 2300 | SLt. Burton on duty as 12x8 Shift Commander. Briefing: One (1) inmate at Kent General Hospital, one (1) inmates in "C" Building Isolation, nine (9) inmates in SHU Isolation, seven (4) capstun spray and three (3) pepper foam, one (1) logbook, one (1) Drug Identification Manual, one (1) Olympus digital camera, one (1) Polaroid camera, one (1) pack of film in the desk drawers, release funds in the money box. One (1) cell phone on the Shift Commander's desk, 16 keys in the key box and 15 keys on the Shift Commander key ring.     Ending count = 2451. |

D00508

**A000261**

Attach a copy to bill and mail to:
**First Correctional Medical**
Attn. Heather Norris
P.O. Box 69370
Tucson, AZ 85737-0015



**F** FIRST
**C** CORRECTIONAL
**M** MEDICAL

# ONSULTATION REQUEST

cility: _DCC_

_Ward, Timothy_
ne of Inmate

_501898_            _8-18-62_
Inmate ID #              Date of Birth

_7-10-04_            _R/mcginnir_
e of Request          Provider's Name (Please Print)

## ASON FOR REFERRAL

tinent history & physical finding(s) (please Print)

Ø nx NKDA -
4m was assaulted - multiple facial
'aurations - front ② two frontal ones

ency of consult (please circle one)     **emergency**     urgent     routine     standard
                                        (going out now)   (1-2weeks)  (3-12weeks) (13wk-6months)

sult or test(s) requested: _X-rays + Sutures_

mated cost of consult/test(s): _____

_____

f Approved: _____          Date: _____
              (SIGNATURE)

f Denied: _____            Date: _____
            (SIGNATURE)

ract Approved: _____       Date: _____
                 (SIGNATURE)

ract Denied: _____         Date: _____
               (SIGNATURE)

u. rovider Name and Address: _____

_____

luled date/time of appt: _____    D00054

rization #: _____

**A000262**



**FIRST**
**CORRECTIONAL**
**MEDICAL**

# EMERGENCY ROOM REFERRAL

| Patient's Name (Last, First, Middle) | | Age | Date of Birth | Prisoner Number |
|---|---|---|---|---|
| Ward Timothy | | 41 | 8-18-62 | 50898 |

| Date: 7-10-04 | Time: 1445 a.m. p.m. | ☒ Emergency ☐ Referral to: | ☐ Outpatient | |
|---|---|---|---|---|

| Allergies NKDA | Condition ☐ Good ☒ Fair ☐ Poor ☐ Shock ☐ Hemorrhage ☐ Coma | | | |
|---|---|---|---|---|

| Vital Signs Temp: 97.6 | Oral ☐ Rectal ☐ | Respiration 18 | Pulse 70 | Blood Pressure 123 76 | |
|---|---|---|---|---|---|

**OBSERVATIONS/HISTORY/COMPLAINTS**

9 NL -
lacerations per R eye x2
swollen, bloody nose & tissue damage
® front tooth ® pushed back.

**PHYSICAL EXAMINATION:**

| Orders/Medications/IV Fluids | Time | By |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Transferred by: | ☐ Van ☒ Ambulance ☐ Other | Notified Hospital of Transfer: Whom: Time: |
|---|---|---|

Before admission, transfer, or discharge contact the physician on call at 520-882-1796.

Signature: _Rose Lumagave RN_     Date: 7-10-04

Original: Medical Record
Copy: With Correctional Officer to ER
Copy: H.S.A.

D000055

**A000263**

**Bayhealth** KENT GENERAL
dical Center HOSPITAL

**EMERGENCY**

WARD, TIMOTHY          ERK
K04192-00125    00-2089820
245 MCKEE RD    (302)653-9261
DOVER, DE 19901
SEX:M REL:NO   DOB:08/18/1962 41Y
PHYSICIAN, EMERGENC    07/10/04

DATE:                          DOB:

**INSTRUCTIONS FOR CARE FOLLOWING DISCHARGE FROM THE EMERGENCY DEPT:**
Kent General Hospital Emergency Personnel are specially trained to deal with emergencies.
While we are here to help with your immediate health problems the treatment you receive is
not meant to take the place of the complete care your doctor will give you. We will advise your
local family doctor what we have treated you for by sending him/her a copy of your
Emergency Department record. In most cases, we recommend that you see your family
doctor for follow-up care. If you do not have a family doctor, please tell us, and we will give
you a list of names for you to choose from.

**SPECIAL INSTRUCTIONS:**

-) Call D. Cooper for Follow up on Monday
674-3752
2) Use Ice for the Pain medication

**MEDICATION INSTRUCTIONS:**

☑ Fill prescriptions and take medications according to directions.
☐ Do not drink alcohol or take sedatives with this medication.
☐ Do not drive, operate machinery, or perform dangerous tasks while taking this medication.
☐ Take this medication with food.
☐ _____

**FOLLOW-UP INSTRUCTIONS:**

Call D. Cooper on Monday

☐ See your family doctor.                    ☐ in _____ days   Call for appt: 674-3752
☐ Return to the Emergency Department.      ☐ on _____ at _____
☐ See Dr. _____
☐ No work / school _____    ☐ No gym / sports
☐ Light duty _____
☐ May return to work / school _____
☐ Call for Occupational Health appt. _____

PHYSICIAN SIGNATURE: _____

**I UNDERSTAND THAT:**

I should see my family doctor or return to the Emergency Department if I become worse or develop further problems.

If x-rays were taken, they will be read by a radiologist and I may be called for a recheck or further x-rays if necessary.

I am responsible for arranging my follow-up care.

I have received the above instructions and they were explained to me by an emergency physician or nurse.

INSTRUCTED BY: _____    DATE: 7/10/04
                                                TIME: 1920

I have read and understand these instructions.

RESPONSIBLE PARTY: Lt. Bradley At Lee ⇒ Del. DOC + Corrector    D00056

#992322 (11/93)

 **Bay**health
*Medical Center*

KENT GENERAL HOSPI...

**EMERGENCY**

WARD, TIMOTHY                    ERK
K04192-00125         00-2089820
245 MCKEE RD         (302) 653-9261
DOVER, DE 19901
SEX:M REL:NO   DOB:08/18/1962 41Y
PHYSICIAN, EMERGENC        07/10/04

DATE:                                    DOB:

**INSTRUCTIONS FOR CARE FOLLOWING DISCHARGE FROM THE EMERGENCY DEPT:**
Kent General Hospital Emergency Personnel are specially trained to deal with emergencies. While we are here to help with your immediate health problems the treatment you receive is not meant to take the place of the complete care your doctor will give you. We will advise your local family doctor what we have treated you for by sending him/her a copy of your Emergency Department record. In most cases, we recommend that you see your family doctor for follow-up care. If you do not have a family doctor, please tell us, and we will give you a list of names for you to choose from.

**SPECIAL INSTRUCTIONS:**

-1  Call D. Cooper fr Follow up on Mondy
674-3752

2) Use Ice & the Pain medication.

**MEDICATION INSTRUCTIONS:**

☑ Fill prescriptions and take medications according to directions.

☐ Do not drink alcohol or take sedatives with this medication.

☐ Do not drive, operate machinery, or perform dangerous tasks while taking this medication.

☐ Take this medication with food.

☐ _____

**FOLLOW-UP INSTRUCTIONS:**

Call D. Cooper on Monday 674-3752

☐ See your family doctor.                    ☐ in _____ days    Call for appt. 674-3752
☐ Return to the Emergency Department.        ☐ on _____ at _____ :
☐ See Dr. _____
☐ No work / school _____           ☐ No gym / sports
☐ Light duty _____
☐ May return to work / school _____
☐ Call for Occupational Health appt. _____

**PHYSICIAN SIGNATURE:** _____

**I UNDERSTAND THAT:**

I should see my family doctor or return to the Emergency Department if I become worse or develop further problems.

If x-rays were taken, they will be read by a radiologist and I may be called for a recheck or further x-rays if necessary.

I am responsible for arranging my follow-up care.

I have received the above instructions and they were explained to me by an emergency physician or nurse.

**DATE:** 7/10/04
**TIME:** 1920

**INSTRUCTED BY:** _____ RN

I have read and understand these instructions.

**RESPONSIBLE PARTY:** LT. Bradley to be → per Dept + Corned.

A006265

D00057

KENT GENERAL HOSPITAL
640 South State Street, Dover, Delaware  19901
(302) 744-7060

DIAGNOSTIC IMAGING DEPARTMENT
CONSULTATION REPORT

PATIENT:  WARD,TIMOTHY                    DATE: 07/10/04 1600   MR#: 002089820

ADDRESS:  245 MCKEE RD                    PHONE:  (302)653-9261

SS#   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      D.O.B.: 08/18/62  AGE:  41Y  LOCATION:  *DIS
ACCT#:K0419200125    Check-in No.     851977/Read By/ MARTIN G BEGLEY M.D., Radiol
CC: __ATT: SCIULLO,EDMUND M      ATT: SCIULLO,EDMUND M
              SCIULLO,EDMUND M            REF:
Deliver to:       SCIULLO,EDMUND M                      /Released By/ MARTIN G B
              DEPT OF EMERGENCY MEDICIN
              640 SOUTH STATE STREET
              DOVER          DE          19901

     Checkin-Exam Code Summary
     851977-40375


Findings:

CT of the facial bones was performed with 3.2 mm thick axial images at
  5 mm intervals. Subsequently, 3D coronal reconstructions were
performed.

Examination demonstrates a tripod fracture of the right facial bones.
This includes a comminuted fracture of the right zygomatic arch and
fractures to the anterior and posterior walls of the right maxillary
sinus.   This also interruption of the floor of the orbit.

There is fluid in all of the sinuses.   There is considerable right
malar eminence      cutaneous is a cutaneous swelling.
There is also air in the subcutaneous tissues and inferior orbit.

There is deviation of the nasal septum concave to the left.
This may be a chronic change as a left terminates appear larger than
those on the right and the nasal bones appear intact.
However, this is probably an acute injury.


~B


IMPRESSION:
RIGHT TRIPOD AND NASAL SEPTAL FRACTURES AS DESCRIBED.    PLEASE

D00058

KENT GENERAL HOSPITAL
640 South State Street, Dover, Delaware  19901
(302) 744-7060

DIAGNOSTIC IMAGING DEPARTMENT
CONSULTATION REPORT

PATIENT:  WARD,TIMOTHY                    DATE: 07/10/04 1600  MR#: 002089820

ADDRESS:  245 MCKEE RD                  PHONE:  (302)653-9261

SS#  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     D.O.B.: 08/18/62  AGE: 41Y  LOCATION:  *DIS
ACCT#:K0419200125   Check-in No.    851977/Read By/ MARTIN G BEGLEY M.D., Radiol
CC: __ATT: SCIULLO,EDMUND M     ATT: SCIULLO,EDMUND M
               SCIULLO,EDMUND M            REF:
Deliver to:    SCIULLO,EDMUND M                        /Released By/ MARTIN G B
               DEPT OF EMERGENCY MEDICIN
               640 SOUTH STATE STREET
               DOVER        DE            19901

    Checkin-Exam Code Summary
    851977-40375


 SEE ABOVE.
 ~b
 This report was communicated to the referring ED physician immediately
 after the exam was completed.


MG  08/02/04 1545

07/22/04 0847
REVISED X 3                        DUPLICATE

Interpreted By:  MARTIN G BEGLEY M.D., Radiologist

Approved By:  / MARTIN G BEGLEY M.D., Radiologist

D00059

KENT GENERAL HOSPITAL
640 South State Street, Dover, Delaware  19901
(302) 744-7060

DIAGNOSTIC IMAGING DEPARTMENT
CONSULTATION REPORT

PATIENT:  WARD,TIMOTHY                    DATE: 07/10/04 1709  MR#: 002089820

ADDRESS:  245 MCKEE RD                    PHONE:  (302)653-9261

SS#  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    D.O.B.: 08/18/62  AGE:  41Y  LOCATION:  *ERK
ACCT#:K0419200125    Check-in No.    851153/Read By/ MARTIN G BEGLEY M.D., Radiol
CC: __ATT: SCIULLO,EDMUND M    ATT: SCIULLO,EDMUND M
            SCIULLO,EDMUND M                REF:
Deliver to:    SCIULLO,EDMUND M                      /Released By/ MARTIN G B
               DEPT OF EMERGENCY MEDICIN
               640 SOUTH STATE STREET
               DOVER        DE          19901

      Chk-in #    Order    Exam
       851153     0002     40050   KCT FACIAL BONES W/O CONT 70486
                                   Ord Diag: 959.9-INJURY-SITE NOS


Addendum:

The following portion of the above report,

"There is considerable right malar eminence      cutaneous is a
cutaneous swelling. There is also air in the subcutaneous
tissues and inferior orbit.

There is deviation of the nasal septum concave to the left.
This may be a chronic change as a left terminates appear
larger..."

Should read,

"There is considerable right malar eminence      cutaneous AND
SUB cutaneous swelling. There is also air in the subcutaneous
tissues and inferior orbit.

There is deviation of the nasal septum concave to the left.
This may be a chronic change as a left TURBINATES appear
larger..."


History:

                                    [signature]
                                    8/2/04


D00060

KENT GENERAL HOSPITAL
640 South State Street, Dover, Delaware  19901
(302) 744-7060

DIAGNOSTIC IMAGING DEPARTMENT
CONSULTATION REPORT

PATIENT:  WARD,TIMOTHY          DATE: 07/10/04 1709  MR#: 002089820

ADDRESS:  245 MCKEE RD          PHONE:  (302)653-9261

SS#  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     D.O.B.: 08/18/62  AGE:  41Y  LOCATION:  *ERK
ACCT#:K0419200125   Check-in No.    851153/Read By/ MARTIN G BEGLEY M.D., Radiol
CC: __ATT: SCIULLO,EDMUND M       ATT: SCIULLO,EDMUND M
                   SCIULLO,EDMUND M          REF:
Deliver to:        SCIULLO,EDMUND M                      /Released By/ MARTIN G B
                   DEPT OF EMERGENCY MEDICIN
                   640 SOUTH STATE STREET
                   DOVER         DE          19901

     Checkin-Exam Code Summary
     851153-40050


Assaulted

Findings:

  T of the facial bones was performed with 3.2 mm thick axial
_mages at 1.5 mm intervals. Subsequently, 3D coronal
reconstructions were performed.

Examination demonstrates a tripod fracture of the right facial
bones.   This includes a comminuted fracture of the right
zygomatic arch and fractures to the anterior and posterior
walls of the right maxillary sinus.   This also interruption of
the floor of the orbit.

There is fluid in all of the sinuses.   There is considerable
right malar eminence    cutaneous is a cutaneous swelling.
There is also air in the subcutaneous tissues and inferior
orbit.

There is deviation of the nasal septum concave to the left.
This may be a chronic change as a left terminates appear larger
than those on the right and the nasal bones appear intact.
However, this is probably an acute injury.


~B

                              [signature] 8/2/04


D000061

KENT GENERAL HOSPITAL
640 South State Street, Dover, Delaware  19901
(302) 744-7060

DIAGNOSTIC IMAGING DEPARTMENT
CONSULTATION REPORT

PATIENT:  WARD,TIMOTHY                     DATE: 07/10/04 1709  MR#: 002089820

ADDRESS:  245 MCKEE RD                      PHONE:  (302)653-9261

SS#  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      D.O.B.: 08/18/62  AGE:  41Y  LOCATION:  *ERK
ACCT#:K0419200125    Check-in No.    851153/Read By/ MARTIN G BEGLEY M.D., Radiol
CC: __ATT: SCIULLO,EDMUND M      ATT: SCIULLO,EDMUND M
                   SCIULLO,EDMUND M           REF:
Deliver to:        SCIULLO,EDMUND M
                   DEPT OF EMERGENCY MEDICIN              /Released By/ MARTIN G B
                   640 SOUTH STATE STREET
                   DOVER          DE          19901

      Checkin-Exam Code Summary
      851153-40050


IMPRESSION:

RIGHT TRIPOD AND NASAL SEPTAL FRACTURES AS DESCRIBED.    PLEASE
ᵴE ABOVE.
  ᴅ

This report was communicated to the referring ED physician
immediately after the exam was completed.


