## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY WARD, | ) |
| Plaintiff, | ) |
| v. | ) |
| STANLEY TAYLOR, et. al., | ) C. A. No. 04-1391 *** |
| Defendants/Third Party Plaintiffs, | ) |
| v. | ) |
| FIRST CORRECTIONAL MEDICAL DELAWARE, LLC, | ) |
| Third-Party Defendant. | ) |

### Affidavit of Lieutenant Paul Harvey

1. I have been employed by the State of Delaware Department of Correction since December, 1993. I currently hold the position of Correctional Lieutenant at the Delaware Correctional Center (DCC), and have held this position since approximately October 1, 2000. I left the employment of the Department of Correction for a one year period of approximately Oct. 1, 2004 until August 21, 2005, to work as a police officer for the City of Milford. I was rehired by DOC on approximately August 21, 2005.

2. I recall an incident which occurred on July 10, 2004, in which an inmate, who I am told was Timothy Ward, was assaulted by another inmate. I had no personal knowledge of the incident itself, but I did take pictures of Mr. Ward's injuries after the assault when he was in the infirmary.

3. I did not find out that Timothy Ward had filed a lawsuit until May of 2007, when an attorney from the Department of Justice met with me to discuss my recollection of the

matter. I was told that I was just a possible witness, not a defendant, in the matter. I have never read Mr. Ward's lawsuit and am not aware of who all of the defendants are.

4. I had no reason, at any time, to believe that I would ever be named as a defendant in this lawsuit. I do not know why Mr. Ward would want to name me as a defendant at this time.

BE IT REMEMBERED that on this ___18___ day of __December__, 2007, personally appeared before me, the Subscriber, a Notary Public for the State and County aforesaid, **PAUL HARVEY**, who, being by me duly sworn according to law did depose and say that the foregoing statement is correct to the best of his knowledge, information and belief.

_____
PAUL HARVEY

SWORN TO AND SUBSCRIBED before me on this 18 day of December, 2007.

_____
Notary Public