

**WILCOX & FETZER LTD.**

In the Matter Of:

# Ward
# v.
# Taylor, et al.

C.A. # 04-1391 (KAJ)

Transcript of:

Keith F. Lovett

October 24, 2007

Wilcox and Fetzer, Ltd.
Phone: 302-655-0477
Fax: 302-655-0497
Email: depos@wilfet.com
Internet: www.wilfet.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

TIMOTHY WARD,                        )
                                     )
        Plaintiff,                   )
                                     ) Civil Action
v.                                   ) No. 04-1391(KAJ)
                                     )
STANLEY TAYLOR; PAUL HOWARD;         )
THOMAS CARROLL; JOHN SALAS;          )
JESSICA DAVIS-BARTON; CERTAIN        )
UNKNOWN INDIVIDUAL EMPLOYEES OF      )
THE STATE OF DELAWARE DEPARTMENT     )
OF CORRECTION; and STATE OF          )
DELAWARE DEPARTMENT OF               )
CORRECTION,                          )
                                     )
        Defendants,                  )
                                     )
v.                                   )
                                     )
FIRST CORRECTIONAL MEDICAL           )
DELAWARE, LLC,                       )
                                     )
        Third-Party Defendant.       )

        Deposition of KEITH F. LOVETT taken pursuant to notice at the law offices of Martin & Wilson, 1508 Pennsylvania Avenue, Wilmington, Delaware, beginning at 9:15 a.m., on Wednesday, October 24, 2007, before Kurt A. Fetzer, Registered Diplomate Reporter and Notary Public.

                    WILCOX & FETZER
    1330 King Street - Wilmington, Delaware 19801
                    (302) 655-0477
                    www.wilfet.com

Ward v. Taylor, et al.
Keith F. Lovett

---

Page 66

1   MS. BALLARD: Objection to the form.
2   A.  As far as you made the statement that Tim
3   considers me a friend, I'm not a friend to any inmate.
4       What happened that day was wrong. It
5   could have been prevented. After that incident
6   happened, I went to Lieutenant Harvey, told Lieutenant
7   Harvey "This guy's got some problems. This dude's got
8   some major fucking problems. He's going to bust
9   loose. Something is going to go down."
10  Q.  Excuse me. But tell me, when did you see
11  Lieutenant Harvey? Right after this happened?
12  A.  Right after. When the inmates were brought
13  back to the building, I went to Lieutenant Harvey and
14  said, "Lieutenant Harvey, this dude's a problem. This
15  dude is going to go crazy. I don't want to be around
16  when it happens." I said, "You better do something,"
17  in which case C/O Dunn took Robert Johnson over to the
18  infirmary. The infirmary said there was nothing wrong
19  with him; he was fine. He went back to the building
20  and then did what he did.
21      And I don't know if you guys have that on
22  record, if you even knew that that had happened, but
23  that was something that I really had planned to keep
24  to myself, but being that I'm here I don't want to

Page 67

1   come off that I'm hiding anything or anything. And as
2   much as I don't support inmates suing anybody and I
3   can't stand fucking inmates, to be honest with you,
4   I'm not going to sit here and bullshit through this
5   thing. I'm going to tell you the truth. I'm going to
6   tell you exactly what happened no matter who stands to
7   gain the most out of this situation.
8       That situation could have been prevented
9   and I'm just going on record as saying that. No
10  matter what happens here, I want to be honest and I
11  want to be truthful to the whole situation and that's
12  it because I've been struggling with that situation
13  for a while.
14  Q.  Well, we all appreciate your candor. We know
15  it's a difficult situation for you to keep inside and
16  appreciate that you can put it out on the table for
17  us.
18      Let me ask some follow-up questions, if I
19  may.
20  A.  Okay.
21  Q.  What was Harvey's first name?
22  A.  Lieutenant.
23  Q.  Male or female?
24  A.  Male.

Page 68

1   Q.  Did he have a first name other than lieutenant?
2   A.  I don't know.
3   Q.  What was Harvey's response to your great
4   concern that you expressed to him immediately after
5   this happened?
6   A.  He kind of blew it off.
7   Q.  Did he acknowledge that he knew anything about
8   Robert Johnson?
9   A.  Yes. He probably, he probably had said
10  something to the fact that he was just, he was just
11  talking shit and he was, you know, just, just, just
12  another crazy inmate.
13  Q.  How long did you talk with Lieutenant Harvey?
14  A.  Just for a couple of minutes. The lieutenant
15  would be out on the boulevard at the boulevard gate.
16      I distinctly remember going back and going
17  back after the inmates were secured in the building
18  and told Harvey what had happened. I was more alarmed
19  at the fact that Robert Johnson was kind of glassy
20  eyed and he kind of was real shitty looking when the
21  incident had taken place in the chow hall. And I
22  didn't feel uncomfortable or anything with him in the
23  chow hall. I did feel like, you know, he could have
24  incited other inmates to misbehave, but fortunately

