Your complimentary use period has ended. Thank you for using PDF Complete.

Click Here to upgrade to Unlimited Pages and Expanded Features

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY WARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-1391*** |
| ) | |
| STANLEY TAYLOR; PAUL HOWARD; ) | |
| THOMAS CARROLL; JOHN SALAS; ) | JURY TRIAL DEMANDED |
| JESSICA DAVIS-BARTON; CERTAIN ) | |
| UNKNOWN INDIVIDUAL EMPLOYEES OF ) | |
| THE STATE OF DELAWARE DEPARTMENT ) | |
| OF CORRECTION; and STATE OF DELAWARE ) | |
| DEPARTMENT OF CORRECTION, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by the parties in the above action that the deadline for Plaintiff to file his Answering Brief in Response to Defendants' Motion for Summary Judgment will be filed on or before January 14, 2008 and Defendants' Reply Brief will be filed on or before January 25, 2008.

| | |
|---|---|
| **MARTIN & WILSON** | **THE LAW OFFICE OF HERBERT G. FEUERHAKE** |
| /s/ Jeffrey K. Martin | /s/ Herbert G. Feuerhake |
| **JEFFREY K. MARTIN** (ID #2407) | **HERBERT G. FEUERHAKE** (ID #2590) |
| 1508 Pennsylvania Avenue | 521 West Street |
| Wilmington, DE 19806 | Wilmington, DE 19801 |
| (302) 777-4681 | (302) 658-6101 |
| Attorney for Plaintiff | Attorney for Plaintiff |



*/s/ Stephani J. Ballard*

_____
**STEPHANI J. BALLARD** (ID#3481)
Carvel State Office Building
820 North French Street
Wilmington, DE 19801
Attorney for Defendants

Dated: January 4, 2008


    **SO ORDERED this \_\_\_\_ day of _____, 2008.**

                                                                   _____
                                                                   **J.**