IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY WARD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STANLEY TAYLOR; PAUL HOWARD; )<br>THOMAS CARROLL; JOHN SALAS; )<br>JESSICA DAVIS-BARTON; CERTAIN )<br>UNKNOWN INDIVIDUAL EMPLOYEES OF )<br>THE STATE OF DELAWARE DEPARTMENT )<br>OF CORRECTION; and STATE OF DELAWARE )<br>DEPARTMENT OF CORRECTION, )<br>)<br>Defendants. )<br>v. )<br>)<br>FIRST CORRECTIONAL MEDICAL )<br>DELAWARE, LLC )<br>)<br>Third-Party Defendant. ) | C.A. No. 04-1391 ***<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S MOTION IN RESPONSE TO STATE DEFENDANTS'
OPPOSITION TO PLAINTIFF'S MOTION TO AMEND THE COMPLAINT TO
ADD LIEUTENANT PAUL HARVEY AS A DEFENDANT**

Plaintiff, through his undersigned counsel, respectfully opposes Defendants' Motion in Opposition to Plaintiff's Motion to Amend the Complaint to Add Lieutenant Paul Harvey as a Defendant in the above-captioned case. The grounds for his opposition are set forth in Plaintiff's Reply Memorandum in Support of the Motion to Amend the Complaint to Add Lieutenant Paul Harvey as a Defendant, in Response to State Defendants' Opposition to Said Motion, which is filed separately.

| | |
|---|---|
| **MARTIN & WILSON, P.A.** | **LAW OFFICES OF**<br>**HERBERT G. FEUERHAKE** |
| *[signature]* | *[signature]* For |
| JEFFREY K. MARTIN, ESQUIRE<br>TIMOTHY J. WILSON, ESQUIRE<br>DE State Bar I.D. No.: 2407<br>DE State Bar I.D. No.: 4323<br>1508 Pennsylvania Avenue<br>Wilmington, DE 19806<br>(302) 777-4681<br>jmartin@martinandwilson.com<br>*Attorneys for Plaintiff* | HERBERT G. FEUERHAKE, ESQUIRE<br>DE State Bar I.D. No.: 2590<br>521 West St<br>Wilmington, DE 19801<br>(302) 658-6101<br>herblaw@verizonmail.com<br>*Attorney for Plaintiff* |

DATED:        January 23, 2008

## CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, the undersigned counsel for Plaintiff in the above-captioned case, hereby certify that the foregoing *Plaintiff's Motion in Opposition to State Defendants' Opposition to Plaintiff's Motion to Add Lieutenant Paul Harvey as a Defendant* was filed via CM/EMF on January 23, 2008 to the following:

| | |
|---|---|
| Stephani J. Ballard<br>Department of Justice<br>Carvel State Office Building<br>820 N French St<br>Wilmington, DE 19801 | Daniel L. McKenty<br>Heckler & Frabizzio<br>800 Delaware Avenue, Suite 200<br>P.O. Box 128<br>Wilmington, DE 19899-0128 |

**MARTIN & WILSON, P.A.**

*/s/ Jeffrey K. Martin*

**JEFFREY K. MARTIN, ESQUIRE**
**TIMOTHY J. WILSON, ESQUIRE**
DE State Bar I.D. No.: 2407
DE State Bar I.D. No.: 4323
1508 Pennsylvania Avenue
Wilmington, DE 19806
(302) 777-4681
jmartin@martinandwilson.com
*Attorneys for Plaintiff*

**LAW OFFICES OF HERBERT G. FEUERHAKE**

*/s/ Herbert G. Feuerhake* For

**HERBERT G. FEUERHAKE, ESQUIRE**
DE State Bar I.D. No.: 2590
521 West St
Wilmington, DE 19801
(302) 658-6101
herblaw@verizonmail.com
*Attorney for Plaintiff*

DATED:    January 23, 2008