IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY WARD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STANLEY TAYLOR; PAUL HOWARD; )<br>THOMAS CARROLL; JOHN SALAS; )<br>JESSICA DAVIS-BARTON; CERTAIN )<br>UNKNOWN INDIVIDUAL EMPLOYEES OF )<br>THE STATE OF DELAWARE DEPARTMENT )<br>OF CORRECTION; and STATE OF DELAWARE )<br>DEPARTMENT OF CORRECTION, )<br>)<br>Defendants. )<br>v. )<br>)<br>FIRST CORRECTIONAL MEDICAL )<br>DELAWARE, LLC )<br>)<br>Third-Party Defendant. ) | C.A. No. 04-1391 ***<br><br>JURY TRIAL DEMANDED |

## NOTICE OF MOTION

I, Jeffrey K. Martin, do hereby certify that on this 23rd day of January, 2008, a true and correct copy of the attached Plaintiff's Reply Memorandum in Support of the Motion to Amend the Complaint to Add Lieutenant Paul Harvey as a Defendant, in Response to State Defendants' Opposition to Said Motion to Amend was filed via CM/ECF and copied to:

| | |
|---|---|
| Stephani J. Ballard<br>Department of Justice<br>Carvel State Office Building<br>820 N French St<br>Wilmington, DE 19801 | Daniel L. McKenty<br>Heckler & Frabizzio<br>800 Delaware Avenue, Suite 200<br>P.O. Box 128<br>Wilmington, DE 19899-0128 |

| | |
|---|---|
| **MARTIN & WILSON, P.A.** | **LAW OFFICES OF**<br>**HERBERT G. FEUERHAKE** |
| */s/ Jeffrey K. Martin* | */s/ Herbert G. Feuerhake* (For) |
| **JEFFREY K. MARTIN, ESQUIRE**<br>**TIMOTHY J. WILSON, ESQUIRE**<br>DE State Bar I.D. No.: 2407<br>DE State Bar I.D. No.: 4323<br>1508 Pennsylvania Avenue<br>Wilmington, DE 19806<br>(302) 777-4681<br>jmartin@martinandwilson.com<br>*Attorneys for Plaintiff* | **HERBERT G. FEUERHAKE, ESQUIRE**<br>DE State Bar I.D. No.: 2590<br>521 West St<br>Wilmington, DE 19801<br>(302) 658-6101<br>herblaw@verizonmail.com<br>*Attorney for Plaintiff* |

DATED:    January 23, 2007