IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY WARD,<br><br>    Plaintiff,<br><br>v.<br><br>STANLEY TAYLOR; PAUL HOWARD;<br>THOMAS CARROLL; JOHN SALAS;<br>JESSICA DAVIS-BARTON; CERTAIN<br>UNKNOWN INDIVIDUAL EMPLOYEES OF<br>THE STATE OF DELAWARE DEPARTMENT<br>OF CORRECTION; and STATE OF DELAWARE<br>DEPARTMENT OF CORRECTION,<br><br>    Defendants.<br>v.<br><br>FIRST CORRECTIONAL MEDICAL<br>DELAWARE, LLC<br><br>    Third-Party Defendant. | C.A. No. 04-1391 ***<br><br>JURY TRIAL DEMANDED |

## ORDER

Upon consideration of the Plaintiff's Motion to Amend the Complaint to Add Lieutenant Paul Harvey as a Defendant and State Defendants' Opposition to Said Motion to Amend thereto, this _____ day of _____, 2008, it is hereby,

ORDERED, that State Defendants' Motion for Summary Judgment is DENIED.

_____
J.