**EXHIBIT C**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY WARD, | ) |
|       Plaintiff, | ) |
| v. | ) |
| STANLEY TAYLOR, et al., | ) C.A. No. 04-1391-KAJ |
|       Defendants and Third-Party Plaintiffs, | ) |
| v. | ) |
| FIRST CORRECTIONAL MEDICAL DELAWARE, LLC, | ) |
|       Third-Party Defendant | ) |

## DEFENDANTS'/THIRD PARTY PLAINTIFFS' RULE 26(a)(1) INITIAL DISCLOSURES

Defendants/Third Party Plaintiffs (hereinafter "Defendants") disclose the following information in accordance with Rule 26(a)(1) of the Federal Rules of Civil Procedure. These disclosures are based on information reasonably available to Defendants as of this date. Continuing investigation and discovery may alter these disclosures. Defendants reserve the right to supplement the information disclosed below if additional information becomes available.

By making these disclosures, Defendants do not represent that they are identifying every document, tangible thing, or witness possibly relevant to this claim. Nor do Defendants waive their right to object to the production of any document or tangible thing disclosed on the basis of any privilege, the work-product doctrine, relevancy, undue

B - 000005

burden or any other valid objection. Defendants disclosures represent a good faith effort to identify information they reasonably believe is required by Rule 26(a)(1).

Defendants' disclosures are made without waiver of: 1) the right to object on the grounds of competency, privilege, relevancy and materiality, hearsay or other proper ground, 2) the right to object to the use of any such information, for any purpose, in whole or in part, in this or any other action; and 3) the right to object on any and all proper grounds, at any time, to any other discovery request or proceeding involving or relating to the subject matter of these disclosures.

All of the disclosures set forth below are made subject to the above objections and qualifications.

Pursuant to Fed. R. Civ. P. 26(a), the Defendants make the following initial disclosures:

**1. The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

<u>RESPONSE</u>:

1. Plaintiff, Timothy Ward, (Inmate SBI # 00501898);

2. Defendants, Stanley Taylor, Paul Howard, Thomas Carroll, John Salas, Jessica Davis-Barton: all are employees/officials of Department of Correction.

3. Medical Personnel employed by Third Party Defendant, First Correctional Medical Delaware, LLC, including but not limited to Dr. Sitta Alie and Terry Hastings, RN.

4. Inmate, Robert L. Johnson, SBI #00366476.

5. Dr. Norman Lippman.

6. Dr. Rodolfo J. Rios.

7. Joseph Belanger, Shift Commander, DCC.

8. Aladino Rodriguez, Jr., Correctional Officer, DCC.

9. Keith Lovett, former Correctional Officer, DCC.

10. Veronica (Drummond) Sabb, Correctional Officer, DCC.

In addition, Defendants reserve the right, pursuant to Rule 26(e) to supplement this list and identify additional witnesses. Defendants further reserve the right to identify and call any witnesses listed by other parties to this case.

**2. A copy of, or description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

RESPONSE: [1]

1. Medical file(s) and reports pertaining to Plaintiff, Inmate Timothy Ward, DOB 8/18/62.

2. Department of Correction Institutional file and sentencing information for Plaintiff, Inmate Timothy Ward, DOB 8/18/62, SBI # 00501898.

3. "Incident Reports" re: 7/10/04 assault involving Plaintiff Ward and Inmate Robert Johnson.

4. Various letters, dated 8/4/04 – 8/31/04 from Ward family re: Timothy Ward's condition.

**3. A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or**

---

[1] Copies of all responsive non-privileged records currently in counsel's possession will be supplied upon execution of a pre-trial confidentiality agreement (pertaining to those records deemed confidential) among the parties.

other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

RESPONSE: Defendants/Third-party plaintiffs maintain that Third-party defendant, First Correctional Medical-Delaware, LLC, is liable for indemnification of Third-party plaintiffs to the full extent that any damages are assessed against and/or payable by Third-party plaintiffs in this matter. Such damages are not susceptible of determination at this time. Defendants/third-party plaintiffs reserve the right to supplement this response as appropriate during the course of discovery.

4. For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

RESPONSE: None.

                                  STATE OF DELAWARE
                                  DEPARTMENT OF JUSTICE

                                /s/ Stephani J. Ballard
                                STEPHANI J. BALLARD (#3481)
                                Deputy Attorney General
                                Carvel State Office Building
                                820 N. French Street, 6th floor
                                Wilmington, DE 19801
                                (302) 577-8400
                                Attorney for Defendants/
DATED: August 7, 2006             Third-party Plaintiffs.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TIMOTHY WARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STANLEY TAYLOR, et al., | ) | C.A. No. 04-1391-KAJ |
| | ) | |
| Defendants and | ) | |
| Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL DELAWARE, LLC, | ) | |
| | ) | |
| Third-Party Defendant | ) | |

## NOTICE OF SERVICE

The undersigned certifies that on August 7, 2006, she caused the attached **DEFENDANTS'/THIRD PARTY PLAINTIFFS' RULE 26(a)(1) INITIAL DISCLOSURES** to be delivered to the following persons via electronic mail:

**NAME AND ADDRESS OF RECIPIENT(S):**

Jeffrey K. Martin, Esquire
Margolis Edelstein
1509 Gilpin Ave.
Wilmington, DE 19806

Dana Spring Monzo, Esquire
McCullough & McKenty
1225 N. King St., Ste. 1100
P.O. Box 397
Wilmington, DE 19899-0397

B - 000009

Herbert G. Feuerhake, Esq.
521 West St.
Wilmington, DE 19801

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

 /s/ Stephani J. Ballard
Stephani J. Ballard, I.D. #3481
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendants and Third-party Plaintiffs