**EXHIBIT D**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RECEIVED

AUG 0 8 2007

| | |
|---|---|
| TIMOTHY WARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| STANLEY TAYLOR, et al., ) | C.A. No. 04-1391-KAJ |
| ) | |
| Defendants and ) | |
| Third-Party Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| FIRST CORRECTIONAL MEDICAL ) | |
| DELAWARE, LLC, ) | |
| ) | |
| Third-Party Defendant ) | |

### DEFENDANTS'/THIRD PARTY PLAINTIFFS' SUPPLEMENTATION OF INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(e)

Pursuant to Fed. R. Civ. P. 26(e), the Defendants/Third Party Plaintiffs make the following supplementary disclosures:

1. The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

**RESPONSE:**

11. Joseph Richardson, Institutional Investigator, DCC

12. Michael McCreanor, Shift Commander, DCC

13. David Holman, Security Superintendent, DCC

14. Nicole (McEnaney) Sroka, Correctional Officer, DCC

15. Paul Harvey, Correctional Officer, DCC

B - 000011

In addition, Defendants reserve the right, pursuant to Rule 26(e) to supplement this list and identify additional witnesses. Defendants further reserve the right to identify and call any witnesses listed by other parties to this case.

**2. A copy of, or description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

RESPONSE:

To date Defendants/Third Party Plaintiffs have produced documents Bates numbered D00001 – D00631 as well as medical records from the following medical providers who have evaluated or treated plaintiff: Dr. Cahoon, Dr. Fucci, Dr. Howard, Dr. Larned and Dr. Lippman.

                                                 **STATE OF DELAWARE**
                                                 **DEPARTMENT OF JUSTICE**

                                                  /s/ Stephani J. Ballard
                                               STEPHANI J. BALLARD (#3481)
                                               Deputy Attorney General
                                               Carvel State Office Building
                                               820 N. French Street, 6th floor
                                               Wilmington, DE 19801
                                               (302) 577-8400
                                               Attorney for Defendants/
DATED: August 7, 2007                       Third-party Plaintiffs.