**EXHIBIT F**

Case 1:04-cv-01391-JJF   Document 96-7   Filed 01/23/2008   Page 2 of 2

Ward v. Taylor, et al.
Keith F. Lovett

**Page 66**

1    MS. BALLARD: Objection to the form.
2    A. As far as you made the statement that Tim
3    considers me a friend, I'm not a friend to any inmate.
4         What happened that day was wrong. It
5    could have been prevented. After that incident
6    happened, I went to Lieutenant Harvey, told Lieutenant
7    Harvey "This guy's got some problems. This dude's got
8    some major fucking problems. He's going to bust
9    loose. Something is going to go down."
10   Q. Excuse me. But tell me, when did you see
11   Lieutenant Harvey? Right after this happened?
12   A. Right after. When the inmates were brought
13   back to the building, I went to Lieutenant Harvey and
14   said, "Lieutenant Harvey, this dude's a problem. This
15   dude is going to go crazy. I don't want to be around
16   when it happens." I said, "You better do something,"
17   in which case C/O Dunn took Robert Johnson over to the
18   infirmary. The infirmary said there was nothing wrong
19   with him; he was fine. He went back to the building
20   and then did what he did.
21        And I don't know if you guys have that on
22   record, if you even knew that that had happened, but
23   that was something that I really had planned to keep
24   to myself, but being that I'm here I don't want to

**Page 67**

1    come off that I'm hiding anything or anything. And as
2    much as I don't support inmates suing anybody and I
3    can't stand fucking inmates, to be honest with you,
4    I'm not going to sit here and bullshit through this
5    thing. I'm going to tell you the truth. I'm going to
6    tell you exactly what happened no matter who stands to
7    gain the most out of this situation.
8         That situation could have been prevented
9    and I'm just going on record as saying that. No
10   matter what happens here, I want to be honest and I
11   want to be truthful to the whole situation and that's
12   it because I've been struggling with that situation
13   for a while.
14   Q. Well, we all appreciate your candor. We know
15   it's a difficult situation for you to keep inside and
16   appreciate that you can put it out on the table for
17   us.
18        Let me ask some follow-up questions, if I
19   may.
20   A. Okay.
21   Q. What was Harvey's first name?
22   A. Lieutenant.
23   Q. Male or female?
24   A. Male.

**Page 68**

1    Q. Did he have a first name other than lieutenant?
2    A. I don't know.
3    Q. What was Harvey's response to your great
4    concern that you expressed to him immediately after
5    this happened?
6    A. He kind of blew it off.
7    Q. Did he acknowledge that he knew anything about
8    Robert Johnson?
9    A. Yes. He probably, he probably had said
10   something to the fact that he was just, he was just
11   talking shit and he was, you know, just, just, just
12   another crazy inmate.
13   Q. How long did you talk with Lieutenant Harvey?
14   A. Just for a couple of minutes. The lieutenant
15   would be out on the boulevard at the boulevard gate.
16        I distinctly remember going back and going
17   back after the inmates were secured in the building
18   and told Harvey what had happened. I was more alarmed
19   at the fact that Robert Johnson was kind of glassy
20   eyed and he kind of was real shitty looking when the
21   incident had taken place in the chow hall. And I
22   didn't feel uncomfortable or anything with him in the
23   chow hall. I did feel like, you know, he could have
24   incited other inmates to misbehave, but fortunately

**Page 69**

1    the situation went very smoothly after that. I think
2    that the other inmates kind of laughed at him and the
3    fact that he was misbehaving and acting the way that
4    he was. I think that I showed great restraint in
5    dealing with what he was doing in the chow hall, but
6    his glassy-eyed look and his look of craziness really
7    brought me to want to contact Lieutenant Harvey on the
8    situation.
9         I kind of felt like sometimes people don't
10   want to do things, don't want to write incident
11   reports, people don't want to aggressively deal with
12   situations as they happen in the form of paperwork,
13   removing an inmate or whatever. And I felt like it
14   was important that I went to Harvey and let him know
15   that this guy was definitely going to be a problem and
16   somebody needed to do something.
17   Q. I have a few more questions, but I'm just going
18   to take a moment, if I can. If you need to use the
19   bathroom or get some water, I'll be back in a moment.
20   Okay?
21   A. Okay.
22        (A brief recess was taken.)
23   BY MR. MARTIN:
24   Q. Going back to what Johnson said to you in chow