IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY WARD,<br><br>  Plaintiff,<br><br>v.<br><br>STANLEY TAYLOR; PAUL HOWARD;<br>THOMAS CARROLL; JOHN SALAS;<br>JESSICA DAVIS-BARTON; CERTAIN<br>UNKNOWN INDIVIDUAL EMPLOYEES OF<br>THE STATE OF DELAWARE DEPARTMENT<br>OF CORRECTION; and STATE OF DELAWARE<br>DEPARTMENT OF CORRECTION,<br><br>  Defendants.<br>v.<br><br>FIRST CORRECTIONAL MEDICAL<br>DELAWARE, LLC<br><br>  Third-Party Defendant. | C.A. No. 04-1391 ***<br><br>JURY TRIAL DEMANDED |

### PLAINTIFF'S MOTION IN OPPOSITION TO STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff, through his undersigned counsel, respectfully opposes Defendants' Motion for Summary Judgment in the above-captioned case. The grounds for his opposition are set forth in Plaintiff's Answering Brief in Opposition to Defendants' Motion for Summary Judgment, which is filed separately.

| | |
|---|---|
| MARTIN & WILSON, P.A. | LAW OFFICES OF<br>HERBERT G. FEUERHAKE |
| *signature* | *signature* For |
| **JEFFREY K. MARTIN, ESQUIRE**<br>**TIMOTHY J. WILSON, ESQUIRE**<br>DE State Bar I.D. No.: 2407<br>DE State Bar I.D. No.: 4323<br>1508 Pennsylvania Avenue<br>Wilmington, DE 19806<br>(302) 777-4681<br>jmartin@martinandwilson.com<br>*Attorneys for Plaintiff* | **HERBERT G. FEUERHAKE, ESQUIRE**<br>DE State Bar I.D. No.: 2590<br>521 West St<br>Wilmington, DE 19801<br>(302) 658-6101<br>herblaw@verizonmail.com<br>*Attorney for Plaintiff* |

DATED:   January 23, 2008

## CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, the undersigned counsel for Plaintiff in the above-captioned case, hereby certify that the foregoing *Plaintiff's Motion in Response to State Defendants' Motion for Summary Judgment* was filed via CM/EMF on January 23, 2008 to the following:

| | |
|---|---|
| Stephani J. Ballard<br>Department of Justice<br>Carvel State Office Building<br>820 N French St<br>Wilmington, DE 19801 | Daniel L. McKenty<br>Heckler & Frabizzio<br>800 Delaware Avenue, Suite 200<br>P.O. Box 128<br>Wilmington, DE 19899-0128 |

**MARTIN & WILSON, P.A.**

_____
JEFFREY K. MARTIN, ESQUIRE
TIMOTHY J. WILSON, ESQUIRE
DE State Bar I.D. No.: 2407
DE State Bar I.D. No.: 4323
1508 Pennsylvania Avenue
Wilmington, DE 19806
(302) 777-4681
jmartin@martinandwilson.com
*Attorneys for Plaintiff*

**LAW OFFICES OF HERBERT G. FEUERHAKE**

_____ For
HERBERT G. FEUERHAKE, ESQUIRE
DE State Bar I.D. No.: 2590
521 West St
Wilmington, DE 19801
(302) 658-6101
herblaw@verizonmail.com
*Attorney for Plaintiff*

DATED:     January 23, 2008