IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TIMOTHY WARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1391 *** |
| | ) | |
| STANLEY TAYLOR; PAUL HOWARD; THOMAS CARROLL; JOHN SALAS; JESSICA DAVIS-BARTON; CERTAIN UNKNOWN INDIVIDUAL EMPLOYEES OF THE STATE OF DELAWARE DEPARTMENT OF CORRECTION; and STATE OF DELAWARE DEPARTMENT OF CORRECTION, | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |
| v. | ) | |
| FIRST CORRECTIONAL MEDICAL DELAWARE, LLC | ) | |
| Third-Party Defendant. | ) | |

## NOTICE OF MOTION

I, Jeffrey K. Martin, do hereby certify that on this 23rd day of January, 2008, a true and correct copy of the attached Plaintiff's Opposition to State Defendants' Motion for Summary Judgment was filed via CM/ECF and copied to:

Stephani J. Ballard
Department of Justice
Carvel State Office Building
820 N French St
Wilmington, DE 19801

Daniel L. McKenty
Heckler & Frabizzio
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128

| MARTIN & WILSON, P.A. | LAW OFFICES OF HERBERT G. FEUERHAKE |
|---|---|
| /s/ Jeffrey K. Martin | /s/ Herbert G. Feuerhake (for) |
| JEFFREY K. MARTIN, ESQUIRE  TIMOTHY J. WILSON, ESQUIRE  DE State Bar I.D. No.: 2407  DE State Bar I.D. No.: 4323  1508 Pennsylvania Avenue  Wilmington, DE 19806  (302) 777-4681  jmartin@martinandwilson.com  *Attorneys for Plaintiff* | HERBERT G. FEUERHAKE, ESQUIRE  DE State Bar I.D. No.: 2590  521 West St  Wilmington, DE 19801  (302) 658-6101  herblaw@verizonmail.com  *Attorney for Plaintiff* |

DATED:     January 23, 2007