IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY WARD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STANLEY TAYLOR; PAUL HOWARD; )<br>THOMAS CARROLL; JOHN SALAS; )<br>JESSICA DAVIS-BARTON; CERTAIN )<br>UNKNOWN INDIVIDUAL EMPLOYEES OF )<br>THE STATE OF DELAWARE DEPARTMENT )<br>OF CORRECTION; and STATE OF DELAWARE )<br>DEPARTMENT OF CORRECTION, )<br>)<br>Defendants. )<br>v. )<br>)<br>FIRST CORRECTIONAL MEDICAL )<br>DELAWARE, LLC )<br>)<br>Third-Party Defendant. ) | C.A. No. 04-1391 ***<br><br>JURY TRIAL DEMANDED |

### ORDER

Upon consideration of the State Defendants' Motion for Summary Judgment and Plaintiffs' Opposition thereto, this _____ day of _____, 2008, it is hereby,

ORDERED, that State Defendants' Motion for Summary Judgment is DENIED.

_____
J.