IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Timothy Ward, | : |
|     Plaintiff, | : |
| v. | : Civil Action No. 04-1391-JJF |
| Stanley Taylor, et al., | : |
|     Defendants. | : |

**O R D E R**

At Wilmington this 28th day of February, 2008, having reviewed the pending motion to withdraw as counsel for defendant, First Correctional Medical, LLC ("FCM"), and there being no opposition filed thereto;

IT IS ORDERED that said motion (D.I. 99) is **GRANTED**.

IT IS FURTHER ORDERED that, **on or before April 28, 2008**, defendant FCM shall retain new counsel, as a corporation cannot represent itself. See Simbraw, Inc. v. United States, 367 F.2d 373 (C.A. PA 1966). Failure of FCM to timely comply with this order shall be considered a failure to defend and the court shall conduct a hearing on **May 21, 2008 at 1:15 p.m.** in Courtroom 4B, to determine whether judgment (and in what amount) shall be entered against FCM.

/s/ Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE