# EXHIBIT

# A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY WARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| STANLEY TAYLOR, et al., ) | C.A. No. 04-1391-(***) |
| ) | |
| Defendants and ) | |
| Third-Party Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| FIRST CORRECTIONAL MEDICAL ) | |
| DELAWARE, LLC, ) | |
| ) | |
| Third-Party Defendant ) | |

### STATE DEFENDANTS' RESPONSES TO PLAINTIFF TIMOTHY WARD'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANTS

Pursuant to F.R.C.P. 34, State Defendants respond to Plaintiff's First Request for Production of Documents as follows. Documents with Bates numbers D00428 – D00508 are produced as part of these Responses. In addition to documents identified below, responsive documents have been previously produced by State Defendants (Bates numbers D0001 – D00427) as part of their Initial Disclosures and supplements thereto.

### DOCUMENTS TO BE PRODUCED

1. Copies of any and all photographs, videotapes, motion pictures, sketches, diagrams, plans, or other drawings taken or prepared by you or on your behalf or in your possession or available to you concerning any aspect of this litigation.

A 171-176

**ANSWER:**

Eight color copies of photographs of Timothy Ward, taken on or about July 10, 2004. (Bates # D00428-429).

2.  Copies of all written or recorded statements or summaries or resumes of interviews taken of any person with respect to any issue in this litigation, including, but not limited to, Plaintiff and/or the named Defendants in this action.

**ANSWER:**

Objection, this Request is overbroad and calls for the production of attorney-client privileged and work product materials. Notwithstanding said objection, see Investigative Report and file of DCC Internal Investigator, Joe Richardson (Bates # D00440-508).

See also records/notes of Defendant, Jessica Davis Barton (Bates # D00431-438).

See also anonymous email given (in paper form) to Lt. Salas by Keith Lovett, believed to be authored by Keith Lovett (Bates # D00431-431A).

See also Incident Reports, previously produced.

3.  Copies of any and all report[s] of investigation, finding[s] of fact or result[s] of inspection, observation[s] of fact or circumstances, or any other matter relating to any aspect of this litigation.

**ANSWER:**

See Investigative Report and notes of DCC Internal Investigator, Joe Richardson (Bates # D D00440-508). See also Incident Reports, previously produced.

4.  Any report[s] by any person qualifying as an expert containing opinions and/or facts upon which such opinions are based, concerning any aspect of this litigation.

**ANSWER:**

To be supplied at a later date.

5. Copies of any and all document[s], writing[s], or other item[s] identified or referred to in your Answers to Interrogatories propounded by the Plaintiff which do not fall within the above request.

**ANSWER:**

*See* Bates # D00498 – D000508.

6. Copies of any and all other document[s] or things in your possession or available to you in addition to those items specified in the foregoing requests which are or may be relevant to any issue in this litigation, including, but not limited to, issues of causation, liability and/or damage.

**ANSWER:**

Objection. This request is vague, overbroad and seeks production of documents which would reveal attorney mental impressions and work product. Notwithstanding said objection, all documents known to Defendants to date, which are responsive to discovery requests and/or subject to production under Rule 26(a) have been produced. Defendants reserve their right to supplement discovery if additional responsive documents become available.

7. Copies of any and all other document[s] or things in your possession or available to you in addition to those items specified in the foregoing requests which you intend to rely upon at the trial of this matter.

**ANSWER:**

Objection. This request is vague, overbroad and seeks production of documents which would reveal attorney mental impressions and work product. See response to Request #6 above.

8. Copies of all written procedures and protocol in effect on July 10, 2004, including orders, regarding the supervision by correctional offices of the recreational yard where Plaintiff was assaulted by Inmate Johnson.

**ANSWER:**

None. *See* Response to Plaintiff's Interrogatory #3 to State Defendants.

9. Copies of all incident reports regarding Plaintiff's assault by Inmate Johnson to include any disciplinary charges for any of the correctional officers involved in this matter.

**ANSWER:**

All incident reports have been produced with Defendants' Initial Disclosures. An investigation of the July 10, 2004 incident was conducted by DCC Internal Affairs. No disciplinary charges were brought against any correctional officers. See investigative report/notes of Joe Richardson.

10. Copies of any and all sick call slips submitted by Plaintiff during his entire DOC incarceration.

**ANSWER:**

All responsive documents in defense counsel's possession have been produced. Additional responsive documents which may have been created since the last records request (April 2006) have been requested and will be supplied upon receipt.

11. Copies of all DCC records involving Plaintiff, including any and all behavior observations, following his assault by Inmate Johnson.

**ANSWER:**

All responsive documents in defense counsel's possession have been produced. Additional responsive documents which may have been created since the last records request (April 2006) have been requested and will be supplied upon receipt.

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

*/s/ Stephani J. Ballard*
STEPHANI J. BALLARD (#3481)
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendants/
Third-party Plaintiffs

DATED: February 28, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY WARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| STANLEY TAYLOR, et al., ) | C.A. No. 04-1391-(***) |
| ) | |
| Defendants and ) | |
| Third-Party Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| FIRST CORRECTIONAL MEDICAL ) | |
| DELAWARE, LLC, ) | |
| ) | |
| Third-Party Defendant ) | |

## NOTICE OF SERVICE

I hereby certify that on February 28, 2007, a true and correct copy of the *State Defendants' Response to Plaintiff Timothy Ward's First Request for Production of Documents Directed to Defendants* was served upon the following counsel of record via U.S. Mail.

Jeffrey K. Martin, Esquire
Margolis Edelstein
1509 Gilpin Ave.
Wilmington, DE 19806

Dana Spring Monzo, Esquire
McCullough & McKenty
1225 N. King St., Ste. 1100
P.O. Box 397
Wilmington, DE 19899-0397

Herbert G. Feuerhake, Esq.
521 West St.
Wilmington, DE 19801

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Stephani J. Ballard
Stephani J. Ballard, I.D. #3481
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendants and Third-party Plaintiffs