# EXHIBIT

# B

## YAHOO! MAIL

From: ███████████████
Date: Fri, 3 Sep 2004 05:24:00 GMT
To: ███████████
Subject: diary

produced
2-28-07

These are the events leading up to the assault on Tim ward as I remember them. I have been advised to write a diary of the incidents that took place, and led up to the incident. I have spoken to Capt Macranor who can support my location/area at the time of the incident.

On the date of this incident I was assigned to Unit #28. I worked the morning and supervised the running of a.m. yard. During that time I was in and out of the yard, locked and unlocked the yard for staff and inmates and also conducted area checks in T-1 and T-2. After yard was over, all t-1/t-2 inmates were returned to their housing units, JVT was notified at that time t-yard was clear and inmates were secured.

Soon after chow begun. When it was the T's turn to go to chow Lt Harvey asked that I unit #28 accompany the T's to the chow hall and assist in running the T's lunch session. I then walked with the T's to the chow hall. At that time I entered the chow hall I observed Sgt Thomas in with me. Soon after I observed i/m Robert Johnson talking in the chow hall. At that time i/m Johnson was advised that there was no talking in the chow hall and if he continued he would receive a write up. Soon after i/m Johnson continued talking and was observed talking in a loud manor to himself. I observed i/m Johnson looking in my direction saying, "you white motherfuckers", "you mother fuckers are going to get it". I again informed i/m Johnson that there was no talking in the chow hall. At that time I/m Johnson became louder and more direct in his words, i/m Johnson directed his words to me and was oberserved yelling, "Big white boy, you going to suck my big black dick, yeah... you are going to suck my dick with honey". also "I am going to fuck you in your ass with my big black dick, your going to like it". At that time I went to Sgt Thomas, and asked if i/m Johnson was going to be removed from he chow hall, Sgt Thomas said no, it was ok because he did not get up from his seat, and that he was not a threat to us. At that time i/m Johnson began to bang on his table with both hands, and continued yelling obscenities. At that time many inmates were up out of their seats running to other tables and laughing. The chow hall was very loud. Soon after the T's were released back to their buildings. I again asked Sgt Thomas about the situation and he advised me again that he was not a threat!!!.

At that time the T's were secured in their buildings and JVT was notified. At that time I went over to sp20/sp21 where Lt Harvey was running chow, I then asked to speak to him and he agreed. I then notified him of the incident that just took place. I told him I was not a snitch and was not concerned about the Sgt in the chow hall but more about inmate Robert Johnson, and that he seemed like he wasn't thinking straight. At that time he notified me that he was familiar with that inmate and that he had a past incident with him. He also notified me that he was the guy who jumped out the window in W building, he also told me he was assaulted by the same inmate in the infirmary. I at that time asked Lt Harvey did he want me to write a report on the chow hall incident, he stated that he knew the inmates history and that I should hold back a while

D00431

※ NOTE: REDACTIONS APPEAR IN ORIGINAL DOCUMENT ※


and he would go see him after chow.

When chow was over, Lt Harvey came to T-1, then called unit 25/26 to help escort Robert Johnson to the infirmary. Within 10 mins Robert Johnson was returned to T-1, I then asked Lt Harvey if everything was ok, he stated that there were no mental health staff on duty, so he was seen by a nurse who then informed Lt Harvey that he would be seen by mental health on Monday.

At that time I went to T-2 to eat my lunch, and wait for code green and afternoon yard to begin. After getting a code green and yard beginning I went out to the yard and patrolled the yard area. I also operated the T-3 gates letting staff and inmate workers in and out of the area. At approximately 1430 hours I returned to T-2 and signed in on the area check/sign in board. Approximately 5 mins later, unit #29 C/O Drummond came over the radio yelling there was a code in T-yard. I then left T-2 in response and found I/m Tim Ward sitting on the picnic table with his head down. He was observed dripping blood from his face, at that time I ran back to T-2 and secured the first aid kit. I returned to the T-yard put on my rubber gloves and opened the kit. I removed the contents and began opening bandages and handing them to the officers who had arrived on the scene. I/m Tim Ward was observed conscious, but in a dazed and confused state. At that time medical arrived and transported i/m Ward to the infirmary. During this time other units that arrived help secure all T inmates in their buildings.

On or about August 27 at approximately 1400 hours I was contacted by phone at ext #2357 by a lawyer representing Tim Ward, I advised him that I could not talk to him per policy and that I needed to talk to someone at the prison before I talked to him. He thanked me for my time and stated if he didn't hear from me that he would know that I was not allowed to talk to him. After hanging up the phone I notified Staff Lt Reynolds that I received a call, at that time he directed me to call Mike Little. After talking to Mike Little he said that if I was called again to refer all questions to the State Attorney Generals office in Wilmington.

These are all accounts of the incidents and following incidents as I remember them to the best of my ability.

---

Get your name as your email address.
Includes spam protection, 1GB storage, no ads and more
Only $1.99/ month - visit http://www.mysite.com/name today!