## CERTIFICATE OF SERVICE

I, Jeffrey K. Martin, the undersigned counsel for Plaintiff in the above-captioned case, hereby certify that the foregoing *Amended Complaint* was filed via CM/EMF on June 10, 2008 to the following:

Stephani J. Ballard, Esquire
Department of Justice
Carvel State Office Building
820 N French Street
Wilmington, DE 19801

Daniel L. McKenty, Esquire
Heckler & Frabizzio
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128

/s/ *Jeffrey K. Martin*
JEFFREY K. MARTIN
DE Bar I.D. No.: 2407
Martin and Wilson, P.A.
1508 Pennsylvania Ave
Wilmington, DE 19806
(302) 777-4681
jmartin@martinandwilson.com
*Attorneys for Plaintiff*

/s/ *Herbert G. Feuerhake*
HERBERT G. FEUERHAKE
E Bar I.D. No.: 2590
Herbert G. Feuerhake
521 West St
Wilmington, DE 19801
(302) 658-6101
herblaw@verizonmail.com
*Attorneys for Plaintiff*

DATED: June 10, 2008

1