**CERTIFICATE OF SERVICE**

I, Jeffrey K. Martin, the undersigned counsel for Plaintiff in the above-captioned case, hereby certify that the foregoing *Plaintiff's Response In Opposition To Defendants' Motion For Reargument Of This Court's Order And Opinion Of May 19, 2008* was filed via CM/EMF on June 17, 2008 to the following:

Stephani J. Ballard
Department of Justice
Carvel State Office Building
820 N French St
Wilmington, DE 19801

| | |
|---|---|
| **MARTIN & WILSON, P.A.** | **LAW OFFICES OF HERBERT G. FEUERHAKE** |
| /s/ Jeffrey K. Martin | /s/ Herbert G. Feuerhake |
| JEFFREY K. MARTIN, ESQUIRE | HERBERT G. FEUERHAKE, ESQUIRE |
| TIMOTHY J. WILSON, ESQUIRE | DE State Bar I.D. No.: 2590 |
| DE State Bar I.D. No.: 2407 | 521 West St |
| DE State Bar I.D. No.: 4323 | Wilmington, DE 19801 |
| 1508 Pennsylvania Avenue | (302) 658-6101 |
| Wilmington, DE 19806 | herblaw@verizonmail.com |
| (302) 777-4681 | *Attorney for Plaintiff* |
| jmartin@martinandwilson.com | |
| *Attorneys for Plaintiff* | |

DATED:   June 17, 2008

8