IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY WARD, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 04-1391 JJF |
| | : |
| STANLEY TAYLOR, et al., | : JURY TRIAL DEMANDED |
| | : |
| Defendants, | : |
| | : |
| FIRST CORRECTIONAL MEDICAL DELAWARE, LLC, | : |
| | : |
| Third-Party Defendant. | : |

### ORDER

At Wilmington, this 29 day of July 2008, for the reasons discussed in the Memorandum Opinion issued this date;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment (D.I. 88) is **GRANTED**.

_____
UNITED STATES DISTRICT JUDGE