IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY WARD, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 04-1391 JJF |
| | : |
| STANLEY TAYLOR, et al., | : JURY TRIAL DEMANDED |
| | : |
| Defendants, | : |
| | : |
| FIRST CORRECTIONAL MEDICAL DELAWARE, LLC, | : |
| | : |
| Third-Party Defendant. | : |

### FINAL JUDGMENT ORDER

For the reasons set forth in the Court's Memorandum Opinion and Order attached hereto;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendants and against Plaintiff on all of Plaintiff's claims.

*[signature]*
UNITED STATES DISTRICT JUDGE

Dated: July 29, 2008

*[signature]*
(By) Deputy Clerk