# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY WARD, | ) |
|     Plaintiff, | ) |
| v. | ) |
| STANLEY TAYLOR, et. al., | ) C. A. No. 04-1391 *** |
|     Defendants/Third Party Plaintiffs, | ) |
| v. | ) |
| FIRST CORRECTIONAL MEDICAL DELAWARE, LLC, | ) |
|     Third-Party Defendant. | ) |

### Affidavit of Lieutenant Paul Harvey

1. I have been employed by the State of Delaware Department of Correction since December, 1993. I currently hold the position of Correctional Lieutenant at the Delaware Correctional Center (DCC), and have held this position since approximately October 1, 2000. I left the employment of the Department of Correction for a one year period of approximately Oct. 1, 2004 until August 21, 2005, to work as a police officer for the City of Milford. I was rehired by DOC on approximately August 21, 2005.

2. I recall an incident which occurred on July 10, 2004, in which an inmate, who I am told was Timothy Ward, was assaulted by another inmate. I had no personal knowledge of the incident itself, but I did take pictures of Mr. Ward's injuries after the assault when he was in the infirmary.

3. I did not find out that Timothy Ward had filed a lawsuit until May of 2007, when an attorney from the Department of Justice met with me to discuss my recollection of the

matter. I was told that I was just a possible witness, not a defendant, in the matter. I have never read Mr. Ward's lawsuit and am not aware of who all of the defendants are.

4. I had no reason, at any time, to believe that I would ever be named as a defendant in this lawsuit. I do not know why Mr. Ward would want to name me as a defendant at this time.

BE IT REMEMBERED that on this ___18___ day of __December__, 2007, personally appeared before me, the Subscriber, a Notary Public for the State and County aforesaid, **PAUL HARVEY**, who, being by me duly sworn according to law did depose and say that the foregoing statement is correct to the best of his knowledge, information and belief.

PAUL HARVEY

SWORN TO AND SUBSCRIBED before me on this 18 day of December, 2007.

Notary Public