IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TIMOTHY WARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STANLEY TAYLOR, et al., | ) | C. A. No. 04-1391 KAJ |
| | ) | |
| Defendants, | ) | |

## SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Deputy Attorney General Judy Oken Hodas hereby enters her appearance on behalf of Defendants: Stanley Taylor, Paul Howard, Thomas Carroll, John Salas, Jessica Davis-Barton and Paul Harvey in place of Deputy Attorney General Stephani J. Ballard.

| | |
|---|---|
| STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE | STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE |
| /s/Judy Oken Hodas<br>Judy Oken Hodas<br>Deputy Attorney General<br>Department of Justice<br>820 N. French Street, 6th Floor<br>Wilmington, DE 19801<br>(302) 577-8400 | Stephani J. Ballard<br>Stephani J. Ballard<br>Deputy Attorney General<br>Department of Justice<br>820 N. French Street, 6th Floor<br>Wilmington, DE 19801<br>(302) 577-8400 |

Dated: August 28, 2008