MG  07/22/04 0825

07/22/04 0825
REVISED X 3                          DUPLICATE

Interpreted By:  MARTIN G BEGLEY M.D., Radiologist

Approved By:  / MARTIN G BEGLEY M.D., Radiologist

D00062

KENT GENERAL HOSPITAL
640 South State Street, Dover, Delaware  19901
(302) 744-7060

DIAGNOSTIC IMAGING DEPARTMENT
CONSULTATION REPORT

PATIENT:  WARD,TIMOTHY

DATE: 07/10/04 1709  MR#: 002089820

ADDRESS:  245 MCKEE RD

PHONE:  (302)653-9261

SS#  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     D.O.B.: 08/18/62  AGE: 41Y  LOCATION:  *ERK
ACCT#:K0419200125    Check-in No.     851152/Read By/ MARTIN G BEGLEY M.D., Radiol
CC: __ATT: SCIULLO,EDMUND M        ATT: SCIULLO,EDMUND M
           SCIULLO,EDMUND M                      REF:
Deliver to:      SCIULLO,EDMUND M                      /Released By/ MARTIN G B
                 DEPT OF EMERGENCY MEDICIN
                 640 SOUTH STATE STREET
                 DOVER          DE            19901

| Chk-in #<br>851152 | Order<br>0001 | Exam<br>40005 | KCT HEAD W/O CONTRAST 70450<br>Ord Diag: 959.9-INJURY-SITE NOS |
|---|---|---|---|

Clinical History:

Assaulted

 indings:

CT of head was performed with 5 mm thick sections from base to
vertex without intravenous contrast administration.

The gray and white matter are normal in configuration and
attenuation.  The ventricular and non ventricular CSF spaces
are unremarkable.

There is no evidence of intracranial bleeding, mass, midline
shift, edema or infarct on the noncontrasted images.

There is a soft tissue swelling over the right frontal and
parietal scalp areas.

Facial bone fractures are described unaccompanied report.

~B

IMPRESSION:

D00063

KENT GENERAL HOSPITAL
640 South State Street, Dover, Delaware  19901
(302) 744-7060

DIAGNOSTIC IMAGING DEPARTMENT
CONSULTATION REPORT

PATIENT:  WARD,TIMOTHY

ADDRESS:  245 MCKEE RD

DATE: 07/10/04 1709  MR#: 002089820

PHONE:  (302)653-9261

SS#   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      D.O.B.: 08/18/62  AGE:  41Y  LOCATION:  *ERK
ACCT#:K0419200125    Check-in No.    851152/Read By/ MARTIN G BEGLEY M.D., Radiol
CC: __ATT: SCIULLO,EDMUND M      ATT: SCIULLO,EDMUND M
          SCIULLO,EDMUND M        REF:
Deliver to:   SCIULLO,EDMUND M
          DEPT OF EMERGENCY MEDICIN            /Released By/ MARTIN G B
          640 SOUTH STATE STREET
          DOVER       DE       19901

    Checkin-Exam Code Summary
    851152-40005


NORMAL NON-CONTRASTED HEAD CT.

This report was communicated to the referring ED physician
immediately after the exam was completed.

  כ


MG  07/10/04 1835

07/10/04 1835
FINAL                              DUPLICATE

Interpreted By:  MARTIN G BEGLEY M.D., Radiologist

Approved By:  / MARTIN G BEGLEY M.D., Radiologist

D00064

KENT GENERAL HOSPITAL
640 South State Street, Dover, Delaware  19901
(302) 744-7060

DIAGNOSTIC IMAGING DEPARTMENT
CONSULTATION REPORT

PATIENT:  WARD,TIMOTHY

DATE: 07/10/04 1600  MR#: 002089820

ADDRESS:  245 MCKEE RD

PHONE:  (302)653-9261

SS# 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    D.O.B.: 08/18/62  AGE: 41Y  LOCATION:  *DIS
ACCT#:K0419200125    Check-in No.   851977/Read By/ MARTIN G BEGLEY M.D., Radiol
CC: __ATT: SCIULLO,EDMUND M    ATT: SCIULLO,EDMUND M
                SCIULLO,EDMUND M          REF:
Deliver to:     SCIULLO,EDMUND M                /Released By/ MARTIN G B
                DEPT OF EMERGENCY MEDICIN
                640 SOUTH STATE STREET
                DOVER      DE          19901

Chk-in #    Order    Exam
  851977    0003    40375   KCT RECONSTRUCTION PLANR/3D 76375
                            Ord Diag: 959.9-INJURY-SITE NOS

Addendum:

The following portion of the above report,

"There is considerable right malar eminence   cutaneous is a cutaneous
swelling. There is also air in the subcutaneous tissues and inferior
orbit.

There is deviation of the nasal septum concave to the left.  This may be
a chronic change as a left terminates appear larger..."

Should read,

"There is considerable right malar eminence   cutaneous AND SUB
cutaneous swelling. There is also air in the subcutaneous tissues and
inferior orbit.

There is deviation of the nasal septum concave to the left.  This may be
a chronic change as a left TURBINATES appear larger..."

History:

Assaulted

*[signature]* 8/2/04

D00065

| Kent General Hos l | Emergency Dep nent QualChart® | Page 2 of 2 |
|---|---|---|
| **HEAD INJURY** | Fill in, circle pertinent positive findings. Complete all sections. | |

**PHYSICAL EXAMINATION:** EXAM LIMITED DUE TO:  Dementia    Altered MS    Extremis    Other: _____

| | | Normal Findings: | Abnormal Findings: | Complaint-Specific Findings |
|---|---|---|---|---|
| Appearance | Normal | Well-Appearing / No Pain Distress / Well-Nourished | Ill-Appearing: Mild Mod Severe / Pain Distress: Mild Mod Severe / Obese / Thin / Cachectic | C-Collar / Backboard  (PTA / ED). Removed w/consent post exam |
| Eyes | Normal | PERL / EOMI / Conjunctiva Clear  A+ | R Pupil ___ L Pupil ___ / Conjunctiva inflammed (R) | Hemotympanum / CSF Rhinorrhea Battle's Sign / Racoon's Eyes |
| ENT | Normal | Ears Normal / Nose Normal / Oropharynx Normal | TMs Occluded ___ / Rhinorrhea / Epistaxis / Erythema / Exudate / Dry Mucosa | GCS  15  / 15 Nystagmus |
| Neck | Normal | Supple | Nonsupple | Speech: (NL) Slurred  Dysarthric |
| Respiratory | Normal | Airway Patent / CTA / Breath Sounds Equal / Respiration Nonlabored | Airway Obstructed / Rales @ ___ / Rhonchi @ ___ / Wheezes @ ___ / Retractions | Aphasia: Expressive  Receptive Gag Reflex (NL) Meningeal Signs + (-) Focal Weakness:  None |
| Cardiovascular | Normal | RRR / Pulses Normal / No Rub / Murmur | IRR  Tachycardia  Bradycardia / Abn. Pulses @ ___ / Murmur ___ | RUE LUE RLE LLE  Facial  Right / Left Focal Sensory Loss:  None |
| GI / GU | Normal | Soft / Nontender / No Masses / Bowel Sounds Normal / No Organomegaly | Tender @ ___ / Mass @ ___ / Bowel Sounds Hypo  Hyper / Hepatomegaly / Splenomegaly | RUE LUE RLE LLE  Facial  Right / Left Gait: (NL) Ataxic  Unsteady  Unable Finger-to-Nose: (NL) Abnormal  Right / Left |
| MS | Normal | Strength / ROM Intact / No Edema / No Calf Tenderness | Limited @ ___ / Edema @ ___ / Calf Tenderness | Pronator Drift  Right / Left Rhomberg + (-) |
| Skin | Normal | Warm & Dry / Color Normal | Pale / Diaphoretic / Cyanosis @ ___ | Babinski + (-)  Right / Left |
| Neuro | Normal | Sensory / Motor Intact / Reflexes Intact / CN Intact / A & O x 3 | Focal Deficit @ ___ / Abn. Reflex @ ___ / CN ___ Palsy / A V P U  Disoriented | **NEXUS** **Low Risk Criteria:** No posterior midline cervical spine tenderness |
| Psychiatric | Normal | Affect / Mood Appropriate | Anxious / Depressed | No evidence of intoxication Normal level of alertness |
| Other | | | | No focal neurological deficit No painful distracting injuries |

CT - Brain - Neg @ ST study
Facial - (R) Tripod Fx

**RE-EVALUATION:**
Time: 1830  Unchanged  Improved  Worse  VSS
Time: ___  Unchanged  Improved  Worse  VSS

Comminuted Zygomatic Arch
Ant/Post ___ Max Sinus
Nasal Septum Fx.

Pain Scale (0- )

**MEDICAL DECISION MAKING:** Consideration of the following broad conditions may be warranted for the presenting problem.

Cerebral Contusion
Cervical Sprain
Concussion with/without LOC
Contusion
Hematoma
Other: ___

Intracranial Bleed
Laceration
Mandible/Zygomatic Fracture  3-simple
Nasal / Orbital Fracture
Skull Fracture

Ancillary Tests and ED Treatment: See Orders Sheet

**ED PHYSICIAN DIAGNOSES:**
1 (R) Tripod Fx (Zygomatic Arch / maxsinus)  4-simple
2  2-2cm Facial Lacs c̄ repair. 4-simple
3  Nasal Septal Deviation suggestive of Fx.
   H/o Assault

**CRITICAL CARE PROVIDED FOR** ___ MIN.

**SIGNATURE:** I have reviewed the ancillary/nursing staff documentation. Physician attests performing History, Pertinent Physical Examination, and Medical Decision Making

(Initials)

Disposition Time:  2000  a.m. / p.m.

**PHYS. NOTIFICATION/CONSULTS:** Chart Copy Available to Acute Care Provider
Discussed case/management/disposition of patient with
Name: N Cooper ___ at  1.2 He  a.m. / p.
Name: ___ at ___ a.m. / p.
Name: ___ at ___ a.m. / p.
Admit   OBS   Transfer   Consult   Follow-up: ___

**DISPOSITION:**  RX: Percocet
Discharge to: Home  Work  Nursing Home  OR  ICU  Tele  Floor  Deceased
Condition: Stable  Unstable
Care Endorsed to: ___ @ ___ a.m. / p.
Transfer to: ___   Transfer Form Complete
Disposition Rationale: Spoke c̄ Dr Cooper he will see as an outpatient next week
Discussed with: Patient  Family  Other: ___
Standard After-Care Instructions Given to Patient Upon Discharge from ED.

Supervising / Management / Procedure / Progress Notes Attached: Yes  No

___ MD/DO
___ MD/DO
___ PA / NP / Resident

Chart / Addendum Dictated: Yes  No

WARD, TIMOTHY
K04192-00125
245 MCKEE RD
DOVER, DE 19901
SEX:M REL:NO  DOB:08/18/1962 41Y
PHYSICIAN, EMERGENC

00-2089820
(302) 653-9261

ERK

07/10/04  D00066

This form is to assist the physician's documentation of clinical care and treatment. It is not intended to supplant that judgement or create a standard of care.
Rev. 1/1/04   (c) 1897-2004 Emergency Consultants, Inc.

07/10/04 04:51 pm



| Kent General Hoal | Emergency Detment QualChart® | Page 1 of |
|---|---|---|

## HEAD INJURY

Fill in, circle pertinent positive findings. Complete all sections.

**Exam Time:** 16:15 ☐ a.m. /p.m.

**Mode of Arrival:** EMS  Other
**Nurse's Triage Notes**
Reviewed: Yes  No

VSS  Except: BP____ Pulse____
R Rate____ Temp____
Pulse Ox: NL  Hypoxic  Not Applicable
____ % on R/A or O₂ @ ____ L/min

**Cardiac Monitor Interp.** Not Applicable
Rate: NL  Brady  Tachy
Rhythm: Sinus  Afib  Junction
Ectopy: None  PVCs  PACs

HISTORY

HX from Patient Unobtainable due to: * Dementia  Altered MS  Extremis  Other: ____
HX from: Patient  Family / Caretaker  EMS  Interpreter
LMP: ____    Last Tetanus: ____

**CHIEF COMPLAINT:** This is a 41 year old male / female who presents with a complaint of injury to:
Scalp  Forehead  Face  Ear  Nose  Cheek  Mouth  Lip  Chin  Neck  Other: s/p Assault @ Prison

**Mechanism of Injury** 2 - 2 cm forehead lac ____ No Known Traum

**Onset/Duration** Started 1 Min / Hours  Days  Weeks  Ago  Still Present  Resolved  Worse Since: ____
**Severity** Initially: Mild  Moderate  Severe  Currently: Mild  Moderate  Severe
**Location**
**Character** Sharp  Dull  Throbbing  Pressure
**Aggravating** Unknown ____ Nothing
**Alleviating** Unknown ____ Nothing
**Associated Signs and Symptoms** Negative  Loss of Consciousness: Duration: ____ Seconds  Minutes  Hours  Unknown
Confusion  Memory Loss  Seizure
Epistaxis  Dental Malocclusion  Neck Pain  Nausea / Vomiting

**Related HX:** Similar Episode / Dx as: ____
Occupational injury

**Pertinent Surgical HX:** Endarterectomy  Craniotomy  Pacemaker / Defibrillator  Sinus Surgery

REVIEW OF SYSTEMS
**Pertinent Positives**    Additional Pertinent History:

| | | | Prior care for this complaint by: PCP  ED  EMS  Date: |
|---|---|---|---|
| Constitutional | Negative | Fever  Chills | Dx: ____ Rx: ____ |
| Eyes | Negative | Photophobia  Blurred Vision | |
| ENT | Negative | Sore Throat  Ear Ache | |
| | Negative | Palpitations  Chest Pain | |
| ...spiratory | Negative | SOB  Cough | |
| GI | Negative | Vomiting  Diarrhea | |
| GU | Negative | Dysuria  Hematuria | |
| MS | Negative | Arthralgia  Myalgia | |
| Skin | Negative | Rash  Bruising | |
| Neuro | Negative | Headache  Weakness | |
| Psych | Negative | Anxious  Depressed | |

**YES**
**NO** All other systems either reviewed and negative or non-contributory for chief complaint

PAST MEDICAL HISTORY
Previously Healthy    Other: ____

| Endocrine | NIDDM  IDDM  Hypothyroid  Hyperthyroid  Hyperlipidemia |
|---|---|
| CV | CAD / MI  HTN  DVT  CHF  Afib |
| Respiratory | COPD  Asthma  Bronchitis  Pneumonia  PE |
| GI / GU | PUD / GERD  GI Bleed  Urosepsis  Diverticulitis  Gall / Kidney Stones |
| Neuro / Psych | TIA / CVA  Migraine  Anxiety  Depression  Seizure |
| Cancer: | Lung  Colon  Breast  Prostate |

FAMILY HISTORY
Negative
Heart ____
HTN ____
Cancer ____
Diabetes ____
Other: ____

WARD, TIMOTHY
K04192-00125
245 MCKEE RD
DOVER, DE 19901
SEX:M REL:NO  DOB:08/18/1962  41Y
PHYSICIAN, EMERGENC

ERK
00-2089820
(302)653-9261

07/10/04

SOCIAL HISTORY
Negative
king ____ ppd 25
N/ Drug Use ____
Occupation ____
Lives Alone  Lives W/Family  Nursing Home
Other: ____ lives @ Prison

D00067



# PHYSICIAN'S ORDER SHEET

| ORDERS | ✓ | WRITE OR IMPRINT PATIENT INFORMATION BELOW |
|---|---|---|

**START**

Artificial Tears ī ə ī̃ī Feb 05
B4) od X 2 months

NAME Ward, Timothy
ALLERGIES NKDA

PROVIDER'S SIGNATURE _____ DATE/TIME 2/16/04

**START NEW ORDERS BELOW**

**START**   3/25/04

Pen VK 500mg 1 tid x 10 days
CTM 4 mg 1 PO TID x 10 days
Tylenol 500mg 1 PO TID PRN x 1 Month
Artificial tears 2 drops both eyes BID x 2 Months
noted
3/26/04 Robert A Davenport RN 2150

PROVIDER'S SIGNATURE _____ DATE/TIME 3/25/04

**START NEW ORDERS BELOW**

**START**   7-10-04    1500

Transport to GL
for sutures & X-rays
T.V.O. Dr Arie/Rose Inagiron RN

ID 501898

DOB 8-18-62

D00092

PROVIDER'S SIGNATURE _____ DATE/TIME

FCM-001

**PHYSICIAN'S ORDERS**

# PHYSICIAN'S ORDER SHEET

| ORDERS: Another brand of a generically equivalent product identical in dosage form and content of active ingredient may be administered unless checked. | ✓ | WRITE OR IMPRINT PATIENT INFORMATION BELOW |
|---|---|---|

START

TVO Dr. Aramburo

Darvocet ÷ tab q 6° x 5 days
Motrin 800mg ÷ tab po TID
x 5 d.