Page 69

1   the situation went very smoothly after that. I think
2   that the other inmates kind of laughed at him and the
3   fact that he was misbehaving and acting the way that
4   he was. I think that I showed great restraint in
5   dealing with what he was doing in the chow hall, but
6   his glassy-eyed look and his look of craziness really
7   brought me to want to contact Lieutenant Harvey on the
8   situation.
9       I kind of felt like sometimes people don't
10  want to do things, don't want to write incident
11  reports, people don't want to aggressively deal with
12  situations as they happen in the form of paperwork,
13  removing an inmate or whatever. And I felt like it
14  was important that I went to Harvey and let him know
15  that this guy was definitely going to be a problem and
16  somebody needed to do something.
17  Q.  I have a few more questions, but I'm just going
18  to take a moment, if I can. If you need to use the
19  bathroom or get some water, I'll be back in a moment.
20  Okay?
21  A.  Okay.
22      (A brief recess was taken.)
23  BY MR. MARTIN:
24  Q.  Going back to what Johnson said to you in chow

---

18 (Pages 66 to 69)

Ward v. Taylor, et al.
Keith F. Lovett

**Page 98**

1  we'll deal with it later, as long as he's not acting
2  violent, disorderly and threatening. It was brought
3  to me, whoever I spoke to, it was like, it was like
4  well, if he doesn't stand up, do you know what I mean,
5  like he wants to scrap or something, then let him,
6  just let him run his mouth and we'll deal with it
7  later.
8      Q. And so Lieutenant Harvey was not physically
9  there at the chow hall, correct?
10     A. No. There was another C/O in the chow hall
11 when that happened, I believe.
12     Q. Do you know who that was?
13     A. No, I do not. I know I wouldn't run a chow
14 hall by myself.
15         Actually, I have run chow halls by myself,
16 but at that time I think there was somebody in the
17 chow hall with me. I just don't recall who it was.
18     Q. So the information that Lieutenant Harvey got
19 he got from you by phone, correct?
20     A. Correct. Or I'm not 100 percent certain that
21 it was Harvey that I spoke with on the phone while I
22 was in the chow hall. I know I spoke to Harvey face
23 to face after the chow hall when I brought the inmates
24 back to the building and went back out and talked to

**Page 99**

1  Harvey face to face.
2      Q. Do you know if you spoke with Harvey before or
3  after Robert Johnson went to the infirmary?
4      A. No.
5      Q. You're not sure?
6      A. No, I don't recall talking to him.
7      Q. You don't recall talking to Harvey?
8      A. Yeah.
9      Q. I thought you said you spoke to him.
10     A. After, after he went to the infirmary.
11     Q. So you think you spoke to Harvey before Johnson
12 went to the infirmary?
13     A. Yes.
14     Q. And I believe you said an Officer Dunn took --
15     A. Took Robert Johnson to the infirmary and then
16 probably ten minutes later brought him back.
17     Q. Was that at your request that he took him to
18 the infirmary?
19     A. I would hope that my input helped in getting
20 him looked at.
21     Q. Do you know who told Officer Dunn to take
22 Robert Johnson to the infirmary?
23     A. I'm assuming it was Harvey.
24     Q. And are you aware that Robert Johnson was seen

**Page 100**

1  by the infirmary?
2      A. Yep. Yes.
3      Q. What's your understanding of what happened
4  there?
5      A. I think that in my opinion he went there for
6  five, ten minutes, the nurse said he was okay and sent
7  him back to the building. I was upset with that
8  personally because I felt that he needed more type of
9  attention and the way that he was behaving said he
10 needed more type of attention, but the nurse said he
11 was fine.
12         I also believe that he was not seen by a
13 psychologist. He was seen by a regular nurse who sent
14 him back to the building. I took that personal
15 because I felt like I was going to have to deal with
16 him. I felt like he was a problem and that somebody
17 needed to make a decision about him that didn't make
18 the right decision with him and sent him back to the
19 building regardless if he did whatever he did
20 afterwards. I still felt like he was a problem and,
21 in fact, I remember talking to Dunn about how much
22 bullshit it was the fact that he got sent to the
23 infirmary and then got sent right back.
24     Q. You said they didn't make the right decision.

**Page 101**

1  Do you mean the people at the infirmary?
2      A. Yes.
3      Q. And you earlier said that you thought this
4  incident could have been prevented.
5          Do you mean if the infirmary had taken
6  further action?
7      A. Yes. I think if he would have, if they would
8  have taken further action when he was in chow hall and
9  removed him out of the chow hall and dealt with him on
10 that level, something could have been prevented. I
11 think that the wheels in motion would have prevented,
12 at least it may have been somebody else but it
13 wouldn't have been Tim.
14     Q. What to you mean by it may have been somebody
15 else?
16     A. He might have snapped out at some other time,
17 but it wouldn't have been that time if somebody had
18 done something about the incident that was happening
19 in the chow hall and all the other things that led up
20 to the incident with Tim.
21     Q. So if medical personnel had held him for
22 observation, you think this would not have happened at
23 that time?
24     A. If I'm allowed to say in my personal opinion,

26 (Pages 98 to 101)