D Sample, LPN

*Noted Ø / Dawn Sample, LPN*

*Dawn Sample, LPN*

PROVIDER'S SIGNATURE                    DATE/TIME  7/10/04  2015

NAME  Ward Timothy
ALLERGIES  NKDA

---

## START NEW ORDERS BELOW

START     TVO Dr. Aramburo

✓ full liquid diet x 7days
(I/m fx jaw)
✓ neuro checks  q 1° x 4
q 4° x 24 hours
ice pack for face x 72 hours:   Carol Kozak LPN

*Noted (inot) LPN*

7/10/04

PROVIDER'S SIGNATURE                    DATE/TIME  7/10/04

ID  501898
DOB  8/18/02

---

## START NEW ORDERS BELOW

START   7/12/04          1615

Give Darvocet 1 or 2 tabs q 4-6 hours
PRN PO X 5 days

*Noted 7/12/04 J. Ransol LPN*

TVO Dr. Brown / Maria Ramos LPN
7/13/04  24° chart ✓ - 6hr

PROVIDER'S SIGNATURE                    DATE/TIME  7/12/04

D000093

FCM-001     24° Chart ✓ done - 7/13/04 - Deaden PN @ 0430

**PHYSICIAN'S ORDERS**

A000277

# PHYSICIAN'S ORDER SHEET

| ORDERS: Another brand of a generically equivalent product identical in dosage form and content of active ingredient may be administered unless checked. ➡ | ✓ | WRITE OR IMPRINT PATIENT INFORMATION BELOW |
|---|---|---|

START
Erythros oint ① eye opp↓ T·O x 3
DA↓
Warm compress TID to ① cheek
Augmentin 875mg ÷ tab BID x 10 Days
Motrin 600m ÷ tab TID pc x 7 Days
Consult for Dentistry RE: Continued ① Material

NKD↓

PROVIDER'S SIGNATURE: Dr B---  DATE/TIME: 7/18/06

**START NEW ORDERS BELOW**

OD↓
11/8/04
7/12

START
Artif'l Tears eye both Eyes BID
(ii gtts) X 30 Days

PROVIDER'S SIGNATURE:  DATE/TIME: 5/1/06

**START NEW ORDERS BELOW**

START
Amoxicillin 500 mg
÷ q 6 h x 10 days

7/5/04
1/10
Cancel above Amoxicillin order
on Augmentin above
Dr D---

PROVIDER'S SIGNATURE:  DATE/TIME:

D00094

Name: Ward, Timothy
Allergies: NKDA
ID: 501692
DOB: 8/6/62

FCM-001                                    **PHYSICIAN'S ORDERS**

# PHYSICIAN'S ORDER SHEET

| ORDERS | WRITE OR IMPRINT PATIENT INFORMATION BELOW |
|---|---|

**START**

7/15/04 Instant Breakfast
č Meals TID x 30 Days

TO Dr. Alié / Dam

7/15/04 Noted Dunn 1705

2° chart review Hastings RN 7/8/04

PROVIDER'S SIGNATURE                    DATE/TIME

**START NEW ORDERS BELOW**

7/18/04 Tylenol #3 Ī to ĪĪ Tabs Q6hrs
1900        prn pain x 14 Days

TO Dr. Alié / Dam

7/18/04 Noted (?) 1900

2° chart review Dunn 7/16/04

PROVIDER'S SIGNATURE                    DATE/TIME

**START NEW ORDERS BELOW**

Noted 7/20/04 900 C. Quinlan

Remove Sutures Rm (rt.) eyelid
Document penile wart tests
Regular diet
D/C instant breakfast
Warm Compresses to (r) cheek BID
x 5 Days
Motrin 600m Ītab BID pc prn x 10 Days
Erythromycin cont app. Q. D. WtS
Bene x 5 Days
Entex PSE ĪĪtab Q12H x 15 Days
Discharge TODAY

PROVIDER'S SIGNATURE                    DATE/TIME

NAME
ALLERGIES
ID  501098
DOB
D00095

FCM-001

**PHYSICIAN'S ORDERS**

# PHYSICIAN'S ORDER SHEET

| ORDERS: | Another brand of a generically equivalent product identical in dosage form and content of active ingredient may be administered unless checked. | ✓ | WRITE OR IMPRINT PATIENT INFORMATION BELOW |

START  7/31/04 @ 2/95

Naprosyn 500 mg po Bid                    x 2 days
Motrin 800 mg po 1 tab TID / seen on Monday
Hot packs or hot towels to face as needed
          for pain
Return Monday to see provider
Return if condition worsens
Telephone order of Dr. Alie To _____ RN PA

PROVIDER'S SIGNATURE: _____    DATE/TIME: _____

**START NEW ORDERS BELOW**

START  8/2/04
① D/C motrin
② Cont Naprosyn 500 mg p'0' Bid c
    meals prn x 2 weeks
③ Consult written c approved for
    inhouse optometry eval

PROVIDER'S SIGNATURE: _____    DATE/TIME  8/2/04

**START NEW ORDERS BELOW**

START  8/20/04
1) Naprosyn 500mg po Bid prn x 1 month
2) I/m may take supplement supplied
    by family grd    30 days card
    OTC prn.

PROVIDER'S SIGNATURE: _____  DATE/TIME  8/27/04

NAME  _____
ALLERGIES  NKDA

ID  _____

DOB  8-18-62

D00096

**PHYSICIAN'S ORDERS**

A000280

# PHYSICIAN'S ORDER SHEET

**ORDERS:** Another brand of a generically equivalent product identical in dosage form and content of active ingredient may be administered unless checked.  ➡  ✓  WRITE OR IMPRINT PATIENT INFORMATION BELOW

START

Motrin 600mg ✝ tab Po TID
PRN severe pain for
break-thru pain ī food
X 30 DAYS
— referral to Dental          — ✝ valium
RE: poor Dentition

NAME: Ward Timothy
ALLERGIES:

PROVIDER'S SIGNATURE: _____    DATE/TIME 9/7/04

### START NEW ORDERS BELOW

START

- ESR
- CBC
- Hepatitis A, B, C.

- consult opthomology → done 8/2/04 by Dr.
- consult    ENT ✝ valium 9/10/04    Ali

PROVIDER'S SIGNATURE: _____    DATE/TIME 9/10/04

### START NEW ORDERS BELOW

START  9/10/04  1700
Discharge from infirmary
To Dr Ali     Linda

PROVIDER'S SIGNATURE: _____    DATE/TIME

ID 501/898   DOB 8-18-62

D00097

**PHYSICIAN'S ORDERS**

## PHYSICIAN'S ORDER SHEET



**PROVIDER'S SIGNATURE**

START NEW ORDERS BELOW

Lucinda Spence, LPN

START NEW ORDERS BELOW

SUE SCHAPPELL, RN

A000282

FCM-001

D00098

# PHYSICIAN'S ORDER SHEET



| ORDERS: | Another brand of a generically equivalent product identical in dosage form and content of active ingredient may be administered unless checked. | ➡ | ✓ | WRITE OR IMPRINT PATIENT INFORMATION BELOW |

START

① Amoxicillin 500 mg ... U 3dys ... start

② Vicodin ... tabs ... x 3dys ...

PROVIDER'S SIGNATURE: R.F. Burns       DATE/TIME: 11/24/05

**START NEW ORDERS BELOW**

START

PROVIDER'S SIGNATURE:       DATE/TIME:

**START NEW ORDERS BELOW**

START

PROVIDER'S SIGNATURE:       DATE/TIME:

NAME _____
ALLERGIES _____

Ward, Timothy

ID _____

DOB _____

FCM-001

D00099

**PHYSICIAN'S ORDERS**



**F**IRST
**C**ORRECTIONAL
**M**EDICAL

# Therapeutic Diet Request Form

To: _FOOD SERVICE_    From: _____

Date: _7-10-04_    Exp. Date: _____
(maximum 90 days)

Inmate Name: _Ward, Timothy_    SBI: _501898_

Institution: _DCC_    Unit: _Infirmary_

## THERAPEUTIC DIET PRESCRIBED

[ ] 1800 Cal ADA/Low Sodium

[ ] 1800 Cal DIABETIC Plus PM Snack (2100 Cal)

[ ] 1800 Cal DIABETIC Plus AM & PM Snacks (2400 Cal)

[ ] RENAL

[ ] MECHANICAL SOFT

[✓] FULL LIQUID (One week maximum per request)

[ ] CLEAR LIQUID (Three days maximum per request)

[ ] *SPECIAL NEEDS DIET (on a case-by-case basis)

Explain: _Inmate has fx'd jaw_

Signed: _____    Date: _7-10-04_

I, _____ agree to pick up 2/3 of my diet trays. Should Food Service find that I am not doing so, I am aware that it is within the Department of Corrections rights to deny me a diet tray for no less than 6 months from the date of discontinuation.

X _Tim Ward_ (Inmate's Signature is required for approval of diet)

*When Special Needs Diet is checked a copy must be circulated to Dietitian for review and consultation.

Form #MR-1040
2/18/04

000598



**F** IRST
**C** ORRECTIONAL
**M** EDICAL

## Therapeutic Diet Request Form

To:  ___FOOD SERVICE___          From:  _____

Date:  _7-10-04_          Exp. Date :  _____
                                    (maximum 90 days)

Inmate Name:  _Ward, Timothy_     SBI:  _501898_

Institution:  _DCC_          Unit:  _Infirmary_

### THERAPEUTIC DIET PRESCRIBED

☐  1800 Cal ADA/Low Sodium

☐  1800 Cal DIABETIC Plus PM Snack (2100 Cal)

☐  1800 Cal DIABETIC Plus AM & PM Snacks (2400 Cal)

☐  RENAL

☐  MECHANICAL SOFT

☑  FULL LIQUID (One week maximum per request)

☐  CLEAR LIQUID (Three days maximum per request)

☐  *SPECIAL NEEDS DIET (on a case-by-case basis)

Explain:  _Inmate has fx'd jaw_

Signed:  _bhh_          Date:  _7-10-04_

I, _____ agree to pick up 2/3 of my diet trays. Should Food Service find that I am not doing so, I am aware that it is within the Department of Corrections rights to deny me a diet tray for no less than 6 months from the date of discontinuation.

X _Tim Ward_          (Inmate's Signature is required for approval of diet)

*When Special Needs Diet is checked a copy must be circulated to Dietitian for review and consultation.

Form #MR-1040
2/18/04

U00599



**FIRST**
**CORRECTIONAL**
**MEDICAL**

# Therapeutic Diet Request Form

To: ___FOOD SERVICE___          From: _Infirmary_

Date: _7/20/04_          Exp. Date: _indifinality_
(maximum 90 days)

Inmate Name: _Ward, Timothy_          SBI: _501 B98_

Institution: _Dcc_          Unit: _____

## THERAPEUTIC DIET PRESCRIBED

☐ 1800 Cal ADA/Low Sodium

☐ 1800 Cal DIABETIC Plus PM Snack (2100 Cal)

☐ 1800 Cal DIABETIC Plus AM & PM Snacks (2400 Cal)

☐ RENAL

☐ MECHANICAL SOFT

☐ FULL LIQUID (One week maximum per request)

☐ CLEAR LIQUID (Three days maximum per request)

☐ *SPECIAL NEEDS DIET (on a case-by-case basis)

Explain: _D/C Liquid Diet_
_Start Regular Diet_

Signed: _Dr Brown_ / _Carol Kaye LPN_          Date: _7/20/04_

I, ___ W A C ___ agree to pick up 2/3 of my diet trays. Should Food Service find that I am not doing so, I am aware that it is within the Department of Corrections rights to deny me a diet tray for no less than 6 months from the date of discontinuation.

x _Tim Wall_ (Inmate's Signature is required for approval of diet)

*When Special Needs Diet is checked a copy must be circulated to Dietitian for review and consultation.

Form #MR-1040
2/18/04

Ü00597

**A000286**

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|------|------|-----------|---------------------------------------------|
| 7/10/04 | 1500 | nsg | Medical Emergency called @ approximately 1450 in the yard. Inspection reveals bloody drainage from forehead (R) eyes and mouth. I/M transported to Treatment Room. Further inspection reveals 1 laceration over left eye 2cm x .5cm deep, 1 laceration over left eye 1cm and .5cm deep. Three (3) front teeth pushed back substantially c̄ bloody drainage. Nares with bloody tissue. Gums bleeding. Areas of wounds cleansed c̄ NSS. Dr Arambero called to request his attending to suturing lacerations. Dr Arambero stated to use steri strips. This nurse informed that lacerations were too deep for steri-strips and possible x-ray needed to determine facial fractures. DCC denies request to transfer. 911 called.  ⟶ Jamie Buchanan RN  VS 123/76 - P 10-97% 96% ⟶ Jamie Buchanan RN |
| 7/10/04 | DCC 1930 | NS4  Late entry. | Responded to Code 4 in T2 yard at 1440. Found I/m sitting on picnic table holding an ABD pad to his nose. Active bleeding noted to (R) side of face. I/m ~~apply~~ applying ⟵error continuous pressure. A/O x 3. Good eye contact. Face, neck, hands are covered c̄ blood — cont ⟶ R. Surgeon RN |

NAME—Last: **Ward**   First: **Jim**   Middle   Attending Physician   Record No.   Room/Bed

FCM-002

INTERDISCIPLINARY PROGRESS NOTES
☐ Continued on Reverse

D00111

## INTERDISCIPLINARY PROGRESS NOTES

| NAME–Last | First | Middle | Attending Physician | Record No. | Room/Bed |
|---|---|---|---|---|---|
| Waya | Timothy | | | 501898 | |

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|---|---|---|---|
| 7/10/01 DEC Late Entry | 1930 | NSG | Cont - Splatters of blood noted all over clothes. I/m attempted to stand up - is very unsteady on feet. assisted I/m to stretcher. Transported to infirmary at this time via stretcher. I/m treated by 4 nurses in medical unit. Face, head, neck and hands cleansed ē NSS solution. Lg hard "knot" in middle of forehead approx 3" long by 1½" wide. Laceration on outer aspect of Ⓡ eye approx 3" long and 0.5 cm wide. applied cont. pressure to this area. Small lac over Ⓛ eye approx 1". 3 Ⓡ teeth knocked loose. Extreme Ⓛ facial swelling noted skin color to be black R/T bruising. applied ice to Ⓡ side. Dr Azankawo notified of need for suturing. He refused to come in. Instructed the nurses to steri-strip area. All nurses agreed the area needs suturing. Dr ali called. Report given to Dr ali — cont - R.Kuquiroski |

D00112

A000288

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|------|------|------------|--------------------------------------------|
| 7/13/01 | DEC 1930 | RN | Cont - Dr Ali stated she would |
| | | | come in to suture the inmate. |
| | | | Informed Dr Ali I/m needs |
| | | | facial x-ray. Dr Ali stated |
| | | | to send I/m out for x-rays. |
| | | | Requests to see if DOC will |
| | | | transport via van. Shift |
| | | | commander notified and denied |
| | | | request. attempt Dr Ali |
| | | | called Dr Ali at 1510. Left |
| | | | voice message. Dr Ali also |
| | | | paged at this time. Did not |
| | | | receive a return call. Linda |
| | | | Hirata notified at 1525. Advised |
| | | | to send I/m out. 911 |
| | | | called. I/m transported to |
| | | | KGH via ambulance at 1645. |
| | | | Rob Lingivosura |

| NAME—Last | First | Middle | Attending Physician | Record No. | Room/Bed |
|-----------|-------|--------|---------------------|------------|----------|
| Ward | Timothy | | | 301898 | |

FCM-002

# INTERDISCIPLINARY PROGRESS NOTES

| NAME-Last | | First | Middle | Attending Physician | Record No. | Room/Bed |
|---|---|---|---|---|---|---|

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**INTERDISCIPLINARY PROGRESS NOTES**

D 0 0 1 1 4



**F** **FIRS**
**C** **CORRECTIONAL**
**M** **MEDICAL**

## INFIRMARY/OBSERVATION PROGRESS NOTES

NAME: Ward, Timothy    NUMBER: 501898

| DATE | TIME | NOTES |
|------|------|-------|
| 7/10/04 | 2030 | S: "I need some aspirin & I am hungry." O: Im admitted from Kent General C (R) tripod fracture. 2-2cm lacerations on face, + nasal septum fracture. With Enough Extensive bruising + swelling c2 (R) side of face. VS-98.0-71-00-134/86 90% A: pain r/t fractures on (R) side of face P: keep ice pack on & give prescribed pain medications as prescribed. ———— Owen M. Crafts LPN |
| 7/10/04 | 0600 | Quiet in bed. Will continue to monitor ——— x Watson, R.N. |
| 7/12/04 | 05 | VS: 101, 97°, 18, 47. 97% SAT. Condition unchanged. Im C/o "very sore, + hurting. (R) side of face swollen. Medication given as ordered. Drank 240cc liquid. Ice pack applied to injury ———— B Watsonpr |
| 7/12/04 | 1300 | S) "I'm still in alot of pain." O) Severe ecchymosis & edema to face, part 24. Cold pack relieves swelling, 118° A) Alt in comfort R/T pain P) Con't to monitor ——— M. Lamotte |
| 7/12/04 | 1700 | Darvocet # tabs given for pain as per new pain med order PO c some relief stated ——— M. Lamotte |
| 7/13/04 | 0400 | S-bidresting O-bidresting, eye closed, resp even + non-labored. No distress noted ——— A-alt in comfort. P-continue to monitor. SHS |

R-1089

D00115



F
C   CORRECT...
M   MEDICAL

# INFIRMARY/OBSERVATION PROGRESS NOTES

NAME: _Ward Timothy_     NUMBER: _501898_

| DATE | TIME | NOTES |
|------|------|-------|
| 7/14/04 | 0330 | S: c/o pain, requesting pain medication, O: I/m resting in bed @ present time, ecchymous and swelling noted to ® side of face related to Fx, cold compress given to relief swelling, VS stable : A: alteration in comfort, Darvocet II tabs given for pain, P) continue ē current plain of care. ___ *Carol Pepper RN* |
| 7/14/04 | *Noz.Doc* | 1330 Ice packs to ecchymotic face area. Given Darvocet N prn for pain @ alteration comfort. Plan Continue Rx. Evaluate prn Daum |
| 7.15.04 | | Inmate seen in dental s/p trauma to face. #'s 7, 8 avulsed iyxally. ē inferorbital inf. Possible zygomatic fracture. F/u ē oral surgeon regarding fixation of bone pending Kent to Hosp. X-ray report # 7, 8 extracted ē local anesthesia ē good drainage from ext. site. |
| 7/15/04 | *Noz.Doc* | 1700 Orders after back from Dental done. Lt side/face still swollen taking liquid power today even ē straw, able to tolee instant breakfast and retain some. States teeth knocked back @ alteration comfort + Nutrition plan Continue Rx. Start New meds Warm Compress Lt. to Lt side face today. Chart prn *Chris Daum* |

MR-1089

D00116



F C S:
CORRECTIONAL
M MEDICAL

# INFIRMARY/OBSERVATION PROGRESS NOTES

NAME: _Ward, Timothy_    NUMBER: _501898_

| DATE | TIME | NOTES |
|------|------|-------|
| 7/17/04 DOC | 1715 N56 | S: I/M resting in bed. Requests a phone call. States he feels a lot better. O: BP 118/78, 97.7, 18, 72, 96%. Facial swelling decreased along & ® eye. periorbital swelling & redness. Instant Breakfast & PM meds taken. Rates pain 5 out of 10. A: Altered comfort. P: Motrin 600 mg given for pain. Continued to monitor effective pain control. N. Tanner RN |
| 7/18/04 | 0620 | S: "my right cheek still has a lot of pressure" O: Significant decrease in facial swelling. I/M able to drink liquids freely. States it is better since he saw the dentist on thursday. A: Alterations in comfort P: Motrin 600mg and warm compress provided. Continue as ordered. |
| 7/18/04 N3 DOC | 0900 | V/S. 97.8 - 58 - 18 97 70 Sat. 93/63  C/o severe pain mouth area. Unable to eat or drink. Instant Breakfast given & lunch of clear liquids. 1100 Dr. Ali called aware of pain Etc. T 3 T Tabs given for pain. Instructed he must drink as able. @ alteration nutrition + comfort. Plan continue Rx evaluate + chart prn. C. Hem RN |
| 7/18/04 N3 | 0430 | S: noncomplex O: I/M resting in bed, made aware that he will remain NPO for possible surgery/Dr appt. A: Alt in comfort P: warm compress provided cont. monitor ✎ RN |

D00117



F C M CORRECTIONAL MEDICAL

# INFIRMARY/OBSERVATION PROGRESS NOTES

NAME: Ward, Timothy    NUMBER: 501898

| DATE | TIME | NOTES |
|------|------|-------|
| 7/19/04 | 1435 | Pt. out to see Dr. Lippman this afternoon. ✓/o to eat regular foods as tolerated. Ate PB & J sandwich p̄ appoint.. ℅ pain to Ⓡ side of face @ cheek - bone area - gave tyl. #3 ✓✓ po given @ 1430 c̄ warm compress. T.Ksb8 |
| 7/20/04 | 0500 | V.S̄o BP 116/80  97.4 - 64 - 18  S̄pO̅ 98%. Uneventful qtc  Hot compresses t̄ face x̄ tī tonight.      husann Ross, pñ |
| 7/20/04 | | T/m _____ med. _____ denies any type pain Ⓡ cheek swelling greatly ↓↓. denies any pain . r eye . subconjuntiva Hemorrhage _____ resolving nicely . denies any _____ _____ - reviewed. Dr. Lippin consent. NB∅⊕∅ - suture removal needed ___ Ⓡ eye. no loss of _____ to _____ / _____ _____ _____. Ⓟ) ____ Washing, a Wipes ____ ✓✓ 2) ⓇⓉ Subconjunt Hemm ____ ____ good results Ⓟlan:) _____ _____     Dr Br_____ |

MR-I089

A000294

D00118



# INFIRMARY/OBSERVATION PROGRESS NOTES

NAME: _Ward, Timothy_    NUMBER: _501898_

| DATE | TIME | NOTES |
|------|------|-------|
| 7/20/04 | 1900 | S) discharged from Infirmary. O) sutures removed as ordered 7 sutures removed, site well approximated, given antibiotic ointment given, instructed to keep area clean + dry, apply antibiotic ointment sparingly. A) stable P) send back to main compound _Carol Koyak, RN_ |
| 7.20.04 | 2020 | 8/c # 16066 Reviewed and Scheduled with MLP _VB RN_ |
| 7/31/04 | @ 2125 NSG | I/m c/o ⊕ facial & Rt eye pain, states pain is "10" on ½ & 10 pain scale. Dr. Aliu called & given Report via telephone. Orders rec'd I/m to return Monday 8/02/04 to be seen by provider for f/u. I/m ⊕ return earlier if condition worsens. I/m also inquire about eye patch to help strengthen Rt. eye. Meds given at this time are Motrin 600 mg X 6 doses and Naprosyn 500 mg X 4 tabs. (ref Dr's orders please) _L. Dixon Ross RN_ |
| 7/31/04 NSG | 2220 | I/m already has appt scheduled for 8/02/04 @ |
| 8/2/04 | 1735 | medi |

# INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|------|------|-----------|---------------------------------------------|
| 8/2/04 | 1735 | | Medical Director's Note |

S: Recent h/o physical assault by another inmate during which he sustained multiple facial injuries i.e comminuted fx of the (R) zygomatic arch, fxs to the anterior & posterior walls of (R) maxilla sinus & (R) orbital floor. Initially evaluated in the ER & then referred to maxillofacial surgeon. Presents today c̄ c/o blurriness of vision OD & poor pain relief c̄ motrin. Denies Photophobia or

D: VS as above
Face — well healed scars on (R) lateral eye/bow
Eyes — ∅ erythema or edema. mild ttp diffusely peri orbital & zygomatic area on the (R). ? Step off

VA - ?

A/p multiple facial bone fxs including orbital floor c̄ blurriness of vision

① will DC motrin & start Naprosyn — Inmate reports that seems to work better for pain relief
② consult for inhouse optometry eval.
③ f/u c̄ to maxillofacial surgery as scheduled. May RTC prn before then.

| NAME — Last | First | Middle | Attending Physician | Record No. | Room/Bed |
|-------------|-------|--------|---------------------|-----------|----------|
| Ward, | Timothy | | | 50/898 | |

plan d/w pt
_____, MD

# INTERDISCIPLINARY PROGRESS NOTES

| NAME-Last | | First | Middle | Attending Physician | Record No. | Room/Bed |
|---|---|---|---|---|---|---|

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|---|---|---|---|
| 8/10/04 | 1917 | hxy | D/C 16340 for MD re: needs sunglasses ~ P. Snyder |
| 9/1/04 | 20xy | hxy | D/C 16036 for MD re: eye & face hurt P. Snyder |
| | | | |
| 8/20/04 | 9:20 | | S̄ Hit in OD and face 7-10-04. |
| | | | O PD 65  Rx OD - 0.50  poor response |
| | | |      OS -1.00 |
| | | |      add +1.50 |
| | | | No change |
| | | | C.D. 3 OU  AV 2/3 Reflex OU |
| | | | P Make Rx in Sunglasses. |
| | | |      ⟨signature⟩ OD |

D00121

A000297



**MISCELLANEOUS**

**Nursing Assessment Protocol**
Use Progress Notes for Additional Documentation

| | |
|---|---|
| Inmate Name: _WARD, TIMOTHY_ | Date: _8-2-04_   Date of Event: _7-9-04_ |
| Number: _00501898_  Date Of Birth: _3/18/62_ | Time: _1115_   Time of Onset: _?_ |
| Gender: _M_   Facility: _DCC_ | Activity at onset: _out @ Rreck time_ |
| Allergies: _NKA_ | Medications: _Motrin, Naprosyn_ |

**Subjective:**   Complaint: _Rt side of face c̄ periodic swelling, ↑ pain → ↑ headaches_
☒ New    ☐ Chronic    ☒ History of recent trauma/injury    ☐ History of recent infection
Pain:   ☐ No    ☒ Yes -- Scale (1-10) _10_ ; Location: _Rt side of face & head_
Type:   ☒ Sharp    ☐ Dull    ☐ Cramping    ☐ Constant    ☒ Intermittent
☐ Radiation: _____

Prior History of Similar Symptoms:   ☒ No    ☐ Yes: _____
Associated Symptoms: _blured vision @ eye c̄ pain episodes_

**Objective:**   Vital Signs:   Temp _97.5_   Pulse: _83_  Resp: _18_  B/P: _118/83_ Wt: ____  Pulse Ox: _95 %_
General Appearance:   ☒ No acute distress    ☐ Acute distress
Color:   ☒ Pink    ☐ Flushed    ☐ Pale    ☐ Cyanotic    ☐ Jaundice
Skin:   ☒ Warm    ☒ Dry    ☐ Cool    ☐ Moist/Clammy
Turgar:   ☒ Normal    ☐ Decreased
Mucous Membranes:   ☒ Moist    ☐ Dry
Exam: _____

Abnormalities Noted:   ☐ No    ☐ Yes: _____

**Assessment Decision:**
Findings Requiring Referral:
☐ Abnormal vital signs:
  Temp > 101; Pulse > 100 or
  <50; B/P systolic >200 or < 100
☐ Appears in acute distress
☒ C/O severe pain
☐ Any unexplained clinical abnormality
☐ Any persistent or progressively worse symptoms
☐ Presence of any abnormal findings

Findings Not Requiring Referral:
☒ Vital signs WNL
☐ C/O minimal symptoms
☒ No unexplained clinical abnormalities

**Plan:**   ☒ Refer to: _Dr. Allie_   Date & Time: _8/2/04 1130_
☐ Instructions: _____
☐ Medications: _____
☐ Other: _____

Nurse's Signature and stamp: _Akusejoke (L)_

First Correctional Medical, Inc. -- Proprietary Information Sept 2001

D00122



## MISCELLANEOUS

### Nursing Assessment Protocol
Use Progress Notes for Additional Documentation

Inmate Name: _WARD, TIMOTHY_
Number: _50/898_  Date Of Birth: _8/18/62_
Gender: _M_  Facility: _DCC_
Allergies: _NKDA_

Date: _8/12/04_  Date of Event: _N/A_
Time: _1145_  Time of Onset: _N/A_
Activity at onset: _Outside in sunlight_
Medications: _Naproxen prn_

**Subjective:** Complaint: _requesting sunglasses → requesting causing pain_
- ☑ New  ☐ Chronic  ☐ History of recent trauma/injury  ☐ History of recent infection _detox_
- Pain: ☐ No  ☑ Yes – Scale (1-10) _10_ ; Location: _R side of face side of_
- Type: ☑ Sharp  ☐ Dull  ☐ Cramping  ☑ Constant  ☐ Intermittent _R face_
- ☐ Radiation: _membranes_
- Prior History of Similar Symptoms: ☑ No  ☐ Yes: _____
- Associated Symptoms: _membranes_

**Objective:** Vital Signs: Temp: _96°_  Pulse: _65_  Resp: _18_  B/P: _110/80_ Wt: _____  Pulse Ox: _98%_
- General Appearance: ☑ No acute distress  ☐ Acute distress
- Color: ☑ Pink  ☐ Flushed  ☐ Pale  ☐ Cyanotic  ☐ Jaundice
- Skin: ☑ Warm  ☐ Dry  ☐ Cool  ☐ Moist/Clammy
- Turgar: ☑ Normal  ☐ Decreased
- Mucous Membranes: ☑ Moist  ☐ Dry
- Exam: _____

Abnormalities Noted: ☑ No  ☐ Yes: _____

**Assessment Decision:**

Findings Requiring Referral:
- ☐ Abnormal vital signs:
  Temp > 101; Pulse > 100 or
  <50; B/P systolic >200 or < 100
- ☐ Appears in acute distress
- ☐ C/O severe pain
- ☐ Any unexplained clinical abnormality
- ☐ Any persistent or progressively worse symptoms
- ☐ Presence of any abnormal findings

Findings Not Requiring Referral:
- ☑ Vital signs WNL
- ☑ C/O minimal symptoms
- ☑ No unexplained clinical abnormalities

**Plan:**
- ☑ Refer to: _Optometrist_  Date & Time: _____
- ☐ Instructions: _____
- ☐ Medications: _____
- ☑ Other: _Optometry request already submitted._

Nurse's Signature and stamp: _____

First Correctional Medical, Inc. – Proprietary Information Sept 2001

D00123

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|------|------|------------|---------------------------------------------|

DDC DATE: 8/20/04   TIME: 1030
BP 118/86   P 71
T 96.2   R 18
WT 166

Re: pain meds refill (Naprosyn)
Wants naprosyn renewed
Taking naprosyn for
facial pain 2° facial
injury sustained last
month. Pain described as "intense"
localized in the orbital socket &
nasal cavities. Denies radiation
to any other part. (O) A&O x 3, Ø
acute distress noted, skin w/o.
Vs stable, Ø facial bruise, redness
or edema, ⊕ tenderness c̄ palpation
of temporal area, & maxillary area.
Nasal canal s̄ any drainage, redness
or edema. Oropharynx s̄ redness or
edema. (A) Facial pain 2° trauma.
(P) Naprosyn 500mg po Bid pro x 1 month
RTC prn —                    J. Chukonope

| NAME: Last | First | Middle | Attending Physician | Record No. | Room/Bed |
|------------|-------|--------|---------------------|------------|----------|
| Ward | Timothy | | | 501898 | |

FCM-002

A000300

D00124

# INTERDISCIPLINARY PROGRESS NOTES

| NAME–Last | First | Middle | Attending Physician | Record No. | Room/Bed |
|---|---|---|---|---|---|
| | | | | | |

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|---|---|---|---|
| | | | |

INTERDISCIPLINARY PROGRESS NOTES

D 00125

A000301



First
Correctional
Medical

# INFIRMARY/OBSERVATION PROGRESS NOTES

NAME: Ward, Timothy    NUMBER: 501898

| DATE | TIME | NOTES |
|------|------|-------|
| 9-2-04 | 1420 | S: "I'm doing alright now that I am in here" O: Inmate talkative, expressed that he was afraid of eating before due to prior jaw injury which he reinjured while eating a pretzel. Spoke of an incident & another inmate which he says was not provoked. "I was sucker punched 15 times from nowhere." Inmate stated "I'm alright now and my appetite is better." VS are WNL (within normal limits) Scar above ® eye and a few front teeth missing. Inmate voices no complaints of discomfort at this time. A: alteration in comfort P: Continue & plan of care ———— _(signature)_ |
| 7-6-04 | 1930 | S: "OK" O: inmate lying on bed. Said he was ok when asked. No s/s of distress noted. Explained to call if needed help. Stated "OK" A: alteration in comfort P: continue & plan of care ———— _(signature)_ |
| 9/7/04 | | pt seen + examined Afebrile VSS pt. c/o jaw pain ® side. pt states he is able to eat & drink & pain only in between when he's taken his pain meds. Mouth - poor dentition, FROM, some tenderness to palpate along zygomatic arch area _(signature)_ |

R-1089

D00126

A000302

F C CORRECTIONAL
M MEDICAL

# INFIRMARY/OBSERVATION PROGRESS NOTES

NAME: Ward, Timothy    NUMBER: 501898

| DATE | TIME | NOTES |
|------|------|-------|
| | | cont'd |
| 9/5/04 | | A/P: 1. S/P TRAUMA ® jaw |
| | | 2. Tripod fx of ® facial bones |
| | | 3. Poor Dentition |
| | | referral to Dental |
| | | cont. Naprosyn BID & start Motrin |
| | | for break thru pain PRN. |
| | | d/w pt. in length plan & pt agreed |
| | | c̄ NSG as witness |
| | | |

D00127



CORRECTIONAL
MEDICAL

# INFIRMARY/OBSERVATION PROGRESS NOTES

NAME: Ward, Timothy          NUMBER: 501893

| DATE | TIME | NOTES |
|------|------|-------|
| 9-9-04 | 1030 | S: "Ok, I guess" |
| | | O: lying in bed watching TV. A&O x3. No s/s of distress noted. |
| | | A: alteration in comfort r/t facial pain & dentation |
| | | P: continue ē plan of care ——— _signature_ RN |
| 9/10/04 | 1600 | S - ∅ |
| | | O - Inmate lying in bed watching TV. |
| | | A - Received call from inmates attorney requesting that inmate be removed from infirmary due to severe depression. |
| | | P - Spoke ē Dir Burns ē Dr. Alie. MH. to see inmate to assess depression / need for suicide watch. If patient does not need suicide watch, will be discharged from infirmary on Dr. Alie's order: as patient does not need to be in infirmary for medical reasons. |
| | | _Linda Hunter_ Director of Clinical Services |
| 9/10/04 | 1930 | Spoke ē MH clinician Stated patient somewhat depressed but no need for suicide watch. Will write order for discharge from infirmary ——— _Linda Hunter_ RN |
| 9-22-04 | 1035 | IM to weigh for intake. T 99, P 76, BP 120/84, R 18. Need to f/o ē outside court. IM to gen pop. _V. Hayden_ LPN |

Victoria Hayden, LPN

D00128

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|------|------|------------|---------------------------------------------|
| 9/23/04 | | SCI | chart received & entered – D. Miller MRCA |
| 9/24/04 | | | 81 Paul Rouse, [illegible], [illegible] [illegible] |
| | | | altercation at DCC 9/10/04 |
| | | | [illegible] since the altercation - [illegible] |
| | | | – 9/10 altercation at DCC, HSC sent to ER |
| | | | [illegible] for [illegible] facial bone – |
| | | | comminuted fx of [illegible] arch, |
| | | | [illegible] and & post walls of maxillary |
| | | | sinus & inferior wall of orbit, |
| | | | Saw Dr. Lippman (oral maxillofacial surg Dover) |
| | | | 9/12/04 – I spoke to secretary at Dr. |
| | | | Lippman's - he did not have CT or |
| | | | films. CT report - did [illegible] - mandible & |
| | | | lower maxilla OK – recommend ENT |
| | | | ophthalmology referral. |
| | | | ENT & ophth consults not done. Referred to |
| | | | inhouse optometrist. 8/2/04 - Seen [illegible] |
| | | | Optometrist note say "pain responses. No |
| | | | Change in vision" "Have prescription in |
| | | | sunglasses" |
| | | | – Saw Dr. [illegible] 8/10/04 at pts expense – [illegible] |
| | | | – he recommended Ophth & ENT consults. |
| | | | O: on Exam: face symmetric |
| | | | PERRL; L pupil [illegible] at top. |
| | | | Fundi difficult to see but OK - saw [illegible] |
| | | | – EOM intact No [illegible] motion |

| NAME–Last | First | Middle | Attending Physician | Record No. | Room/Bed |
|-----------|-------|--------|---------------------|-----------|----------|
| Ward | Timothy | | Burns | 501898 | |

FCM-002

INTERDISCIPLINARY PROGRESS NOTES
☐ Continued on Reverse

D00129

## INTERDISCIPLINARY PROGRESS NOTES

| NAME-Last | | First | Middle | Attending Physician | Record No.: | Room/Bed |
|---|---|---|---|---|---|---|
| Ward | | Timothy | | | 501898 | |

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|---|---|---|---|
| | | | - Pt C/o pain & difficulty focus R② eye |
| | | | - Reports eish feels OK |
| | | | - Bil TMM — dark, light reflex |
| | | | - Nose current [illegible] R② —septum deviated, Extern OK |
| | | | No tenderness in maxillary sinus - lost R② front & eye tooth. |
| | | | Mandible O/2 |
| | | | A: S/P facial trauma |
| | | | 1) Eye pain & [illegible] periorbital S/P fx of orbital floor |
| | | | 2) [illegible] fluid behind ② TM to tube |
| | | | 3) S/P fx nose septum deviated to R② |
| | | | 4) S/P fx ant & post walls of R② sinus |
| | | | P: Ophthalmology referral |
| | | | ENT referral |
| | | | Obtain CT scan. |
| | | | Augment 875 mg [illegible] |
| | | | [signature] |
| 10/4/04 | 0830 | SCI C↑D | PPD planted RFA Sue Schappell **SUE SCHAPPELL, RN** |
| 10/6/04 | 0830 | SCI C↑D | PPD read 0 mm Sue Schappell **SUE SCHAPPELL, RN** |
| | | | |
| | | | |
| | | | |

D 00130

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | DISCIPLINE | NOTES SHOULD BE SIGNED WITH NAME AND TITLE |
|------|------|-----------|---------------------------------------------|
| 10/8/4 | 8/4 | SW MD | DC V/S 98 po 122 18 3 63 18    Natascha Hughes, MA |
| | | | S: Saw eye doctor yest |
| | | | O: Eeyg from Dr hened; Eye OK |
| | | | Needs Jupod f/r referral |
| | | | A: RO repair f/r |
| | | | P: To see ENT |
| | | | R F Remund |
| 4/9/04 | | | Was seen by ENT who R F Remund |
| | | | Says he needs to see oral maxillofacial |
| | | | surgeon. Referral done. |
| | | | R F Remund |

| NAME - Last | First | Middle | Attending Physician | Record No. | Room/Bed |
|-------------|-------|--------|--------------------|-----------|----------|
| Ubra | Timothy | | | 501898 | |

FCM-002

INTERDISCIPLINARY PROGRESS NOTES
❑ Continued on Reverse

D00131

07/19/2004 12:06 FAX 302 659 505?    FIRST CORRECTIONAL MED.    ☒001

> **Attach a copy to bill and mail to:**
> **First Correctional Medical**
> **Attn. Claims Department**
> **6861 N. Oracle Road**
> **Tucson, AZ 85704**

*SCI*

FCM

## CONSULTATION REQUEST

Facility: _DCC_

Name of Inmate (Last, First): _WARD Timothy_

Inmate ID #: _S01898_

Date of Birth: _8/18/62_

Date of Request: _7/19/04_

Provider's Name (Please Print):

### REASON FOR REFERRAL

Social Security Number: _____

Pertinent history & physical finding(s) (please Print)

_Surgical ofte T. Dr Liggman Consult_

Diagnosis: _____

_Inmate was involved in altercation last week, sustaining several oral facial injuries_

Urgency of consult (please circle one):    emergency    asap    urgent    routine    standard
                                            (now)    (1-6 days)    (1-2wks)    (3-12wks)    (13wk-6months)

_Surgical Cons_

Consult or test(s) requested: _Ftr. c Dr. Liggman (oral surgeon)_

Estimated cost of consult/test(s): _____

CM Approved: _SRXS/A_    (SIGNATURE)    Date: _7/29/04_

CM Denied: _____    (SIGNATURE)    Date: _____

Contract Approved: _____    (SIGNATURE)    Date: _____

Contract Denied: _____    (SIGNATURE)    Date: _____

Consult Provider Name and Address: _____

Scheduled date/time of appt: _____

Fax #: _999 99 / 84048785_

Revised 11/18/2003

⊔000535

## CONSULTATION

| Last Name | First Name | Middle Name | Room No. | Hosp. No. |
|---|---|---|---|---|
| WARD | Timothy | | | 501898 |

From: Attending Physician: Dr. Brown
To: Consulting Physician: Dr. Lippman
Date: 7/19/04

Note Findings and Recommend Treatment

Surgical Cons. Dr. Lippman

Exam → repaired ® lateral orbital laceration
slight right lateral suborbital eye
hemorrhage

(No obvious maxillary / mandibular fx.)
(Bilateral posterior occlusion OK)
tongue lacerations
No eye pain in ® eye, no diplopia
OK eye movement

Rec: ① OK to ↑ diet to soft foods
② Afrin Nasal spray   2 squirts BID
both nares x 5 days
③ Tylenol 650mg po q4h pr pain
Tylenol #3   q4h pr more severe pain
④ Ophthalmology consult
⑤ ENT consult pr nose

I don't see the need for any treatment
from me.

_(signature)_ MD

Norman M. Lippman, D.D.S.
Oral & Maxillofacial Surgery
712 S. Governors Ave
Dover, DE  19904
302 - 674 1140

Date of Consultation: 7/19/04   Dr. _(signature)_
Signature of Consultant

9-5 M T Th
9-1  A000309

D00068

Attach a copy to bill a   mail to:
**First Correctional Medical**
**Attn. Claims Department**
**6861 N. Oracle Road**
**Tucson, AZ 85704**





**FCM**

## CONSULTATION REQUEST

Facility: _DCC_

_Ward, Timothy_
Name of Inmate   (Last, First)

_501898_
Innate ID #

_8-18-62_
Date of Birth

_8/2/04_
Date of Request

_SR6pA_
Provider's Name (Please Print)

### REASON FOR REFERRAL

Social Security Number: _____

Pertinent history & physical finding(s) (please Print)

Diagnosis: _____

H/o physical assault several weeks ago sustaining multiple facial bone fxs including ® orbital floor fx. Now c/o blurriness of vision ā R > L.

Urgency of consult (please circle one)   emergency   asap   **urgent**   routine   standard
(now)   (1-6 days)   (1-2wks)   (3-12wks)   (13wk-6months)

Consult or test(s) requested: _In house optometry eval_

Estimated cost of consult/test(s): _____

FCM Approved: _SR6pA_
(SIGNATURE)

Date: _8/2/04_

FCM Denied: _____
(SIGNATURE)

Date: _____

Contract Approved: _____
(SIGNATURE)

Date: _____

Contract Denied: _____
(SIGNATURE)

Date: _____

Consult Provider Name and Address: _____

Scheduled date/time of appt: _____

Consult #: _____

D00069

16

Revised 12/18/2001

**A000310**

NAME _Timothy Ward_    DOB _____    DATE _9/9/04_

WT _170±_  HT ____  R ____  P ____  BP _130/70_  T _98.5_

ALLERGIES: _NKDA_

REASON FOR VISIT: _____

| HPI |
| --- |
| LOCATION, QUALITY, SEVERITY, DURATION, TIMING, CONTEXT, MODIFYING FACTORS, ASSOCIATED SIGNS AND SYMPTOMS OR STAUS OF CHRONIC DISEASES. |

Two go he had was assaulte with a piece - was seen to ED.

CC: pt c stitches on R eyebrow

HPI:
(+) LOC, probably over minute.

to the ED has

CT Scan R Tripod c neck fx
7 lobs R orbital floor for __

Freedom toes

obtain neuro had right CT Scan

Saw Dr Lippman — oral surg
for Jaw fx

recall ENT and eye consult

Since Accident pt has been in Surgury and has not
seen eye or ENT surgeon
he felt dizzy at times. he had
pulbs way to eye (R) and

| ROS | NL | SEE NOTE |
| --- | --- | --- |
| CONST* | | |
| EYES | | |
| ENT/MOUTH | | |
| CV | | |
| RESP | | |
| GI | | |
| GU | | |
| MUSC | | |
| SKIN/BREASTS | | |
| NEURO | | |
| PSYCH | | |
| ENDO | | |
| HEM/LYMPH | | |
| ALLERG/IMMUN | | |

| PFSH | NO CHNG | SEE NOTE |
| --- | --- | --- |
| PAST | | |
| FAMILY | | |
| SOCIAL | | |

| EXAM | NL | SEE NOTE |
| --- | --- | --- |
| CONST | | |
| EYES | | |
| ENT/MOUTH | | |
| NECK | | |
| RESP | | |
| CV | | |
| CHEST (BREAST) | | |
| GI (ABDOMEN) | | |
| LYMPH | | |
| GU | | |
| MUSC | | |
| SKIN | | |
| NEURO | | |
| PSYCH | | |
| NO : REVIEW / EXAM | | |

Pupils R ?a
R Htn

R Periorbital
@ ecchy

R Hem R
R Hem C

R Force Sub

COUNS/COORD>50%
TOTAL TIME: ____ min.
COUNS/CORD TIME: ____ min

PHYSICIAN'S SIGNATURE _____    RTO _____

9/10/04 - D00070

**A000311**

NAME_____ DOB_____ DATE_____

WT._____ HT_____ R_____ P_____ BP_____ T_____

ALLERGIES: _____

REASON FOR VISIT: _____

| HPI |
|---|
| LOCATION, QUALITY, SEVERITY, DURATION, TIMING, CONTEXT, MODIFYING FACTORS, ASSOCIATED SIGNS AND SYMPTOMS OR STAUS OF CHRONIC DISEASES. |

CC:

HPI:

| ROS | NL | SEE NOTE |
|---|---|---|
| CONST* | | |
| EYES | | |
| ENT/MOUTH | | |
| CV | | |
| RESP | | |
| GI | | |
| GU | | |
| MUSC. | | |
| SKIN/BREASTS | | |
| NEURO | | |
| PSYCH | | |
| ENDO | | |
| HEM/LYMPH | | |
| ALLERG/IMMUN | | |

| PFSH | NO CHNG | SEE NOTE |
|---|---|---|
| PAST | | |
| FAMILY | | |
| SOCIAL | | |

| EXAM | NL | SEE NOTE |
|---|---|---|
| CONST | | |
| EYES | | |
| ENT/MOUTH | | |
| NECK | | |
| RESP | | |
| CV | | |
| CHEST (BREAST) | | |
| GI (ABDOMEN) | | |
| LYMPH | | |
| GU | | |
| MUSC | | |
| SKIN | | |
| NEURO | | |
| PSYCH | | |
| NO : REVIEW / EXAM | | |



COUNS/COORD>50%
TOTAL TIME:_____ min
COUNS/CORD TIME:_____ min

PHYSICIAN'S SIGNATURE_____ RTO _____

D00071

BRANDYWINE MEDICAL ASSOCIATES
PASQUALE FUCCI, M.D.

DEA #
GAMAL TADROS, M.D.

DEA #
SETH IVINS, M.D.

DEA #
BERNIE SCHNEIDER, PA-C

1508 PENNSYLVANIA AVENUE, SUITE 112
WILMINGTON, DE 19806                    (302) 652-4705

HERITAGE PLAZA, SUITE 22 & 23
WILMINGTON, DE 19808                    (302) 994-4406

NAME _____    AGE _____
ADDRESS _____    DATE 9/14/05

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

_____

Refill _____ times

Substitution Permitted
IN ORDER FOR A BRAND NAME PRODUCT TO BE DISPENSED, THE
PRESCRIBER MUST HAND WRITE "BRAND NECESSARY" OR
"BRAND MEDICALLY NECESSARY" IN THE SPACE BELOW)

1ERP5034097

D00072

BRANDYWINE MEDICAL ASSOCIATES
PASQUALE FUCCI, M.D.
DEA #
GAMAL TADROS, M.D.
DEA #
SETH IVINS, M.D.
DEA #
BERNIE SCHNEIDER, PA-C
1508 PENNSYLVANIA AVENUE, SUITE 1-C    (302) 652-4705
WILMINGTON, DE 19806
HERITAGE PLAZA, SUITE 22 & 23
WILMINGTON, DE 19808    (302) 998-4406

NAME _____  AGE _____

ADDRESS _____ DATE 9/14/6__

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

Refill _____ times

Substitution Permitted

IN ORDER FOR A BRAND NAME PRODUCT TO BE DISPENSED, THE
PRESCRIBER MUST HAND WRITE "BRAND NECESSARY" OR
"BRAND MEDICALLY NECESSARY" IN THE SPACE BELOW.

4EFP5034097

---

BRANDYWINE MEDICAL ASSOCIATES
PASQUALE FUCCI, M.D.
DEA #
GAMAL TADROS, M.D.
DEA #
SETH IVINS, M.D.
DEA #
BERNIE SCHNEIDER, PA-C
1508 PENNSYLVANIA AVENUE, SUITE 1-C    (302) 652-4705
WILMINGTON, DE 19806
HERITAGE PLAZA, SUITE 22 & 23
WILMINGTON, DE 19808    (302) 998-4406

NAME _____  AGE _____

ADDRESS _____ DATE 9/16/__

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞

Refill _____ times

Substitution Permitted

IN ORDER FOR A BRAND NAME PRODUCT TO BE DISPENSED, THE
PRESCRIBER MUST HAND WRITE "BRAND NECESSARY" OR
"BRAND MEDICALLY NECESSARY" IN THE SPACE BELOW.

4EFP5034097

D00073

Attach a copy to bill and ma[...]
**First Correctional Medical**
Attn. Claims Department
6861 N. Oracle
Tucson, AZ 85737
520-498-1360



**F** **FIRST**
**C** **CORRECTIONAL**
**M** **MEDICAL**

## CONSULTATION REQUEST

Facility: _DCC_

_Ward, Timothy_
Name of Inmate

_501898_
Inmate ID #

_8-18-62_
Date of Birth

_9-10-04_
Date of Request

_Dr. Rodgers_
Provider's Name (Please Print)

### REASON FOR REFERRAL

Pertinent history & physical finding(s) (please Print)

_Multiple Facial bone fxs / Nasal fx?_

[...]rency of consult (please circle one)      emergency    ✓urgent      routine      standard
(going out now)  (1-2weeks)  (3-12weeks)  (13wk-6months)

Consult or test(s) requested: _ENT_

Estimated cost of consult/test(s):_____

FCM Approved: _____ Date: _9/22/04_
            (SIGNATURE)

FCM Denied:_____ Date:_____
            (SIGNATURE)

Contract Approved:_____ Date:_____
            (SIGNATURE)

Contract Denied:_____ Date:_____
            (SIGNATURE)

Consult Provider Name and Address:_____

Scheduled date/time of appt:_____

Authorization #:_____

R-1016

_D00074_

Attach a copy to bill and mail
**First Correctional Medical**
6861 N. Oracle
Tucson, AZ 85704
1-520-498-1360



**F** F**IRST**
**C** C**ORRECTIONAL**
**M** M**EDICAL**

## CONSULTATION REQUEST

Facility: <u>Sussex Correctional Institution</u>

*Ward, Timothy*
Name of Inmate

*501898*
Inmate ID #

*8-18-62*
Date of Birth

*9/22/04*
Date of Request

*ALIE*
Provider's Name (Please Print)

**REASON FOR REFERRAL**

SS# _____

Diagnosis _____

Pertinent history & physical finding(s) (please Print)

*Recent h/o physical assault sustaining multiple facial fxs. Seen by maxillofacial surgeon on 7/19/?? Recommends ophtho eval*

Urgency of consult (please circle one)      emergency      urgent      routine      standard
(going out now)    (1-2 weeks)    (3-12 weeks)    (13 wk-6 months)

Consult or test(s) requested: *Ophtho Eval*

Estimated cost of consult/test(s): _____

FCM Approved: _____
(SIGNATURE)

Date: *9/22/04*

FCM Denied: _____
(SIGNATURE)

Date: _____

Contract Approved: _____
(SIGNATURE)

Date: _____

Contract Denied: _____
(SIGNATURE)

Date: _____

Consult Provider Name and Address: _____

Scheduled date/time of appt: _____

Consult #: _____

*D00075*

MR-1016

# CONSULTATION

| Last Name Ward | First Name Timothy | Middle Name | Room No. | Hosp. No. |
|---|---|---|---|---|

From: Attending Physician *Dr. Burns*  To: Consulting Physician *Dr. Larned*  Date 10/05/04

Note Findings and Recommend Treatment  *Evaluation*

Rt tripod fx require repair

eye exam eval unremarkable.

10/6/04

Date of Consultation: 10/5/04    Dr. _____

Signature of Consultant

Form 263  BRIGGS, Des Moines, IA 50306  (800) 247-2343  PRINTED IN U.S.A.

D00077    CONSULTATION

# CONSULTATION

| Last Name Ward | First Name Timothy | Middle Name | Room No. | Hosp. No. |
|---|---|---|---|---|
| From: Attending Physician Dr. Burns | To: Consulting Physician Dr. Howard | | | Date 11/02/04 |

Note Findings and Recommend Treatment    ENT referral

Pt injured 4 mos ago - says he sustained nose / maxilla fractures which were not reduced. He also lost upper teeth. He feels ears have been blocked c ↓'d hearing since event - Also, nose feels congested No vertigo.

PE: ears minimal retraction of TM's - negative fistula test

nose - mod / marked septal deviation mildly boggy

mouth / pharynx
larynx          } normal
neck

Forks: better air D's on R (sl)
Weber midline
Rinne + bilaterally

IMP: ET dysfunction
Rhinitis
Deviated septum
r/o maxilla fracture

Suggest: ① Valsalva
② Nasonex daily - Rx given
③ appt c oral surgeon who does
④ F/U 2 weeks    mid-facial fractures

Date of Consultation: #0 11/2/04    Dr. 7 Howard

Signature of Consultant [signature] 11/2/04

Form 263  BRIGGS, Des Moines, IA 50306 (800) 247-2343  PRINTED IN U.S.A.
R600

D00078

CONSULTATION

261678

# F___SIDE HEALTH ASSOCIATION, CHART___ED

Tax ID # 51-0307098

| 600 N. Dupont Hwy, Suite 208 | 1535 Savannah Road | 63 Atlantic Avenue |
|---|---|---|
| Georgetown, DE 19947 | Lewes, DE 19958 | Ocean View, DE 19970 |
| 302-856-3597 | 302-645-4700 | 302-537-5395 |

| GUARANTOR NAME AND ADDRESS | PATIENT NO. | PATIENT NAME | DOCTOR NO. | DATE |
|---|---|---|---|---|
| TIMOTHY WARD<br>PO BOX 500<br>GEORGETOWN DE 19947 | 96092 | TIMOTHY WARD | 9 | 11/02/04 |

| DATE OF BIRTH | TELEPHONE NO. | INSURANCE | | |
|---|---|---|---|---|
| | | CODE | DESCRIPTION | CERTIFICATE NUMBER |
| 42<br>08/18/62 | (302)<br>856-5563 | 4185 | CORRECTION | A501898 |

## NEW PATIENT - Problem
- 99201 Problem focused, minor
- 99202 Expanded, low
- 99203 Detailed, moderate
- 99204 Comp, moderate
- 99205 Comp, high

## NEW PATIENT – Well Visit
- 99381 New PT <1 year
- 99382 New PT 1 – 4 years
- 99383 New PT 5 – 11 years
- 99384 New PT 12 – 17 yrs
- 99385 New PT 18 – 39 yrs
- 99386 New PT 40 – 64 yrs
- 99387 New PT 65+ years

## ESTABLISHED PT - problem
- 99211 Minimal
- 99212 Problem focused, min
- 99213 Expanded, low
- 99214 Detailed, moderate
- 99215 Comp, high

## ESTABLISHED PT – Well visit
- 99391 Est. PT <1 year
- 99392 Est. PT 1 – 4 years
- 99393 Est. PT 5 – 11 years
- 99394 Est. PT 12 – 17 years
- 99395 Est. PT 18 – 39 years
- 99396 Est. PT 40 – 64 years
- 99397 Est. PT 65+ years

## PRENATAL VISITS
- Initial Prenatal Visit
- Follow up PN Visit
- Post Partum Visit

## INJECTIONS
- 95115 Allergy injection
- 90748 Com Vax (Hep B, hib)
- J1110 Decadron
- 90700 DPT (ACEL)
- 90702 DT (pediatric)
- 90657 Flu Shot (6-35mos)
- 90658 Flu Shot (split virus 3yr+)
- 90744 Hep B ped, adolesc.
- 90746 Hep B 20yr+
- 90645 Hib
- 90713 IPV
- 90707 MMR
- 90732 Pneumovax
- 90669 Prevnar
- 86580 Skin test, TB, intradermal
- 90718 TD (Adult)
- 90716 Varicella
- Injection

## CONSULTATIONS
- 99241 Problem focused, minor
- 99242 Problem focused, low
- X 99243 Detailed, moderate
- 99244 Comp, moderate
- 99245 Comp, high

## GYN ULTRASOUND
- 58340 Intro of water TVSH
- 76645 Breast U/S
- 76856 Abdominal U/S
- 76857 Limited or F/U
- 76830 Trans Vaginal U/S
- 76831 TVSH

## OBSTETRIC ULTRASOUND
- 59000 Amniocentesis
- 76801 Trans Abd <14 wks
- 76802 Trans Abd <14 wks mult
- 76805 Trans Abd >14 wks
- 76810 Trans Abd >14wks mult
- 76811 Trans Abd Complete
- 76812 Trans Abd Comp mult
- 76815 Sono, Limited
- 76816 Sono, F/U
- 76817 TVS PN
- 76819 Biophysical profile
- 76946 U/S with Amnio.

## LABORATORY
- 82270 Hemocult
- 87880 Rapid Strep
- 81002 Urinalysis
- 87210 Wet Mount

## AUDIOLOGY
- 92553 AB
- 92585 ABR
- 92557 ABSD
- 92552 AC
- 92568 Acoustic Reflex
- 92543 caloric testing
- 92541 Gaze Testing
- Hearing Aid
- 92544 Optokinetic testing
- 92542 Positional testing
- 92569 Reflex Decay
- 92555 SRT
- 92556 SRT/S. Discrim.
- 92545 Tracking testing
- 92567 Tympanometry
- 92547 Vertical Electrodes

## PROCEDURES
- 10060 I & D abscess,simple
- 10120 Inc & Rem FB,simp
- 10121 Inc & Rem FB,comp
- 11100 Bx of skin (punch bx)
- 11101 Bx, Additional lesion
- 11200 Rem. Skin Tags (15)
- 11201 Skin Tags (each +10)
- 113 __ ShaveLes, (size,loc)
- 114 __ Exoision, benign lesion
- 11730 Avulsion nail plate
- 11750 Exc of nail & matrix
- 17 __ Destruction, benign lesion, any method
- 17110 Destruct warts <15
- 17111 Destruction wart 15+
- 20550 Inj. Tendon sheath
- 20605 Arthro, Interm joint
- 20610 Arthro, Lg joint
- 30901 Nasal hem -control, simple
- 30903 Nasal hem -control, complex
- 30905 Nasal hem –control posterior
- 31231 Nasal Endoscopy
- 31233 Nasal/Sinus Endo
- 31505 Laryn, indirect
- 31575 Laryn, flexible
- 56420 I&D Bart. abcess
- 56501 Dest. Vulva lesion
- 56605 Bx vulva or perineum: 1 lesion

- 56820 Colpo Vulva
- 56821 Colpo Vulva w/biopsy
- 57160 Pessary, Insertion
- Pessary
- 57420 Colpo vagina w/cervix
- 57421 Colpo vagina w/biopsy
- 57452 Colpo cervix inc vagina
- 57454 Colpo w/biopsy cervix & endocervical
- 57455 Colpo cervix w/biopsy
- 57456 Colpo w/endocervical curretage
- 57460 Colposcopy w/LEEP
- 57461 Colpo w/LEEP conization of cervix
- 57500 Bx cervix, endovervial polyp
- 57511 Cauterization of cervix, cryocautery
- 57522 LEEP
- Cryocautery
- 58100 Endometrial biopsy
- 58300 / IUD, Insertion
- J7300 IUD
- 58301 IUD, Removal
- 69210 Cerumen Removal
- 69222 Mastoid Debridmt.
- 69420 Myringotomy
- 93000 EKG winterp.
- 94664 Nebulizer Tx
- G0102 Digital Rectal Exam
- Other (please specify)

| DATE OF LAST PAYMENT | | |
|---|---|---|
| | INSURANCE | PATIENT |
| PREVIOUS BALANCE | 00 | 00 |
| TODAY'S CHARGES | | 155.00 |
| PAID ON ACCOUNT | | |
| ADJ. | CHECK | CASH |
| TOTAL DUE | | 155.00 |

D00079

| | |
|---|---|
| □ PRN | □ X-RAY |
| □ CPE/AD | □ CT SCAN |
| □ WELL CHECK | □ MRI |
| □ ANNUAL | □ AUDIO ONLY |
| □ REPEAT PAP | □ AUDIO FIRST |

- WEEKS
- MONTHS
- 1 YEAR
- MAMMOGRAM
- SONO

- □ GA MODIFIER

## DIAGNOSIS CODES
1. 381.8
2. 389.03
3. 470
4. 472.0

A000319

Attach a copy to bill and mail to:
First Correctional Medical
6861 N. Oracle
Tucson, AZ 85704
1-520-498-1360



**F** FIRST
**C** CORRECTIONAL
**M** MEDICAL

C O P Y

## CONSULTATION REQUEST

Facility: <u>Sussex Correctional Institution</u>

*Ward, Timothy*

Name of Inmate

Inmate ID # 501898

Date of Birth 8/18/62

Date of Request 11/3/04

Provider's Name (Please Print) *Robenton F. Bewald*

### REASON FOR REFERRAL

SS# *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*

Diagnosis *Rt tripod fracture.*

Pertinent history & physical finding(s) (please Print)
*Rt tripod fracture sustained 2/16/04. Repair needed?*

<u>Urgency of consult (please circle one)</u>      emergency     urgent     (routine)     standard
                                     (going out now)  (1-2weeks)  (3-12weeks)  (13wk-6months)

Consult or test(s) requested: *Refer to oral maxillo facial Surgeon*

Estimated cost of consult/test(s):

·FCM Approved:_____
                    (SIGNATURE)                              Date:_____

FCM Denied:_____
                    (SIGNATURE)                              Date:_____

Contract Approved:_____
                    (SIGNATURE)                              Date:_____

Contract Denied:_____
                    (SIGNATURE)                              Date:_____

nsult Provider Name and Address: *Dr Cohron*

Scheduled date/time of appt:_____

Consult #: _____

MR-1016

D00080

A000320

**CONSULTATION** SDC 00 501898

| Last Name | First Name | Middle Name | | Room No. | Hosp. No. |
|---|---|---|---|---|---|
| WARD | Timothy | | | SCI | |

From: Attending Physician
Dr. R. Burns

To: Consulting Physician
Dr. Cahoon

Date
11-24-04

Note Findings and Recommend Treatment

Perironic (gum) Radiograph
Periodontal Abscess # 9,10 ( Not Restorable
Ext. Caries x2 # 9,10 / Loc.

Rx Amoxicillin 500mg Po q 8hx 3d                    —Cahoon, nurse
Vicodin T-II Po q4h prn pain.

Form 263 BRIGGS, Des Moines, IA 50306 (800) 247-2343 PRINTED IN U.S.A.

D00081    **CONSULTATION**

A000321

Date of Consultation: _____ Dr. _____
Signature of Consultant

**FIRST CORRECTIONAL MEDICAL**
**1575 McKee Rd #201**
**Dover, DE 19904**
**(302) 677-1740**



September 2, 2004

Medical Summary As Requested

IM: Mr. Timothy Ward

SBI#00501898

A medical emergency was called on 7/10/04 at approximately 1430 to T2 yard. Inmate was transported to medical clinic by staff to the treatment room. Inmate presented with a laceration over left eye, three front teeth pushed back, gums bleeding and nares bleeding. He was cleaned and transferred to KGH 911 for care.

While at KGH his lacerations were sutured, he was given a CT Scan of his face and head. His head exam was negative with the exception of some soft tissue swelling over the right frontal parietal scalp areas. There was no evidence of intracranial bleeding, mass, midline shift, edema or infarct. The Scan of his face showed a fracture of the right facial bones (right zygomatic arch and the anterior and posterior walls of the right maxillary sinus). There also showed deviation of the nasal septum to the left which appeared to be an acute injury.

Inmate was returned to DCC and admitted to the infirmary for care and observation. His neurological status was monitored, he was treated for pain with medication and ice packs were applied for the swelling and placed on a full liquid diet. On 7/15/04 he was started on antibiotic ointment and a dental consult was ordered. Inmate was seen the same day. He was examined and a consult with oral surgeon was recommended. Inmate was also given Carnation Instant Breakfast 3 times a day to ensure nutritional status.

On 7/19/04 inmate Ward went to an outside consultation with Dr. Lippman, oral surgeon. His exam did not reveal any need for oral surgeon intervention, but he did recommend inmate to be seen by ophthalmology.

On 7/20/04 inmate's sutures were removed, a regular diet was ordered, Motrin for discomfort, warm packs and he was discharged from the infirmary.

D00243

September 2, 2004

On 7/30/04 inmate submitted a sick call request stating he "thinks he re-broke his jaw". Was seen on 7/31/04 in nurse sick call. Naprosyn was ordered until inmate seen by MD on 8/2/04. When examined by MD, a consult for optometry was written and approved, Naprosyn was continued.

On 8/10/04 inmate submitted sick call request received, requesting sunglasses and to have his front teeth replaced. He was seen in nurse sick call on 8/12/04. His exam was unremarkable, recommending optometry consult which was already scheduled.

On 8/17/04 inmate submitted sick call request received, complaining of eye pain and requesting an eye patch or sunglasses. To be seen by optometrist. Optometry visit on 8/20/04. New prescription for eyeglasses written with instruction for them to be sunglasses.

Inmate was also seen by the nurse practitioner on 8/20/04 to follow up his complaint of pain. On that date, an order to continue the Naprosyn for 1 month was written. The medication was ordered from the pharmacy and the inmate picked it up and signed for it on 8/25/04.

He has submitted no further sick calls or been seen in the medical department since that date.

Feel free to contact me if I can be of further assistance.

Sincerely,

Terry Hastings, RN
Health Services Administrator

D00244

**FIRST CORRECTIONAL MEDICAL**
1575 McKee Rd #201
Dover, DE 19904
(302) 677-1740



September 2, 2004

Medical Summary As Requested

IM: Mr. Timothy Ward

SBI#00501898

In January of 2004 Mr. Ward neither requested or received any medical care.

In February of 2004 Mr. Ward requested Artificial Tears during an MD visit, which an order was written, and for his glasses to be repaired. On 2/8/04 he signed for and received new prescription eyeglasses.

In March of 2004 Mr. Ward was seen by a physician on 3/25/04 for flu like symptoms and was treated with antibiotics and antihistamines. No further requests or complaints were offered.

In April of 2004 Mr. Ward neither requested or received any medical care.

In May of 2004 Mr. Ward neither requested or received any medical care.

In June of 2004 Mr. Ward neither requested or received any medical care.

A medical emergency was called on 7/10/04 at approximately 1430 to T2 yard. Inmate was transported to medical clinic by staff to the treatment room. Inmate presented with a laceration over left eye, three front teeth pushed back, gums bleeding and nares bleeding. He was cleaned and transferred to KGH 911 for care.

While at KGH his lacerations were sutured, he was given a CT Scan of his face and head. His head exam was negative with the exception of some soft tissue swelling over the right frontal parietal scalp areas. There was no evidence of intracranial bleeding, mass, midline shift, edema or infarct. The Scan of his face showed a fracture of the right facial bones (right zygomatic arch and the anterior and posterior walls of the right maxillary sinus). There also showed deviation of the nasal septum to the left which appeared to be an acute injury.

D00245

**A000324**

September 2, 2004

Inmate was returned to DCC and admitted to the infirmary for care and observation. His neurological status was monitored, he was treated for pain with medication and ice packs were applied for the swelling and placed on a full liquid diet. On 7/15/04 he was started on antibiotic ointment and a dental consult was ordered. Inmate was seen the same day. He was examined and a consult with oral surgeon was recommended. Inmate was also given Carnation Instant Breakfast 3 times a day to ensure nutritional status.

On 7/19/04 inmate Ward went to an outside consultation with Dr. Lippman, oral surgeon. His exam did not reveal any need for oral surgeon intervention, but he did recommend inmate to be seen by ophthalmology.

On 7/20/04 inmate's sutures were removed, a regular diet was ordered, Motrin for discomfort, warm packs and he was discharged from the infirmary.

On 7/30/04 Inmate submitted a sick call request stating he "thinks he re-broke his jaw". Was seen on 7/31/04 in nurse sick call. Naprosyn was ordered until inmate seen by MD on 8/2/04. When examined by MD, a consult for optometry was written and approved, Naprosyn was continued.

On 8/10/04 inmate submitted sick call request received, requesting sunglasses and to have his front teeth replaced. He was seen in nurse sick call on 8/12/04. His exam was unremarkable, recommending optometry consult which was already scheduled.

On 8/17/04 inmate submitted sick call request received, complaining of eye pain and requesting an eye patch or sunglasses. To be seen by optometrist. Optometry visit on 8/20/04. New prescription for eyeglasses written with instruction for them to be sunglasses.

Inmate was also seen by the nurse practitioner on 8/20/04 to follow up his complaint of pain. On that date, an order to continue the Naprosyn for 1 month was written. The medication was ordered from the pharmacy and the inmate picked it up and signed for it on 8/25/04.

He has submitted no further sick calls or been seen in the medical department since that date.

Feel free to contact me if I can be of further assistance.


Sincerely,


Terry Hastings, RN


• Page 2

D00246

September 2, 2004

Health Services Administrator

D00247

Tim Ward, SBI# 00501898
Delaware Correctional Center


On July 10, 2004 Mr. Ward was initially taken and admitted to the infirmary and given emergency care. Stitches were required.

Mr. Ward was then sent out for a CAT Scan of the facial area and the head. The CAT of the facial area results showed that he had a zygomatoic arch fracture on the right side and anterior/posture walls of the right maxillary sinus. The CAT of the head was normal, there was no evidence of bleeding, and however, there was some soft tissue swelling of the scalp. He also had a deviation of the nasal area (it was pushed to the side).

Mr. Ward was then returned/admitted to the infirmary and placed on a full liquid diet. The care administered at that time was neurologist check/monitoring, ice packs and pain medication.

Consultant ordered for Mr. Ward to be seen by a dentist . Mr. Ward was seen on 7/15/04 by the dentist.
**Outcome**: recommended to be seen by an oral surgeon.

On July 19th Mr. Ward was seen by an oral surgeon (Dr. Lippman).
**Outcome**: recommended Tylenol for pain and a diet of soft food also a recommendation that Mr. Ward have an eye exam.

The eye exam was approved on August 2nd.

On August 20th Mr Ward was seen by Dr Demello for his eye's on (this was the earliest appt available). Mr. Ward complained that the light hurt his eyes.
**Outcome**: glasses were ordered but have not come in as of today.

**Summary**: Mr. Ward was discharged from the infirmary on July 20th and has had numerous follow up visits.

Per Terry Hastings (nurse in charge) Mr. Ward is not following protocol to be seen by medical instead he is calling home to his family and complaining in turn the family is calling in requesting that he be seen and treated.

Ms. Hastings did inform Mr. Ward that he needed to follow protocol.


*Follow-up:

brief e-mail
extensive six month summary


D00248

**A000327**



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
**OFFICE OF THE SECURITY SUPERINTENDENT**
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977
TELEPHONE: (302) 653-9261
FAX: (302) 659-6663

<u>MEMORANDUM</u>

TO:      Warden Thomas L. Carroll

FROM:    Major David K. Holman

DATE:    September 2, 2004

RE:      I/M Timothy Ward #501898

During the period of time subsequent to the assault of inmate Timothy Ward, I was in frequent telephone communication with the inmate's mother and sister. I arranged for him to make telephone calls to his family while he was housed in the Infirmary.

As a result of these phone calls, inmate Ward told his family a number of complaints about not receiving medical treatment. I followed up on these complaints with the medical services provider and was told that treatment had either been already provided or that appointments had been scheduled for the inmate.

He also made complaints to the family about not being given a chance to shower or to have clean clothing to change into from the assault. When I followed up with the staff assigned to the Infirmary, it was revealed that he had indeed had access to a shower and was wearing clean clothing.

Of particular interest, I recall a conversation with the medical services administrator in which I told her I had in inquiry about inmate Ward. She responded that the inmate was looking good and making very good progress. She was quite surprised to find out he was alleging a lack of medical treatment.

Please contact my office if you require further information regarding inmate Timothy Ward.

DKH/cf
xc:    Deputy Warden Burris
       File

D00440

A000328

CLIENT PROFILE FOR Ward, Tim

SBI 00 501898
DOB 8-18-62
SOC

AKA
SEC
LOCATION T-2
COUNSELOR: JESSICA BARTON
DATE: 5-4-04

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

CHARGES - PDWDCF, 2nd Burg.

SENTENCE AND CONDITIONS 3yrs (w 8mo)  2yrs 4mo
3yrs + 8 mo
LEVEL 4 TO FOLLOW

EFF 9/26/03
STRD 1-26-04
ED LEVEL

VOCATIONAL SKILLS      1. all construction  maintainance
FAMILY - None in Del    2. plumbing
HEALTH ISSUES           3. electric
NO         No          No meds
TREATMENT HISTORY -        No drugs        sister
                          No alcohol      June Ward
                                          Easton, Md.
                                          1-
RELIGIOUS AFFILIATION - Christian         1-410-770-5764

INMATE ACCOUNT OF OFFENSE - he went after someone who beat up
                           his wife -
NEXT REVIEW DATE

                    reported previous drug use

call
Shortell abt
employment
good skills
inside maint

D 00434

CLIENT CONTACT

INMATE'S NAME: _Ward Tim_    SBI #: _501898_    D.O.B.: _8-18-62_
COUNSELOR'S NAME: _Barton, Jessica_    UNIT: _T-1_

| DATE REQUEST RECIEVED | DATE INMATE SEEN | COMMENTS  PD W DCF, Burg 2nd |
|---|---|---|
| | 8-9-04 | Mother called (again) abt. his eye- They have called medical yesterday a.m. talked to mother - Probs. w/ eye - |
| | | 9/04 to Protective Custody. Some altercation w/ Kareem Woodlin in T-2 Kareem is NOT a management problem. My speculation is that Ward staged this to get back to the Infirmary |
| | 11-4-04 | |

FORM #: 373    ✱ Attorney-Client Material redacted ✱    D00435

RESUME

DATE 6-8-04                          BUILDING  T-2
                                     Bunk
                                     21

NAME Timothy Ward

SBI 501898
DOB 8-18-62
CHARGE PFDCF - Burglary 2
SENTENCE 3 yrs 8 months
STRD 1-24-07

SKILLS: Bricklayer 23 yrs

CONSTRUCTION General Contracter Forman 2 yrs

PAINTING completely confident

ELECTRIC BASIC hands on

A/C HEATING BASIC

CARPENTRY completely confident

OTHER residential & commercial work

WRITE A BRIEF SUMMERY OF YOUR WORK SKILLS AND THE PLACES YOU
HAVE WORKED

SUB. CONTACTER                    DAve Gingerich
self employment                   MASON
MASONRY - Concrete                pour concrete walls
Costom fireplaces                 friend worked
                                  for years
Hobbies
Brick work                        HARper's son
wood working make coffee Tables   Easton MD,
some welding  residential         General Cont,
              house work          Forman 2 years
Bye's Sell fix up houses          schools
BASIC Plumbing                    court house
window repair                     commercial work

**A000331**

D00436

I have the BASIC understnding
of maintenance.
my FAther WAS A superintend of
Two six story Apartment Bildings
my hobby is learning or fixins
Things. complelely confident
of my Ability

9 months Down no write ups
5 Points

sincerely
Tim WARD

my wife
sold my tools
I will miss
Her

D00437

August 10,04
Jessica Barton -Senior Correctional Counselor
T-1 and T-2

Phone call from June ward, sister of Tim Ward, inmate in T-2. , calling with concerns about medical condition of brother. He was in a fight several weeks ago. Family feels he is not receiving adequate care. I called infirmary, talked to Terry, head of medical. Ward was seen by the doctor, was evaluated. Sent out to oral surgeon. It was determined that he does not need to be in the infirmary. It was also determined that an outside doctor is not needed at this point. He was seen by an optometrist. There is an eye doctor here also. Reference to the issue of being called up to the infirmary, he uses the officers to override the process of putting in sick call slips. The last two visits to the infirmary were initiated by the C/O. One of the problems with his pain is that he is eating things that he is not supposed to. He is on a soft diet and has been eating pretzels etc.

I called the sister back at 1-410-770-5765 and explained that because Ward is an adult he must request services and utilize the system at DCC in the appropriate manner. I explained that the medical services here are more than adequate and that he needs to comply with treatment protocols as well.

D00432

**A000333**

November 04,2004

Timothy Ward SBI#00501898

On 5/4/04 I interviewed Timothy Ward for the first time in Building T-2. He is a 42 year old white male serving a sentence of 3 years for the charge of Burglary 2nd and PDWDCF. He was interested in working and listed his employment skills for me. We discussed his desire to work and treatment needs. He reported previous drug abuse and some prior treatment. He seemed well adjusted and did not report any problems in the building with staff or other inmates at that time.

After Mr. Ward was hurt I received numerous phone calls from his sister and his mother, June Ward (1-410-770-5765) and Louise Ward, respectively. I visited Mr. Ward in the Infirmary and reported to his mother that I had physically seen him. I told the family that because of privacy laws I was limited in what I could tell them, but that Mr. Ward could tell them anything he wanted. The mother and sister continued to call frequently, sometimes calling three or four people at DCC per day, claiming that Mr. Ward was not receiving adequate care.

After Mr. Ward was moved back to T-2 I received calls from the mother and sister stating that Medical would not see Mr. Ward. Investigation proved that the problem was that Mr. Ward did not want to put in a sick slip request. He wanted the Building Officer to call for him, which is not the protocol. In September there was an altercation in the T-2 Building between Mr. Ward and Kareem Woodlin and Mr. Ward was moved to Protective Custody. Because he was in the PC area he was no longer my client.

D00433

November 04, 2004

Timothy Ward SBI#00501898

On 5/4/04 I interviewed Timothy Ward for the first time in Building T-2. He is a 42 year old white male serving a sentence of 3 years for the charge of Burglary 2nd and PDWDCF. He was interested in working and listed his employment skills for me. We discussed his desire to work and treatment needs. He reported previous drug abuse and some prior treatment. He seemed well adjusted and did not report any problems in the building with staff or other inmates at that time.

After Mr. Ward was hurt I received numerous phone calls from his sister and his mother, June Ward (1-410-770-5765) and Louise Ward, respectively. I visited Mr. Ward in the Infirmary and reported to his mother that I had physically seen him. I told the family that because of privacy laws I was limited in what I could tell them, but that Mr. Ward could tell them anything he wanted. The mother and sister continued to call frequently, sometimes calling three or four people at DCC per day, claiming that Mr. Ward was not receiving adequate care.

After Mr. Ward was moved back to T-2 I received calls from the mother and sister stating that Medical would not see Mr. Ward. Investigation proved that the problem was that Mr. Ward did not want to put in a sick slip request. He wanted the Building Officer to call for him, which is not the protocol. In September there was an altercation in the T-2 Building between Mr. Ward and Kareem Woodlin and Mr. Ward was moved to Protective Custody. Because he was in the PC area he was no longer my client.

Jessica M. Barton
Master Counselor

D00438

**A000335**

**Disciplinary #**
1012879

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 11/21/2004

# DISCIPLINARY REPORT

Disciplinary Type: Class:          Housing Unit: KEY SOUTH          IR#: 1015899

| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
|------|-------------|-----------|---------------------|------|------|
| 00501898 | Ward, Timothy | DCC | Bldg.T-2 Day Room | 09/17/2004 | 12:00 |

Violations: 1.06/200.203 Disorderly or Threatening Behavior, 2.06/200.108 Failing to Obey an Order

Witnesses: 1. N/A          2. N/A          3. N/A

## Description of Alleged Violation(s)

On The Above Date And Time I/M Ward Got Into A Confrontaion With I/M Kreem Woodlin #00283717.  I/M Ward Had Loaned I/t Woodlin A Extention Cord, I/M Woodlin Failed To Pay For It Or Give It Back.  I/M Ward Took It Back And A Argument Ensued, I Which Both Inmates Tvs Were Knocked To The Floor.  I/M Woodlin'S Was Broken Beyond Repair, While I/M Ward'S Is Still Workir

**Reporting Officer:** Boyce, Thomas N (CO Corporal/Sgt. - Large Inst.)

## Immediate Action Taken

**Immediate action taken by:** Boyce, Thomas N -CO Corporal/Sgt. - Large Inst.

I/M Ward Transferred To P/C, Inmate Woodlin Transferred To Mhu

## Offender Disposition Details

**Disposition:** N/A          **Date:** N/A          **Time:** N/A          **Cell secured?** No

**Reason:** N/A

**Disposition Of Evidence:** Broken Tv Turned Ovet To Slt. Kirk Reynolds.

## Approval Information

Approved: ☐          Disapproved: ☐          Approved By: ___ ()

Comments: N/A

## Shift Supervisor Details

Date Received: 09/17/2004          Time: 13:40          Received From: ___

**Shift Supervisor Determination:**

[ ]  Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[X]  Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing

_____

, ()

I have received a copy of this notice on DATE: _____ TIME: _____ and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

**Preliminary Hearing**
**Officer:** _____          **Offender:** _____

Reynolds, Kirk                                        Ward, Timothy

D00427

Phone#: 302-653-9261

# INCIDENT REPORT

| Group#: N/A | Type: Inmate Involved | Incident Date: 09/17/2004 | Time: 12:00 | Confidential: No |
|---|---|---|---|---|

Facility: DCC  Delaware Correctional Center

Followup Required : No

Associated Disciplinary Report #(s):1012878

Associated Disciplinary Report #(s):1012879

Incident Location: Bldg.T-2 Day Room

Location Description: sleeping area

Violated Conditions: 2.06/200.108 Failing to Obey an Order

2.06/200.203 Disorderly or Threatening Behavior

**Description of Incident:**

On the above date and time, I/m Ward stated that he and I/M Woodlin got into an argument and their Tvs were knocked off their stands. I/M Woodlin's Tv is broken beyond repair, while I/m Ward's still works. I/M Woodlin had borrowed a Extention Cord and failed to pay for it, so I/m Ward took it back, causing a argument to ensue. I/m Ward was assaulted a couple of months ago in T-2. This lastest incident cause some cncern for his saftey. He is being placed on Protective Custody until a complete investigation can be conducted as to why this incident occurred.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |
| | N/A | |

Evidence Type: 13 inch color Tv

Date Collected: 09/17/2004

Discovered By : C/O Anthony Hall

Secured By: Slt Kirk Reynolds

Type of Force Used: [ ] PHYSICAL  [ ] CHEMICAL [ ] STUN [ ] OTHER [ ] CAPSTUN [X] NONE

Restraints Used : N/A

**Immediate Action Taken:**

...nates transferred out of T-2. I/M Ward to P/C and I/M Woodlin to MHU.

| Individuals Involved | | | |
|---|---|---|---|
| Person Code | Name | SBI# | Title |
| Staff | Karl, Hazzard | N/A | Shift Commander - Large Inst. |
| Staff | Anthony, Hall F | N/A | Correctional Officer |
| Staff | Keith, Lovett F | N/A | Correctional Officer |
| Inmate | Timothy, Ward | 00501898 | N/A |
| Inmate | Kareem, Woodlin J | 00283717 | N/A |

Reporting Officer: Hazzard, Karl (Shift Commander - Large Inst.)    Entered By: Hazzard, Karl (Shift Commander - Large Inst.)

| Approval Information | | |
|---|---|---|

[X] Approved [ ] Disapproved  Date: 09/17/2004  Approved by: Reynolds, Kirk  (Shift Commander - Large Inst.)

Comments: Inmate referred to MAB. I/M Ward placed on PC

D00485

A000337

Appendix K1

# DELAWARE CORRECTIONAL CENTER

TO:        Inmate _Timothy Ward_        ,SBI# _501893_

FROM:      Shift Commander _S/hT Kirk Reynolds_

DATE:      _9-17-04_

SUBJECT:   Administrative Transfer

The undersigned believes that you warrant confinement to a more restrictive setting based upon information presented.  Consequently, pending review, you are hereby temporarily, administratively transferred to:

☑   Protective Custody

☐   Pre-Hearing Detention _____        _____
                                    Offense No.                              Offense Title

☐   Higher Security

_____
Signature of Shift Commander

Attach Supporting Documents/Forms ie: 404, 537, I/M statement, etc.

Copy to:        Security Superintendent (Original)
                Institutional Investigator
                Classification
                MDT Chairperson
                Transfer Office
                Temporary Housing Counselor
                Classified Housing Counselor
                File

Form #: 228-B (Rev 11/97)

D00482

**A000338**

**PROTECTIVE CUSTODY INVESTIGATION FORM**

Section I: To be filled out by inmate. Failure to complete any portion of this section may keep you off protective custody.

I, _Timothy Ward_ request protective custody because, _____

_See Reverse Side of Administrative Transfer Form_

| REASONS: | COMPLETE NAME(S) OF THOSE CAUSING HARM/THREATS: |
|---|---|
| ___ 1. Sexual Harassment | 1. _____ |
| ✓ 2. Physical Harm | 2. _____ |
| ___ 3. Verbal Threats | 3. _____ |

Signature of Inmate: _____  Date: 9-17-24

Section II: To be completed by assigned housing unit correctional officer.

Inmate Name: _Timothy Ward_    Housing Location: T-2

SBI Number: 501898    Bed Location: 20

Describe incident, including location leading to Protective Custody request. (Include names of inmates involved in incident, description of harassment/threats).

_I/m Ward got into a confrontation with other inmates on T-2 and his TV was smashed._

B. Is the incident described above of a continous nature? (Yes) / NO
If yes, describe other incidents:

_Inmate was assaulted on 7-10-04 in Seno Bldg._

C. In your opinion, is the request valid? Yes / No
If yes, why? If no, why not?

_____

Signature: _Karl Hopkins_    Date: 6-17-04

This form is to be forwarded to the Shift Commander before the end of the shift, for determination of need of Administrative transfer.

cc: Treatment, Mental Health, Shift Commander, Transfer Officer, Central Classification.

D00483

# Protective Custody Investigation Form

Appendix J
Date 2-17-04
IR 1015-636

## SECTION I -- Alleged Victim:

| Inmate Name | SBI No. | STRD | Assigned Housing | Current Housing | Work Assignment | Criminal History | Institutional Disc. History | Program Involvement |
|---|---|---|---|---|---|---|---|---|
| Isabella Ward | 361093 | | | | | | | |

## SECTION II -- Alleged Aggressors:

| Inmate Name | SBI No. | STRD | Assigned Housing | Current Housing | Work Assignment | Criminal History | Institutional Disc. History | Program Involvement |
|---|---|---|---|---|---|---|---|---|
| allen Littlefin | 293717 | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**Alleged Victim's Version:**

**Alleged Aggressor's Version:**

Aggressor 1:

Aggressor 2:

Aggressor 3:

## SECTION III -- Summation of Statements:

Witnesses (Inmate and/or Staff) and Version:

Witness: _____ Version: _____

Witness: _____ Version: _____

Witness: _____ Version: _____

Witness: _____ Version: _____

Investigation Findings: _____

**Signatures:**

Counselor _____ Date _____

Security Staff Cpt. K-O Roberts Date 2-17-04

If needed, use reverse side for additional information.
Copy to: Classification, Institutional investigator, MDT Chairperson, Security Superintendent (original), Transfer Office

Form # 130

D00484

A000340

*Original*

RECEIVED

? JUN 21 PM 2 04

BUSINESS OFFICE

## HEALTH CARE SERVICES CONTRACT

This Agreement is made this 17th day of June 2002, by and between First Correctional Medical-Delaware, L.L.C. ("FCM") and the State of Delaware, Department of Correction ("DOC").

### RECITALS

WHEREAS, the DOC desires to purchase the health care services offered by FCM to serve the needs of the State of Delaware and the State's inmate population; and

WHEREAS, the State has asked prospective vendors to submit proposals for contract No. 2828; and

WHEREAS, FCM's sole member (First Correctional Medical, Inc.) submitted a proposal to provide the aforementioned health care services to the DOC and its proposal was accepted by the DOC; and

WHEREAS, on Wednesday May 29, 2002, the DOC and FCM's sole member entered into final negotiations with the express intent to execute a contract for the provision of health services to Delaware's incarcerated population; and

NOW THEREFORE, in consideration for the mutual promises contained herein, the parties enter into this Agreement and its related documents to govern their relationship and hereby revoke any previous agreement between the parties. All references in said documents to "FCM" or "First Correctional Medical, Inc." or "First Correctional Medical" shall be deemed a reference to FCM as if FCM made the proposal and agreements set forth in or under such documents and was the successful bidder. The Terms and Conditions of this Agreement are contained within this DOC/FCM health care services contract which shall include by this reference the Request for Proposal, FCM's Proposal and the FCM Question and Response Memorandum dated May 21, 2002; and

NOW THEREFORE, the DOC and FCM mutually agree as follows:

U00673

1. This agreement is contingent upon funding being appropriated by the State of Delaware for each year of this contract. Funding is appropriated for medical services through the annual State Budget Act.

2. The DOC and FCM agree on an annual base price of $17,735,904.00 for the 1st two years of the contract. FCM shall submit to DOC an invoice on or about the 15th and last day of each month during the term of this contract commencing on July 15th of each fiscal year. Each invoice shall be for one twenty-fourth of the annual base price due hereunder for each year of this contract. DOC shall pay each invoice within 5 days of receipt. The amount of said monthly payment shall change in the event of any mutually agreed to change in the annual base price for any year that this contract remains in effect or as otherwise provided under the contract documents including any schedules which are a part thereof or which are attached hereto (which shall be deemed a part hereof).

Additional modifications to the DOC Request and FCM's Proposal:

   A.    The Sex Offender Unit has been deleted.

   B.    Three Transition Units and a Structured Care Unit currently are in operation. The Transition Units are at Plummer Community Correctional Center, Multi-Purpose Criminal Justice Facility and Baylor Women's Correctional Institution. The Structured Care Unit is at Sussex Correctional Institution.

   C.    Subject to the terms hereof and the documents referred to herein, the required Vendor services include but are not limited to basic medical services, mental health services, dental services, continuous suicide watch, the transition units, structured care programs, specialized women's services, and services to DOC staff. A complete itemization of services is in the DOC's RFP, as limited by FCM's Proposal.

3. The DOC accepts the variable rate per inmate proposed per year by FCM for times when the count is over the 6700-offender base as shown on the attached schedules which are made a part hereof. After each month, FCM and DOC shall

U00674

agree to a reconciliation of the number of inmates for the prior month (over a base of 6700). Any additional payment (based on the attached schedule) due FCM as a result of any number of inmates over the base amount shall be paid to FCM with the next payment due hereunder.

4.  Annual increases will be in accordance with the revised Cost Summary Sheet presented in FCM's proposal reflecting the new base of $17,735,904.00 and the other terms and provisions hereof.

5.  FCM and the DOC agree to modify the RFP and Proposal as follows:

   A.   To the extent ACA Health Care Standards and NCCHC Standards differ, FCM will adhere to the higher standard;

   B.   To the extent that community standards for mental health care are unclear or not specific, FCM will be required to implement "Best Practices" from State Correctional Systems, which shall be deemed to be the average national level of such services.

   C.   Clarify language in the FCM proposal to read:
      a) Pg. 26, paragraph 1, last sentence. Be it known that the DOC does not authorize the transfer of inmates to a detoxification facility.
      b) Pg. 60, "Response to trauma incidents", second paragraph, last sentence should read: "These reports will be provided to the warden or designee, and others as appropriate in the corrections chain of command prior to the end of shift in which the incident occurred."

   D.   Contract provides for a capitated rate for health care services. Fee structure is established by the base rate (as adjusted) plus per diem rate for inmate population over 6700. Structural changes and/or additions to institutions will not result in a renegotiated rate for service.

3

000675

E.    The parties acknowledge that DOC shall pay for any equipment and services (including software and the charges for installation and training relating thereto) which are necessary, required or requested by FCM under the operation of this contract which individually exceeds $500.00 per individual item. All equipment, supplies and facilities currently in place at or located within the facilities at which the services shall be provided shall be made available to FCM at no cost to or credit against FCM in connection with the performance of its services hereunder. In addition, DOC shall provide at its cost and expense all maintenance services required or requested by FCM in connection with any equipment or any part of the facilities.

F.    Out of the first two payments due FCM hereunder, DOC shall retain a total sum of $500,000.00 ($250,000.00 in each of the first two payments) to insure the observance and performance of all of the covenants, terms, conditions and undertakings herein contained to be performed or observed by FCM. Said security deposit or the balance thereof shall be returned to FCM not more than thirty (30) days following the termination or expiration of this contract provided that FCM has materially performed and observed all of said covenants, terms, conditions and undertakings herein. No other bond, guaranty or other deposit, security or assurance shall be due, required or owed by FCM.

G.    Any financial reporting obligations shall be limited to FCM.

H.    In no event shall staffing levels constitute a breach or default by FCM hereunder.

I.    In the event that FCM does not receive payment on or before the 30 day following the receipt of an invoice by the DOC, the amount due on the invoice shall bear interest at an annual rate of 12.00% (or the maximum rate allowed by law, whichever is lower) until said payment is made in full.

4

D 00676

**A000344**

6. The DOC is purchasing Professional Health Services. Performance is the essence of this contract. To the extent, negotiations involved a discussion of staffing patterns; those discussions were intended to ensure FCM fully understood the scope of the contract.

7. Appropriation

Funds authorized for use under the contract are obligated within the budget period (fiscal years July 1- June 30) of which they are awarded. Contracts and purchase orders must be issued on or before the expiration date of the budget period or the funds will no longer be available for use by the vendor. If funds are not appropriated at the amounts established by this contract each party shall have the right, to be exercised with not less than 60 days prior notice to the other, to terminate this contract and all payment and service obligations hereunder and relating hereto. However, said termination right may only be exercised with an effective date of the last day of the last month of a fiscal year of the term of this contract. At no time will the level of services go below those specified by the NCCHC Prison Standards.

8. **DEPARTMENT INDEMNIFICATION**

The FCM will hold harmless, indemnify, and defend the DOC, the State of Delaware and their agents, employees, or officers of the State of Delaware from any and all suits, actions, losses, liability, damages (including punitive damages), expenses, reasonable attorney fees (including salaries of attorneys regularly employed by the State of Delaware), judgments, or settlements incurred by the DOC, the State of Delaware or their agents, employees, or officers arising out of the negligent provision of health care services by FCM, its employees, or subcontractors under the contract, including direct or indirect negligence or intentional acts of omission or commission, and professional malpractice regardless of any negligence or any intentional acts of omissions or commission by employees or officials of the DOC.

5

000677

## 9. APPLICABLE LAW/GOVERNING LAW/ CHOICE OF LAW

The laws of the State of Delaware shall apply, except where Federal Law has precedence. FCM consents to jurisdiction and venue in the State of Delaware. The DOC shall enter a Purchase Order on or before June 30, 2002. The Purchase Order must be approved on July 8' 2002 or this contract shall be null and void and of no force or effect. FCM must possess an active Delaware Business License as issued by the Department of Finance through its Division of Revenue. FCM must remain in good financial standing with the State of Delaware.

If any provision of this contract is held by a court of competent jurisdiction to be contrary to law, the remaining provisions of this contract will remain in full force and effect.

FCM's sole member shall have no right, title, obligation or liability hereunder or under any document referred to herein unless hereafter expressly accepted and agreed to thereby.

## 10. TERMS AND RENEWAL OPTIONS

Subject to the other terms and provisions hereof, the initial term ("Initial Term") of this contract shall be for a period of 6 years commencing July 1, 2002 (" the Commencement Date") and expiring (unless renewed) on June 30, 2008. This contract is renewable by the DOC for two (2) additional periods of two (2) years each ("the Extended Term"), according to the terms of the RFP.

If DOC defaults hereunder, FCM may, at its discretion, terminate this contract upon not less than thirty days written prior notice.

## 11. CONFLICT RESOLUTION

The contract documents shall consist of this contract, the Request for Proposal, the FCM Proposal, and the FCM Question and Response Memorandum dated May 21, 2002, as well as all cost and other updates relating thereto and the schedules, grids and other attachments attached hereto which are hereby made a part hereof. In the event of any conflict between the contract documents, the contract documents

6

Ū00678

**A000346**

will be interpreted in the following order and the lower number below shall govern and control:

1. This Contract and the summary sheet, pricing grid, and the other schedules, grids and attachments hereto.
2. FCM's response to DOC written questions dated 5/21/2002 (the FCM Question and Response Memorandum dated May 21, 2002)
3. Request for Proposals (including any amendments and updates and other questions and answers)
4. FCM Proposal and any updates relating thereto

STATE OF DELAWARE
DEPARTMENT OF CORRECTION

BY: _____

TITLE: Commissioner

DATE: 6/17/02

FIRST CORRECTIONAL MEDICAL-
DELAWARE, L.L.C.

BY: _____

TITLE: President

DATE: 6/17/02

7

000679

A000347

## ADDENDUM TO HEALTH CARE SERVICES CONTRACT #2828

## TO ESTABLISH A PROCEDURE FOR REIMBURSEMENT OF PAYMENT TO THE DEPARTMENT OF HEALTH AND SOCIAL SERVICES (DHSS) FOR MEDICAID ELIGIBLE INCARCERATED PERSONS

**In accordance with the agreement between DHSS and FCM**, incarcerated persons under the custody of the Delaware Department of Corrections (DOC) who incur inpatient hospital stays greater than 24 hours, in an acute care hospital with a Delaware Medicaid provider agreement, shall be considered for Medicaid.

**It is agreed** that the DOC will reimburse DHSS for 100% of the Medicaid per discharge and outlier payments and ancillary payments made for incarcerated persons. FCM understands that DOC will then recover 100% of the Medicaid discharge and outlier and ancillary payments by reducing payments DOC makes to FCM. All payments will be made in accordance with the payment schedule defined in the contract agreement #2828.

State of Delaware
Department of Correction

By: _____

Title: Commissioner

Date: 9/5/03

First Correctional Medical
Delaware, L.L.C.

By: _____

Title: President

Date: 9/8/03

J00680

**A000348**

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY WARD, | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| STANLEY TAYLOR, | )     C. A. No. 04-1391 *** |
| PAUL HOWARD, THOMAS | ) |
| CARROLL, JOHN SALAS, | ) |
| JESSICA DAVIS-BARTON, | ) |
| CERTAIN UNKNOWN INDIVIDUAL | ) |
| EMPLOYEES OF STATE OF | ) |
| DELAWARE DEPARTMENT OF | ) |
| CORRECTION, and | ) |
| STATE OF DELAWARE, | ) |
| DEPARTMENT OF CORRECTION, | ) |
| | ) |
|       **Defendants/Third Party** | ) |
|       **Plaintiffs,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| FIRST CORRECTIONAL MEDICAL | ) |
| DELAWARE, LLC, | ) |
| | ) |
|       **Third-Party Defendant.** | ) |

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on December 10, 2007, she caused the attached, *Appendix to Opening Brief in Support of State Defendants' Motion for Summary Judgment, Volume 3* to be electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Jeffrey K. Martin, Esquire      Daniel McKenty, Esquire
Martin & Wilson, P.A.             Heckler & Frabizzio
1508 Pennsylvania Ave., Suite 1C   P.O. Box 128
Wilmington, DE 19806          Wilmington, DE 19899-0128

Herbert G. Feuerhake, Esq.
521 West St.
Wilmington, DE 19801

/s/ Stephani J. Ballard
Stephani J. Ballard, I.D. #3481
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302)577-8400
Attorney for State Defendants